UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 06 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

IVAN PENA; et al.,

               Plaintiffs - Appellants,

  v.

STEPHEN LINDLEY, Chief of the
California Department of Justice
Bureau of Firearms,

               Defendant - Appellee.

No. 15-15449

D.C. No. 2:09-cv-01185-KJM-CKD
U.S. District Court for Eastern
California, Sacramento

**ORDER**

This case is NOT SELECTED for inclusion in the Mediation Program.

Counsel may contact Peter Sherwood, Circuit Mediator, at 415-355-7909 or

peter_sherwood@ca9.uscourts.gov to discuss services available through the court's

mediation program, to request a settlement assessment conference, or to request a

stay of the appeal for settlement purposes. Also, upon agreement of the parties, the

briefing schedule can be modified or vacated to facilitate settlement discussions.

Counsel are requested to send copies of this order to their clients.

Information regarding the mediation program may be found at

**www.ca9.uscourts.gov/mediation.**

                                    FOR THE COURT:

                                    Catherine Lirio

cl/mediation                             Deputy Clerk