No. 15-15449

# THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

IVAN PEÑA, DOÑA CROSTON, ROY VARGAS, BRETT STEWART,
SECOND AMENDMENT FOUNDATION, INC., AND
THE CALGUNS FOUNDATION, INC.

*Plaintiffs-Appellants,*

v.

STEPHEN LINDLEY, Chief of the
California Department of Justice Board of Firearms,

*Defendant-Appellee.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
THE HONORABLE KIMBERLY J. MUELLER, JUDGE
CASE NO. 2:09-CV-01185

## REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF BRIEF OF AMICI CURIAE THE NATIONAL SHOOTING SPORTS FOUNDATION, INC. AND THE SPORTING ARMS AND AMMUNITION MANUFACTURERS' INSTITUTE, INC. IN SUPPORT OF REVERSAL OF THE JUDGMENT BELOW

Daniel C. DeCarlo, State Bar No. 160307
Lance A. Selfridge, State Bar No. 101940
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 West 5th Street, Suite 4000, Los Angeles, California 90071
(213) 250-1800
Dan.DeCarlo@lewisbrisbois.com; Lance.Selfridge@lewisbrisbois.com
Attorneys for *Amici Curiae*

## CORPORATE DISCLOSURE STATEMENT IN COMPLIANCE WITH

## FEDERAL RULE OF APPELLATE PROCEDURE 26.1

Amici Curiae National Shooting Sports Foundation, Inc., a nonprofit trade association, and Sporting Arms and Ammunition Manufacturers' Institute, Inc., a nonprofit trade association, have no parent corporations, and no publicly-held corporations hold ten percent or more of their stock.


DATED: July 27, 2015.  /s/ Lance A. Selfridge

Daniel C. DeCarlo
Lance A. Selfridge
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 West 5th Street, Suite 4000
Los Angeles, California 90071
(213) 250-1800
Dan.DeCarlo@lewisbrisbois.com
Lance.Selfridge@lewisbrisbois.com

Attorneys for Amici Curiae

# REQUEST FOR JUDICIAL NOTICE

*Amici Curiae* National Shooting Sports Foundation, Inc., a nonprofit trade association, and Sporting Arms and Ammunition Manufacturers' Institute, Inc., a nonprofit trade association, hereby request, pursuant to Federal Rule of Evidence 201, that this Court take judicial notice of the existence of the following documents:

1. The "Declaration of Frederic Andre Tulleners in Support of Plaintiffs' Motion for Preliminary Injunction," filed on March 28, 2014 in the action entitled, *National Shooting Sports Foundation, Inc., etc., et al. v. State of California, etc., et al.*, Case No. 14 CECG00068 DSB in the Superior Court of the State of California for the County of Fresno (the "NSSF Action"), a true and correct copy of which is attached hereto as Exhibit A.

2. The "Declaration of Frederic Andre Tulleners in Support of Plaintiffs' Motion for Summary Judgment," filed on June 12, 2015 in the NSSF Action, a true and correct copy of which is attached hereto as Exhibit B.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3.    The September 11, 2007 Analysis of the California Senate Rules Committee Upon the Third Reading of California Assembly Bill No. 1471, a true and correct copy of which is attached hereto as Exhibit C.

DATED: July 27, 2015.    /s/ Lance A. Selfridge

Daniel C. DeCarlo
Lance A. Selfridge
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 West 5th Street, Suite 4000
Los Angeles, California 90071
(213) 250-1800
Dan.DeCarlo@lewisbrisbois.com
Lance.Selfridge@lewisbrisbois.com

## CERTIFICIATE OF COMPLIANCE WITH FEDERAL RULE OF APPELLATE PROCEDURE 32(a)

I hereby certify that the attached motion is proportionately spaced, has a typeface of 14 points or more, and contains 549 words.

DATED:  July 27, 2015.        /s/ Lance A. Selfridge

Daniel C. DeCarlo
Lance A. Selfridge
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 West 5th Street, Suite 4000
Los Angeles, California 90071
(213) 250-1800
Dan.DeCarlo@lewisbrisbois.com
Lance.Selfridge@lewisbrisbois.com

Attorneys for *Amici Curiae*

# EXHIBIT A

1 | **LEWIS BRISBOIS BISGAARD & SMITH** LLP
DANIEL C. DECARLO, SB# 160307
.2 |    E-Mail: Dan.DeCarlo@lewisbrisbois.com
LANCE A. SELFRIDGE, SB# 101940
3 |    E-Mail: Lance.Selfridge@lewisbrisbois.com
221 North Figueroa Street, Suite 1200
4 | Los Angeles, California 90012
Telephone: 213.250.1800
5 | Facsimile: 213.250.7900

6 | **NATIONAL SHOOTING SPORTS FOUNDATION, INC.**
LAWRENCE G. KEANE, SENIOR VICE PRESIDENT,
7 |    ASSISTANT SECRETARY AND GENERAL COUNSEL
   (admitted pro hac vice)
8 |    E-Mail: lkeane@nssf.org
11 Mile Hill Road
9 | Newtown, Connecticut 06470
Telephone:  203.426.1320
10 | Facsimile:  203.426.7182

11 | Attorneys for Plaintiffs NATIONAL SHOOTING
SPORTS FOUNDATION, INC. and SPORTING
12 | ARMS AND AMMUNITION MANUFACTUR-
ERS' INSTITUTE, INC.

13 |

14 | SUPERIOR COURT OF THE STATE OF CALIFORNIA

15 | COUNTY OF FRESNO

16 |

| 17 | NATIONAL SHOOTING SPORTS | CASE NO. 14CECG00068 DSB |
|---|---|---|
| 18 | FOUNDATION and SPORTING ARMS AND AMMUNITION MANUFACTURERS' INSTITUTE, INC., | The Honorable Donald S. Black |
| 19 | Plaintiffs, | **DECLARATION OF FREDERIC ANDRE TULLENERS IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| 20 | | |
| 21 | vs. | |
| 22 | STATE OF CALIFORNIA; KAMALA D. HARRIS, Attorney General of the STATE OF CALIFORNIA; and DOES 1 through 100, | Date: May 7, 2014 Time: 3:30 p.m. Dept:  502 |
| 23 | inclusive, | Action Filed:    January 9, 2014 |
| 24 | Defendants. | Trial Date:      None Set |

25 |

26 | ///

27 | ///

28 | ///

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4846-2050-3064.1

FILED

MAR 2 8 2014

FRESNO SUPERIOR COURT
By _____
               .W DEPUTY

I, FREDERIC ANDRE TULLENERS, declare as follows:

1.     I have been asked by l egal counsel representing the National Shooting Sports Foundation, Inc. ("NSSF"), Daniel C. DeCarlo and Lance A. Selfridge of Lewis Brisbois Bisgaard & Smith LLP, to express an opinion with respect to a certain requirement of California Penal Code section 31910. The purpose of this declaration is to express and explain that opinion. I have personal knowledge of all of the facts stated in this declaration, and if called upon to testify thereto, I could and would do so competently.

## Professional Background

2.     I am a forensic scientist. I specialize in forensic firearms identification and other areas of forensic science.

3.     I am currently a ballistics imaging and firearms identification consultant for the Firearms and Toolmark Examiner Academy of the California Criminalistics Institute ("CCI") in Rancho Cordova, California. Prior to my retirement in December, 2012, I served as the Director of the Forensic Science Graduate Program at the University of California at Davis ("U.C. Davis"), where my responsibilities include classroom instruction, graduate student supervision, designing graduate student research programs, and obtaining the grants necessary to fund those programs. Some of the forensic science research programs undertaken by the graduate students at U.C. Davis in which I have been involved concern forensic firearms identification.

4.     From 1971 to 1972, I was employed by the Los Angeles Police Department's Scientific Investigation Division. From 1972 to 1986, I was employed by the California Department of Justice ("California DOJ") in its Riverside laboratory, first as a criminalist and then as its supervising criminalist, providing analysis and testimony in firearm forensics, among other areas of forensic science. From 1986 to 1992, I was employed by the California DOJ in its Sacramento laboratory as a supervising criminalist with the responsibility for supervising the other laboratory personnel, with respect to firearm identification and other areas of forensic science.

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

5. From 1992 to 2000, I was employed by the CCI as a program manager. My responsibilities in that position included providing legislative review for all bills that were introduced in the California Legislature concerning firearms issues. From 2000 to 2003, I was employed by the California DOJ's Sacramento and Santa Rosa laboratories as the laboratory manager for both laboratories. My responsibilities in that position included performing special research and projects and serving as the California DOJ's representative concerning firearms issues. I was also employed during the year 2003 by the CCI as its laboratory manager, with the responsibility, among others, of engaging in liaison activities with the FBI's laboratory training division and the American Society of Crime Laboratory Directors.

6. During 1994 and from 1996 to 2000, I was the program administrator for the Drugfire Automated Ballistics Imaging System. While serving in that capacity, I was selected to be a member of a national committee to advise the White House Office of Management and Budget with respect to automated firearms evidence instrumentation and imaging systems. Those systems had a direct effect on the automated imaging programs used by both the FBI and the Bureau of Alcohol, Tobacco and Firearms.

7. I received a bachelor of science degree in physical chemistry from the California State University at Los Angeles and a masters degree in radiation and physical chemistry from the University of California at Irvine. I hold a community college lifetime teaching credential in chemistry and police science, and I have been a police pistol instructor certified by the National Rifle Association. I have successfully completed the FBI's range master course, and I have been certified by the Police Officers Standards and Training Commission ("POST") as an instructor for the Robert Presley Institute of Criminal Investigation. I am a distinguished member of the Association of Firearms and Tool Mark Examiners ("AFTE"), and I received the AFTE's Molnar Key Person of the Year Award in 2008.

8. I have published nineteen articles that were peer reviewed, fourteen of which concerned firearms and ballistics imaging issues. I have published twenty-two articles that were not peer reviewed, nine of which concerned firearms and ballistics imaging issues. Two of those peer reviewed articles concerned micro-marked firing pins. I have presented papers at twenty-

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

eight seminars hosted by various groups including the California Association of Criminalists ("CAC"), CAC's Firearms Study Group, AFTE, the American Academy of Forensic Sciences, and the California Association of Crime Laboratory Directors. Seventeen of those seminars concerned firearms and ballistics imaging issues, and four concerned issues presented by micro-marked firing pins. I have spoken at four other seminars on topics including firearm identification, forensic firearm investigation, and micro-marked firing pins. I have also served as the thesis advisor for twelve graduate student projects, one of which, published by U.C. Davis in the Spring of 2007, concerned micro-marked firing pins.

9. Other aspects of my professional background are detailed in the most recent version of my Curriculum Vita, a true and correct copy of which is attached hereto as Exhibit A.

## Assignment and Opinion

10. California Penal Code section 31910 currently provides in pertinent part that an

"unsafe handgun" means any pistol, revolver, or other firearm capable of being concealed upon the person, for which any of the following is true:

\* \* \*

(b) For a pistol:

\* \* \*

(7) (A) Commencing January 1, 2010, for all semiautomatic pistols that are not already listed on the roster pursuant to Section 32015, it is not designed and equipped with a microscopic array of characters that identify the make, model, and serial number of the pistol, etched or otherwise imprinted in two or more places on the interior surface or internal working parts of the pistol, and that are transferred by imprinting on each cartridge case when the firearm is

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  fired, provided that the Department of Justice certifies that the
2  technology used to create the imprint is available to more than one
3  manufacturer unencumbered by any patent restrictions.

5  11.  I have been asked by Mr. DeCarlo and Mr. Selfridge to express an opinion, based
6  on my professional experience in the field of forensic firearm identification, as to whether it is
7  possible, under the current state of firearms micro serial number technology, to etch or otherwise
8  to imprint, on any interior surface or internal working part of a semi-automatic pistol other than its
9  firing pin, a microscopic array of characters that identify the make, model and serial number of the
10  pistol, and that can be transferred by imprinting on each cartridge case when the pistol is fired.  It
11  is my opinion, based on my professional experience in the field of forensic firearm identification
12  and my research in micro serial number technology, that it is not possible to do so.  The basis for
13  my opinion is explained below.

14  12.  In formulating my opinion, I conducted a comprehensive review of all scientific
15  literature that is relevant to my opinion.  In particular, as a distinguished member of AFTE, I have
16  unrestricted access to AFTE's database of professional and scientific literature regarding firearm
17  identification and tool mark examination.  I developed protocols which I used to search AFTE's
18  database for all professional and scientific literature that concerns the etching or imprinting of
19  microscopic characters onto the interior surfaces or internal working parts of semi-automatic
20  pistols (hereinafter sometimes referred to as "firearm micro-stamping").  The search protocols I
21  used include the names of all authors known to me to have written professional or scientific
22  material concerning firearm micro-stamping, as well as all terminology by which such etching or
23  imprinting is known, including micro-stamping, laser stamping, micro-etching, laser etching,
24  micro-serial numbering, laser serial numbering, micro-engraving, and laser engraving.  I am
25  confident that by using those search protocols, I have searched for and reviewed all professional
26  and scientific publications relevant to the topic of firearm micro-stamping.

27  13.  For purposes of formulating my opinion, I was informed by Mr. DeCarlo and Mr.
28  Selfridge that in the case of *Klauber v. San Diego Street-Car Co.* (1892) 95 Cal. 353, the

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DECLARATION OF FREDERIC ANDRE TULLENERS

1 California Supreme Court held that "impossibility must consist in the nature of the thing to be
2 done, and not in the inability of the party to do it.... [¶] Difficulty or improbability of
3 accomplishing the undertaking will not avail the defendant. It must be shown that the thing cannot
4 by any means be effected." I have accepted that principle in formulating the opinion that I express
5 in this declaration.

6     14.    In the course of formulating my opinion, I became aware that Penal Code section
7 31910 was added to the California Penal Code by means of Senate Bill No. 1080, which was
8 passed during the 2010 session of the California Legislature, and the purpose of which, as stated in
9 SB 1080 itself, was to "reorganize without substantive change the provisions of the Penal Code
10 relating to deadly weapons." I also became aware in the course of formulating my opinion that
11 Penal Code section 31910 substantially restates the provisions of Penal Code section 12126, which
12 was repealed by SB 1080, and that Penal Code section 12126 had previously been added to the
13 California Penal Code by means of Assembly Bill No. 1471, which was passed during the 2007
14 session of the California Legislature. Finally, I became aware in the course of formulating my
15 opinion that the legislative history for AB 1471 contains a copy of a May 30, 2007 article by San
16 Francisco Chronicle reporter Michael Yi, a true and correct copy of which is attached hereto as
17 Exhibit B. Mr. Yi's article reports on a statement made by the author of AB 1471, former
18 Assembly Member Michael Feuer, that explains the legislative purpose for the statutory
19 requirement that the make, model and serial number of a semi-automatic pistol be etched or
20 otherwise imprinted in two or more places on the interior surface or internal working parts of the
21 pistol, rather than in just one such place. As reported by Mr. Yi, Assembly Member Feuer

22

23         said that the primary difference in this year's bill is that the measure
24         requires the micro-stamping mechanism to etch the information
25         from at least two different places in the pistol. Last year's bill only
26         required one and the firing pin was widely considered as the most
27         logical piece of the firearm to stamp the information. Opponents
28         argued then, and now, that the firing pin can be removed and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4846-2050-3064.1       6
DECLARATION OF FREDERIC ANDRE TULLENERS

1  defaced, or simply replaced.  [¶] That's why his bill requires the

2  etching to occur in more than one place inside the gun, Feuer said.

3

4  15.    In formulating the opinion that I express in this declaration, I have accepted the

5  legislative intention, as expressed by former Assembly Member Feuer, that the second place for

6  etching or otherwise imprinting the make, model and serial number of a semi-automatic pistol be

7  on an interior surface or internal working part of the pistol other than the firing pin.  I

8  independently agree that the firing pin itself would not be a feasible place to locate a second

9  etching or imprinting of the make, model and serial number of a semi-automatic pistol, because a

10  second such etching or imprinting on the pistol's firing pin could be removed or defaced just as

11  easily as the first such etching or imprinting.

12

13  **The Operation of a Semi-Automatic Pistol**

14

15  16.    In order to explain the basis for the opinion that I state above, it is first necessary to

16  explain the operation of a semi-automatic pistol.  That in turn requires a description of the various

17  parts of a semi-automatic pistol, and an explanation of the process by which a bullet is fired from a

18  semi-automatic pistol.

19  17.    The frame of a semi-automatic pistol consists of the grip by which the pistol is

20  held, the trigger with which the pistol is fired, a trigger guard that surrounds the trigger itself, and

21  a platform and rails over which the pistol's slide opens and closes upon firing.  The grip contains a

22  spring operated magazine, the purpose of which is to store live ammunition before it is fired.  The

23  slide covers the pistol's barrel, from which the bullet is fired, and contains the extractor, the

24  breech face, the firing pin, the ejector, and the return spring.  The rear portion of the barrel is the

25  chamber, into which live ammunition is inserted before it is fired.

26  18.    The extractor is a hooked device attached to the slide, the purpose of which is to

27  catch the cartridge case (defined below) and pull it backward when the slide opens upon firing.

28  The area under the slide, directly behind the chamber, is the breech.  The breech face, located near

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1 the rear of the slide, behind the breech, contains a spring operated firing pin and an aperture
2 through which the firing pin protrudes upon firing. The ejector is a stationary rod located behind
3 the breech face, on one side or the other, which is exposed when the slide cycles backward upon
4 firing. The return spring, located on the underside of the slide beneath the pistol's barrel, forces
5 the slide to retract to a closed position after the slide is opened as part of the firing process.

6      19.    The ammunition discharged by a semi-automatic pistol is manufactured in the form
7 of a cartridge. A cartridge contains a case, a primer, gunpowder, and a bullet. The case is made of
8 a hard metal, generally brass or steel, and it holds the other parts of the cartridge. The primer is a
9 small, sealed cup located at the back of the cartridge case, which is made of a softer metal,
10 generally copper or nickel-plated copper, and which contains a friction sensitive explosive
11 material. The gunpowder is a flammable powder that is entirely sealed within the cartridge case.
12 The bullet is a metal projectile located at the tip of the cartridge case, which is made of soft lead
13 and may be covered with a metal jacket generally made of a copper alloy.

14      20.    A semi-automatic pistol is loaded by inserting live cartridges into the magazine,
15 which is itself inserted into the grip, and then by pulling the slide backward and releasing it, which
16 allows the first cartridge to rise into the breech from the spring loaded magazine. The live
17 cartridge is inserted into the chamber for firing when the slide is allowed to spring forward to its
18 closed position, carrying the cartridge forward as it closes. Pulling the trigger then allows the
19 firing pin to spring forward where it strikes the primer. The force of the impact from the firing pin
20 dents the primer, reducing the space inside the primer and thereby compressing the friction
21 sensitive material that the primer contains, causing it to explode. The explosion of the primer
22 material ignites the gunpowder, which in a process known as deflagration burns rapidly in the very
23 constricted space inside the cartridge case, generating intense heat.

24      21.    The heat generated by the deflagration of the gunpowder creates a high-pressure
25 gas, which propels the bullet forward out of the barrel, and which also forces the cartridge case
26 backward against the breech face. The backward force of the cartridge case against the breech
27 face forces the slide open, and thereby allows the extractor to remove the spent cartridge case from
28 the chamber, carrying it backward as the slide opens. When the back of the spent cartridge case

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

impacts the ejector, which is exposed as the breech face passes over it, the ejector causes the spent cartridge case to rotate out towards the pistol's ejection port, where the cartridge case is subsequently ejected from the pistol. The return spring, which has been compressed as the slide moves backward upon firing, then decompresses and carries the slide forward to its closed position. The closing of the slide inserts another live cartridge into the chamber, whereupon the pistol is ready to be fired again.

## The Principles of Firearm Micro-Stamping

22. Firearm micro-stamping, by whatever name it is known, is a process by which microscopic characters are etched or otherwise imprinted onto an internal surface or an internal part of a semi-automatic firearm. By definition, because they are microscopic, the etched or imprinted characters cannot be seen by the human eye without magnification. The etchings or imprintings are made with a laser, because the standard process of industrial machining, by which grinding tools are used to cut away metal, is not capable of creating microscopically small characters. Micro-stamped characters may be either raised, in which the metal around the characters is removed by the laser, or they may be recessed, in which the characters themselves are cut into the surrounding metal.

23. The purpose for firearm micro-stamping is to transfer the micro-stamped characters from the internal surface or part of the semi-automatic pistol on which they have been etched or imprinted to the cartridge case as part of the process of firing the pistol. Once the characters have been transferred to the spent cartridge case by firing, they can be read with a microscope. In addition, by virtue of identifying the pistol's make, model and serial number, the micro-stamped characters are unique to the individual semi-automatic pistol that has etched or imprinted them, much as fingerprints are unique to each individual human being. In that fashion, spent cartridge cases recovered at a crime scene bearing microscopic images of characters that have been transferred from a semi-automatic pistol can be used to identify the pistol that was used to commit the crime that is under investigation.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

24.     Various professional and scientific articles have noted that firearm micro-stamping can be used to etch or to imprint microscopic characters onto the firing pins of semi-automatic pistols. Because the firing pin is made of hard steel, micro-stamped characters will sometimes successfully transfer into the softer primer that the firing pin strikes during the firing process. The process of transferring the characters from the pistol's firing pin to the cartridge's primer is enabled both by the force generated when the firing pin strikes the primer, and by the subsequent force generated when the cartridge case is propelled backward against the firing pin after the gunpowder in the cartridge ignites. Micro-stamped characters on the firing pin consist of either an alpha numeric code etched or imprinted onto the tip of the firing pin, a pattern of dots known as a dot code that surrounds the alpha numeric code, a pattern of irregularly connected lines known as a gear code that surrounds the alpha numeric code, or a pattern of bars located on the side of the firing pin just behind its tip.

### Reasons Why It Is Not Possible to Etch or to Imprint Microscopic Characters
### Capable of Being Transferred to the Cartridge Case on Any Surface
### of a Semi-Automatic Pistol Other Than the Firing Pin

25.     As noted above, it is my opinion that is it not possible under the current state of firearms micro serial number technology to etch or otherwise to imprint, on any interior surface or internal working part of a semi-automatic pistol other than its firing pin, a microscopic array of characters that identify the make, model and serial number of the pistol, and that can be transferred by imprinting on each cartridge case when the pistol is fired. There are only a limited number of internal surfaces or parts in a semi-automatic pistol other than the firing pin on which micro-stamped characters might be etched or imprinted -- the breech face, chamber wall, extractor and ejector -- and none of those surfaces or parts would effectively transfer micro-stamped characters to the cartridge case upon firing. Each of those other surfaces and parts, together with the reasons why they would not effectively transfer micro-stamped characters, are discussed below in the order in which they are implicated in the firing process.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DECLARATION OF FREDERIC ANDRE TULLENERS

26.     As noted above, the deflagration of the gunpowder that follows the explosion of the friction sensitive material in the primer forces the cartridge case backward against the breech face near the rear of the pistol's slide. However, the force of that contact is less than the force of the contact between the primer and the firing pin, because the breech face does not move forward to strike the cartridge case at any time during the firing process, in the way that the firing pin springs forward to strike the primer. In addition, the cartridge case itself is made of hard metal, usually brass (which is necessary to withstand the force generated by firing), and the hard metal of the cartridge case would not accept an imprint of micro-stamped characters from the breech face the way that the soft primer might accept an imprint of micro-stamped characters from the firing pin. That would be especially true in the case of micro-stamped characters that were recessed into the breech face, because the hard metal of the cartridge case could not flow into micro serial numbers that are etched into the breech face.

27.     Finally, the brass at the back of the cartridge case that surrounds the primer is usually itself imprinted with the caliber and the name of the manufacturer of the ammunition (the "manufacturer's imprint"). Even if the hard metal of the cartridge case would accept an imprint of micro-stamped characters, those characters could not be imprinted over the manufacturer's imprint. And while any micro-stamped characters etched or imprinted on the breech face might on occasion contact a spot on the cartridge case where no manufacturer's imprints appear, it would be impossible to assure that such contact would occur every time the pistol was fired. Whether such contact occurs would depend on the fortuity of how the cartridge was positioned during the processes of loading the magazine and chambering the cartridge.

28.     The cartridge case makes contact upon firing with a small portion of the breech face that surrounds the firing pin aperture. The finish of that portion of the breech face, as well as the finish of any other portion of the breech face, can contain machined imperfections left behind by the manufacturing process. Those imperfections on occasion can be transferred to the primer upon firing, but the transfer, when and if it occurs, is incomplete, and varies from firing to firing depending on the type of ammunition used. The incomplete and variable transfer of machined imperfections from the breech face to the primer that occurs upon firing shows that it is impossible

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

to effectively transfer even uncomplicated markings, let alone a complex, microscopic array of characters identifying the make, model and serial number of the pistol, to every primer that is cycled through the pistol.

29.     The deflagration of the gunpowder that follows the explosion of the friction sensitive material in the primer also causes the sides of the cartridge case to expand against the circular wall of the chamber.  However, once again, it would be impossible to transfer micro-stamped characters from the wall of the chamber to the cartridge case during the firing process, because the force of the contact between the cartridge case and the chamber wall is less than the force of the contact between the firing pin and the primer, given that the chamber wall does not strike the cartridge case in the way that the firing pin strikes the primer.  In addition, as is the case with the breech face, the hard metal of the cartridge case would not accept an imprint of any characters that were etched or imprinted into the chamber wall, nor could that hard metal flow into any micro-stamped characters that were etched into the chamber wall.  Finally, even if it were possible to transfer micro-stamped characters from the chamber wall to the cartridge case during the firing process, those characters would be defaced by the tool marks on the chamber wall during the extraction of the now expanded cartridge case.

30.     It would also be impossible to transfer micro-stamped characters from the extractor to the cartridge case.  Like the breech face and the chamber wall, the extractor does not strike the cartridge case during the firing process, and therefore contacts the cartridge case with less force than the firing pin.  Again, the hard metal of the cartridge case would not accept an imprint of any characters that were etched or imprinted into the extractor.  And the tip of the extractor would deface the cartridge case with striations as it scraped along the side of the cartridge case before hooking the case to extract it from the chamber.

31.     Finally, it would be impossible to transfer micro-stamped characters from the ejector to the cartridge case.  Although the cartridge case is forced back against the tip of the ejector during the firing process, the ejector itself, unlike the firing pin, does spring forward to strike the cartridge case, and therefore contacts the cartridge case with less force than the firing pin.  Also, the ejector contacts the back of the cartridge case away from the primer, so once again,

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  the hard metal of the cartridge case would not accept an imprint of any characters that were etched
2  or imprinted into the ejector.   And as with the breech face, micro-stamped characters etched or
3  imprinted into the ejector could not be imprinted over any portion of the manufacturer's imprint
4  on the back of the cartridge case.

5        32.   As discussed above, various professional and scientific articles have noted that
6  firearm micro-stamping can etch or imprint microscopic characters onto the firing pins of semi-
7  automatic pistols.  Having conducted the comprehensive review of scientific literature referred to
8  in paragraph 12 above, I am aware of no scientific literature that finds that firearm micro-stamping
9  can etch or imprint microscopic characters onto any internal surface or part of a semi-automatic
10 pistol other than the firing pin, which can then be transferred to a cartridge case upon firing.   In
11 particular, I am aware of no scientific literature that finds that firearm micro-stamping can etch or
12 imprint microscopic characters onto the breech face, chamber wall, extractor or ejector of semi-
13 automatic pistols, which can then be transferred to a cartridge case upon firing.  The absence of
14 any such scientific literature supports my opinion that it is not possible under the current state of
15 firearms micro serial number technology to etch or otherwise to imprint, on any interior surface or
16 internal working part of a semi-automatic pistol other than its firing pin, a microscopic array of
17 characters that identify the make, model and serial number of the pistol, and that can be transferred
18 by imprinting on each cartridge case when the pistol is fired.

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

DECLARATION OF FREDERIC ANDRE TULLENERS

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

33.     In summary, it is my opinion that it is impossible for any manufacturer of semi-automatic pistols to comply with the provisions of California Penal Code section 31910(b)(7)(A), because it is not possible under the current state of firearms micro serial number technology to etch or otherwise to imprint, on any interior surface or internal working part of a semi-automatic pistol other than its firing pin, a microscopic array of characters that identify the make, model and serial number of the pistol, and that can be transferred by imprinting on each cartridge case when the pistol is fired.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed at Fair Oaks, California on January 10, 2014.

_____
Frederic Andre Tulleners

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

**EXHIBIT A**

# Curriculum Vita
## of
## FREDERIC ANDRE TULLENERS

## WORK EXPERIENCE

**2013 - Present**

**California Criminalistics Institute, Rancho Cordova, CA**
Duties: Consultant for the year long CCI Firearms and Toolmark Examiner Academy in the subject matter of lessons plans, instruction on ballistic imaging issues and firearms identification. End Date June 2014
**UC Davis Forensic Science Graduate Program, Davis CA**
UC Davis part time grant funded research as a retired annuitant and student support continuation at the forensic science program. End Date March 2015

**2003 – 2012**

**University of California Davis, CA Extension**
Duties: Director of the Forensic Science Graduate program, supporting the interdisciplinary Forensic Science Graduate Group administered by the University of California Graduate Studies. Responsible for the issues that impact the groups' graduate students such as research, writing grants for the research effort, designing research programs for the students, thesis adviser, class instruction, and related administrative matters. Ensuring compliance with the policies of the University of California-Davis. The program has about 85 thesis based graduate students

**2003 - 2003**

**California Criminalistics Institute, Sacramento, CA**
Duties: Laboratory Manager of CCI, which is charted to provide forensic science training to the governmental scientists, employed in forensic science laboratories. Liaison activities with the FBI laboratory training division, the American Society of Crime Laboratory Directors. Combined technical and support staff of 6 supervisors, 3 technical support and 7 administrative staff. Also responsible for the Bureau's ASCLD Quality Assurance program and the Division of Law Enforcement's personnel safety program.

**2000 – 2003**

**California Department of Justice – Sacramento and Santa Rosa Criminalistics Laboratories**
Duties: Laboratory Manager of two forensic science laboratories. Combined technical and support staff of thirty. Provide forensic science services to 13 California counties and DNA analytical service to all Northern California counties who are under the Cal DOJ service areas. Related duties are NIBIN (BFS) system coordinator, legislative bill review; prepare Budget Change Proposal's, special research projects and bureau representative on firearms related issues.

**1992 - 2000**

**California Criminalistics Institute, Sacramento, CA**
Duties: Program Manager, responsible for developing training programs for State, County and Local Forensic Scientists. Development of custom software and hardware systems for the analytical units. Consultant on various committees.

BFS statewide DRUGFIRE network coordinator. Development of grants and legislative review of all firearms related bills.

**1986 - 1992**  **California Department of Justice, Sacramento Laboratory, Sacramento, CA**
Duties: Supervising Criminalist, supervising laboratory personnel, case reviewed assignment, Coordination and prioritization of cases with local law enforcement and prosecuting agencies. Planning the training needs of the laboratory

**1972 - 1986**  **California Department of Justice, Riverside Laboratory, Riverside, CA**
Duties: Supervising Criminalist and Criminalist. Same as above plus experience in the following areas, Analysis and testimony in Firearms, Explosives, Drugs, SEM GSR Analysis, Alcohol, Headlights, Trace, Arson, Blood typing, Crime Scene Reconstruction and Clandestine Laboratories.

**1971 - 1972**  **Los Angeles Police Dept., Scientific Investigation Division, Los Angeles, CA**
Duties: Analysis and Testimony in Alcohol and Drugs, limited field calls, Grant proposal development.

## SPECIAL ASSIGNMENTS
**1996 to 2000**  **DRUGFIRE** Automated Ballistics Imaging System, Program Administrator.
**1994**  **ONDCP Washington DC** - Selected as a member of a National Committee to advise the White House Office of Management and Budget under the auspices the Office of National Drug Control Policy on automated firearms evidence instrumentation and imaging systems. These systems had a direct effect on FBI and Bureau of Alcohol Tobacco and Firearms automated imaging programs.

## EDUCATION
BS  California State University at Los Angeles, CA - Chemistry, Physical
MA  University of California at Irvine, Irvine, CA - Radiation and Physical Chemistry
Miscellaneous training courses (22) available upon request.

## CERTIFICATES
Community College - Lifetime Teaching Credential in Chemistry & Police Science
PADI Scuba diving certificate - Open Ocean.
N.R.A. Certified Police Pistol Instructor
FBI-POST Qualified Range Master
POST Certified Instructor - Robert Presly - Institute of Criminal Investigation
State of California listed on past laboratory licenses as Forensic Alcohol Supervisor

## TRAINING
Twenty two training courses in specialized scientific techniques and management areas. Details available upon request

# TEACHING EXPERIENCE

University of New Haven Connecticut Sacramento Campus: 1999-2004 lectured
in the CJ course series Physical Evidence in Forensic Science.

California Criminalistics Institute (CCI):  Designed thirteen 40-hour adult
education courses for the forensic science practitioners in diverse subject areas.
Instructed CCI courses in California, various locations in the US and in Australia.
These courses would be in the area of Microscopy of Hair, Statistical Criteria for
Firearms Identification, Blood Stain Pattern Reconstruction, Clandestine Lab
Synthesis and Operations

University of New Haven Connecticut Sacramento Campus: 1999-2004 lectured
in the CJ course series Physical Evidence in Forensic Science.

University of California at Davis: 2003 – 2011 presented 3-hour guest lectures in
the following courses:

- ETX 20 Introductions to Forensic Science
- FOR290 Seminars in Forensic Science
- FOR212 Scientific Evidence and Courtroom Testimony
- FOR200 Fundamental Concepts in Forensic Science
- FOR210 Personal Identification in Forensic Science
- FOR240 Homicide Crime Scene Investigation

# COURT QUALIFICATIONS

Qualified as an expert witness in the following:
1. Federal courts, California Municipal and Superior courts.
3. Qualified as expert in Firearms, Trajectory, Arson, SEM-GSR,
Explosives, GSR, Narcotics, Hairs, Fibers, DUI Alcohol, Trace evidence,
Headlights, Reconstruction, Serology (limited), Computer Aided Design.

# ASSOCIATIONS

American Academy of Forensic Science – member
- Fellow February 2008

American Society of Crime Lab Directors – past member

Association of Firearms and Tool Mark Examiners
- Distinguished Member
- Molnar key Person of the year Award 2008

California Association of Criminalists
- Past President and Treasurer
- Distinguished Member in 1999

California Association of Crime Laboratory Directors – member

Council on Forensic Science Educators

Los Angeles Microscope Society

National Rifle Association

Naval Reserve Association

# PUBLICATIONS

**Generic articles not peer reviewed**

- Manual - Safe Handling and Shooting of Firearms
- Manual - Clandestine Lab Operations
- Tie Line - Above Subjects in AFTE Journal
- Tie Line – V4 # 1 1977, Headlight Case
- Tie Line - V 3 #1 1971, B.A. Calculations
- Tie Line - V 4 #3 1978 - Tagged Explosives
- Tie Line - V 5 # 1 1978, Intentional Blow Up of a Tubular Magazine
- Tie Line – V5 #2, 1979, CI – 22 Headstamp
- A & T Bulletin #87 AFTE Seminar Summary
- A & T Bulletin #91 Infrared Explosive Scans
- AFTE Journal - V 11 #1 Jan 79 Exploding Bullets
- AFTE Journal - V 7 #3 1981 Production Quality Silencers
- AFTE Journal - V 13 #2 1981 A Cost Effective Silencer
- Tie Line V6 #3 1981, Anatomy of an Amphetamine Lab
- Tie Line V9 #2 1983 - Bullet Change after Test Fring through Lanatext Backing
- AFTE Manual - Training Syllabus - Modular Firearms - co-editor
- Computer Security and the Intoxilyzer 500 Program, Tulleners, F., Tie Line – V14 #1 1989.
- Homicide by Blows Dealt to the Head by Means of an Axe and Identification of the Weapon, Thomas, F. & Callet, G. AFTE Journal Vol. 39 #2, Spring 2007, p. 88-94 ( Reprint of a 1947 INTERPOL article edited and organized for AFTE by F. Tulleners)
- Benchmark Test Evaluation: DRUGFIRE and BULLETPROOF ballistics Imaging Systems Firearms Evidence Identification Evaluation – November 1994 Firearms by Office of National Drug Control Policy, Washington DC.
- Optimizing Hard Disk Storage, Tulleners, F.,Tie Line V.20 #2 Winter 1996
- Basic Microscopy Setup, Tulleners, F., Tie Line V.20 #2 Winter 1996.
- SEM Enhancement of Chemically Developed Latent Prints, F. Tulleners, J. DeHaan, B. Zimmy, D. Howitt.

## Peer Reviewed Publications
- Peroxide Explosives, Evans, H & Tulleners, F. J of Forensic Sci., 1986; 31(3): 1119-11
- Striae Reproducibility on Sectional Cuts of a Thompson Contender Barrel, F. Tulleners, M. Guisto, J. Hamiel, AFTE Journal Vol. 30 #1, Winter 1998 pp.
- Subclass Characteristics - Sequential Barrels, F. Tulleners, J. Hamiel, AFTE Journal Vol. 31 #2, spring 1999.pp. 62-81 Restoration Tactics for Seriously Corroded Cu and Cu-Alloy Firearms Evidence, R. Randich, E. Fickies, T, Tulleners, F., Anderson, B., Grant, P., J Forensic Sci. 2000; Vol. 45, #6 pp. 1316-1319.
- Technical Evaluation: Feasibility of a Ballistics Imaging Database for all New Handgun Sales. Tulleners, F. CALDOJ Publication, October 5, 2001. pp. 1-47 and six appendices (A peer reviewed report).

- Vickers Hardness Testing of Selected Primers, Tulleners, F., Randich, E., Giusto, M. AFTE Journal Vol. 35 #2, Spring 2003, pp. 204-208.
- Reference Ballistic Imaging Database Performance, Jan De Kinder, Frederic Tulleners, and Hugues Thiebaut, Forensic Science International, 140, pp. 207-215 (2004).
- A Comparison of Visual and SEM Images for Automated Firearms Identification, D.G. Howitt, K. Cebra, F. Tulleners, Scanning 27 (2), pg 69, 2005,
- The Statistical Significance Associated with Matching Lines on a Bullet, D.G. Howitt, K. Cebra, F. Tulleners Scanning 28 (2), pg 88, 2006,
- Morphological and Spectroscopic Measurement of Plastic Bags for the Purpose of Discrimination, T. Hasimoto, D. Howitt, D. Land, F. Tulleners, F. Springer, S. Wang, J. Forensic Science September 2007, Vol. 52, No, 5 pp. 1082-1088
- Microscopy in Firearms Identification and Consecutive Line Matching, D.G. Howitt, K. Cebra, F. Tulleners, Scanning 29 (2), pg 70, 2007.
- Determination of Mouth Alcohol using the Drager Evidential Portable Alcohol System, Fessler, C., Tulleners, F., Howitt, D., Richards, J. Science and Justice, March 2008 Vol. 48, No. 1, pp 16-23
- What Micro Serialized Firing Pins Can Add to Firearms Identification in Forensic Science: How Viable are Micro-marked Firing Pin Impressions as Evidence, Howitt, D., Tulleners, F., Beddow, M., (a peer reviewed report) by University of California Policy Research Center (CPRC), April 2008 pp 1-49 and 14 appendices
- A Calculation of the Theoretical Significance of Matched Bullets, Howitt, D., Tulleners, F., Cebra, K., Chen, S., J Forensic Sci, July 2008, Vol. 53, No.4 pp. 868-875
- A Simple Method for Examining Deep Toolmarks using the Scanning Electron Microscope, Randich, E., Tulleners, F., Giusto, M., AFTE Journal Volume 40 Number 4, 2008 pp. 327-337
- Micro-marked Firing Pins: Their Character, Durability and Legibility on Fired Cartridge Cases, Beddow, Howitt, D, .G, Tulleners, F &. Giusto, M., AFTE Journal Volume 40 Number 3, 2008 pp. 245-274
- The Statistical Evaluation of Torn and Cut Duct Tape Physical End Matching, Tulleners, F., and Braun, J., NIJ Award Number 2009-DN-BX-K235, submitted March 31, 2011, pp. 1-81 and four appendices.
- Confocal Microscopy Analysis of Breech Face Marks on Fired Cartridge Cases from Ten Consecutively Manufactured Pistol Slides, Weller, T., Zheng, A., Thompson, R., & Tulleners, F., S., J Forensic Sci, Accepted for Publication (in press July 2012, JOFS-10-606.R2)
- The Qualitative Evaluation of Torn and Cut Duct Tape Physical End Matching, McCabe, K., Tulleners, F., Braun, J., Currie, G., Gorecho, E., J. Forensic Sci, January 2013, Vol. 58 No. S1

- <u>Quantitative Algorithm for Digital Comparison of Torn Duct Tape, Mally J., Tulleners, F., Ristenpart, W. Proceeding of the American Academy, Abstract A199, Vol. # XIX Feb 2013</u>

**SEMINARS**

- Papers presented at the **California Association of Criminalists** (CAC) Seminars in the areas of Headlights, EDX, Explosives, Trace, and Firearms:
  - October 24-27, 1984 Peroxide Explosives
  - May 29, 1997 "SEM Enhancement of Chemically Developed Latent Prints"
  - May 29, 1997 "Straie Reproducibility on Sectional Cuts of a Thompson Contender Barrel"
  - September 16, 1998 " Subclass Characteristics - Sequential Barrels"
  - May 11, 2000 - " SEM - Optical Comparison of Micro Toolmarks
  - October 10-11, 2003, "Issues Facing Large Ballistics Imaging Databases"
  - October 10-11, 2003, "Vickers Hardness Testing of Selected 40S&W Primers"
  - October 2004 Reference Ballistics Imaging Database performance
  - October 2006, "Issues Facing Graduate Forensic Science Programs and their impact on the Criminalistics Laboratory"
  - October 22, 2008 Micro Marked Firing Pins: Character Durability and Micro Marked Legibility August 2008
  - April 21, 2010 Issues Facing Forensic Science Graduate Programs
  - April 23, 2010 FEPAC and its Implications for the Forensic Science Laboratories
  - October 26, 2011 Forensic Science Leadership and Management Training

Papers presented at **Association of Firearms and Toolmark Examiners** Meetings
  - June 1995 "ONDCP Ballistics Imaging Evaluation"
  - July 1997 " Straie Reproducibility on Sectional Cuts of a Thompson Contender Barrel"
  - May 2003; 1. "Issues Facing Large Ballistics Imaging Databases" and 2. "Vickers Hardness Testing of Selected 40S&W Primers"

- Papers presented at the **Inter/Micro**, Chicago, IL 2008
  - Micro Marked Firing Pins: Character Durability and Micro Marked Legibility

- Papers presented at the **American Academy of Forensic Sciences** meetings
  - February 1995 "ONDCP Ballistics Imaging Evaluation"
  - February 15-20, 1999 - "An Analysis of Consecutive Matching Striae on Chisel Marks" (D18)
  - February 13, 2004 – " UC Davis Forensic Science Program"

February 26, 2010 – " The Statistical Evaluation of Duct Tape Fracture Match as Physical Evidence" (Abstract A197)

- Papers presented at the **CAC Firearms Study Group**
    - Micro Marked Firing Pins: Character Durability and Micro Marked Legibility  August 2008
    - Scientific papers presented at Scanning 2007, International Scientific Meeting on Scanning Microscopy Journal of Scanning Microscopy Vol. 29, # 2 (2007)  listed as co-author on the following:
    - "Technique of consecutive matching lines for bullet identification", D. Howitt, F. Tulleners, K. Cebra, S.Chen.
    - "The durability of micromaching marks proposed for the identification of firearms", M. Beddow, D. Howitt, F. Tulleners
    - "A simple method for examining ballistics and tool marks using low-angle BSE imaging", R. Randich, F. Tulleners, M. Giusto

- Papers presented at the **California Association of Crime Laboratory Directors (CACLD)**
    - "UC Davis Forensic Science Graduate Program New Management Training & Current Research Initiatives"  South San Francisco, CA November 19, 2010

- Papers presented at the **NIJ Pattern Evidence Symposium**
    **August 2010**
    - "The Statistical Evaluation of Torn Duct Tape Matches"
    **August 2012**
    - "Quantitative Algorithm for Digital Comparison of Duct Tape"
- Speaker at California District Attorney Association - Forensic Firearms.
- Lectures at the International Association of Bomb Investigators
- 2011 University of Nebraska – Lincoln  seminar speaker on Micro marked firing pins
- 2012 North Carolina State University – Raleigh.  Seminar speaker on issues about Firearms Identification

**THESIS ADVISOR**

One of three thesis advisors (external) on the following thesis research at UC Davis:
- Cebra, Karen, "The Effects of Moisture on GFRRP Insulation", UC Davis, June 2004
- Fessler, Chancy, "The Determination of Mouth Alcohol Using the New Drager EPAS", UC Davis, 2006
- Zimmerman, Stacy, "Screwdriver Toolmarks: A Statistical Analysis of the Comparison of Non-Matching Samples", UC Davis, September 2006
- Pugh, Simone, "Forensic Evidence of Electrical Arcs", UC Davis, December 2006

- Spence, Chermaine, "A software module with a SriptM-field based in Matlab that serves to determine vehicle speed with various inputs", UC Davis, September 2006
- Beddow, Michael, "Micro-Serial Numbered Firing Pins: Character Durability and Micro-Mark Legibility", UC Davis Spring 2007.
- Chan, Ka Lok "The Statistical Evaluation of Duct Tape End Match as Physical Evidence" UC Davis June 2010
- McCabe, Kaitlin, "The Statistical Evaluation of Torn and Cut Duct Tape Physical End Matching" UC Davis June 2011
- Siu, Sonya, "Bloodstain Pattern Analysis: Quantitative Differentiation of Spatter Patterns Resulting from Bullet and Blunt Force" December 2012
- Saifi, Jennifer, "Bloodstain Pattern Analysis: A Double-Blind Investigation of Impact Velocity Assessment for Gunshot and Blunt" December 2012
- Chu, Ashly, "The Extraction of Bullet Profiles Using Confocal Microscopy and MountainsMap® Topography Software" December 2012
- Richards, Victoria, "Evaluating The Gray Scale Response Difference Associated With Bullet Comparisons Using Optical Microscopy" March 2013

# GRANTS

- **PI - ONDCP-HARC** Inc. 1997 Consecutive Matching Stria Study" **Amount: $25,000**
- **PI – CA** Legislature AB Bill Mandated Funding "Serial Number Restoration Training" **Amount: $50,000** 1998
- **PI - NIJ Grant:** 2009-DN-BX-K235 "Statistical Evaluation of Torn Duct Tape" **Amount: $154,300**
- **PI - NIJ Grant:** 2010-DN-BX-219 "Determination Unique Fracture Patterns in Glass and Glassy Polymers" **Amount: $152,877**
- **PI - NIJ Grant:** 2013-R2-CX-K009 "Quantitative Algorithm for Comparison of Torn Duct tape" **Amount: $150,000**
- **Co-PI – CPRC Grant** 2005 "Micro-Serial Number Evaluation" **Amount $37,000**
- **Co-PI - NIJ Grant:** 2009-DN-BX-K257 "A Proposal to Develop a Computer Program to Improve the National Integrated Ballistics Information Network" **Amount: $1,398,930**
- **Co-PI - NIJ Grant:** 2009-DN-BX-K168 "Consecutive & Random Manufactured Semi-Automatic Pistol Breech Face & Fired Cartridge Case Evaluations" **Amount: $790,556**
- **Co-PI - NIJ Grant:** 2010-DN-BX-XXX "Quantitative Analysis of High Velocity Bloodstain Patterns: A Double Blind Investigation of Impact Velocity Assessment". **Amount $245,170**
- **Co-PI - NIJ Grant:** 2010-DN-BX-K240 "Forensic Science Crime Laboratory Management and Leadership". **Amount $468,872**

**MILITARY**

**Commander USNR (retired)** Past experience as Reserve Wing Senior Intelligence Officer in the ASW community for Commander Reserve Patrol Wing Pacific (4 squadrons). Intelligence Department head for Naval Special Warfare Group Reserve Detachment 119. Participated in exercises with navy and army special warfare forces in Thailand and Korea. Background of 23 years experience in the field of intelligence. This experience involves Human Intelligence, Weapons, and Tactics.

**CONTACT**

Frederic Tulleners, Director
California Criminalistics Institute
11181 Sun Center Drive
Rancho Cordova, CA 95670
916-464-5662 Home
916-956-0080 Cell
ftulleners@ucdavis.edu
ftulleners@comcast.net
http://forensicscience.ucdavis.edu

**EXHIBIT B**

**SFGate**.com

AB 1471

## SACRAMENTO
## Assembly OKs micro-stamp on some guns
### Bill would make state first in nation to require tracking device in semiautomatic pistols

Matthew Yi, Chronicle Sacramento Bureau

Wednesday, May 30, 2007

**(05-30) 04:00 PDT Sacramento --** In an effort to curb deadly gun violence, the state Assembly on Tuesday passed a bill that would make California the first in the nation to require a mechanism inside semiautomatic pistols to stamp information that would help authorities track down criminals.

"About 45 percent of all homicides are never solved ... for lack of evidence," the bill's author, Assemblyman Mike Feuer, D-Los Angeles, said on the floor of the Assembly. "But we have the technology now to prevent killers from killing again and to bring them to justice."

The measure, AB1471, would require starting in 2010 that all semiautomatic pistols sold in California contain a mechanism to stamp the gun's make, model and serial number on the shell casing of the bullet every time the weapon is fired.

Citing state Department of Justice records, Feuer noted that about 2,400 homicides are committed each year and about 60 percent involve the use of a handgun. Moreover, about 70 percent of new handguns sold in California are semiautomatic pistols, he said.

While supporters of the legislation hailed the bill as a desperately needed tool for law enforcement to solve shooting crimes, opponents argued the technology is unproven and there are too many loopholes in the measure to be effective.

Perhaps the biggest problem would be that innocent people could be framed for crimes that they did not commit, said Assemblyman Doug LaMalfa, D-Richvale (Butte County).

"Other ammunition rounds can be thrown around at the scene of the crime ... or criminals can use revolvers that do not eject shell casings," he said.

The idea of "micro-stamping" is catching on at the federal level. Rep. Xavier Becerra, D-Los Angeles, and Sen. Edward Kennedy, D-Massachusetts, said earlier this month that they, too, will craft a micro-stamping bill in Congress.

"There's always that concern that others will follow California. Like they say, the way California goes, the rest of the nation goes," said Marc Halcon, president of the California Association of Firearms Retailers.

In California, a previous effort to pass a micro-stamping bill failed.

Last year, then-Assemblyman Paul Koretz, D-West Hollywood, introduced a similar bill that passed several hurdles but came up two votes shy in the Assembly on the last day of the legislative session.

On Tuesday, the Assembly approved Feuer's version in a 44-29 vote, largely along party lines. The bill now heads to the state Senate.

Feuer said the primary difference in this year's bill is that the measure requires the micro-stamping mechanism to etch the information from at least two different places in the pistol. Last year's bill only required one and the firing pin was widely considered as the most logical piece of the firearm to stamp the information. Opponents argued then, and now, that the firing pin can be removed and defaced, or simply replaced.

That's why his bill requires the etching to occur in more than one place inside the gun, Feuer said.

Several Republican members of the Assembly voiced their opposition by arguing that there is little evidence that additional laws on gun control actually lead to less crimes, or that approving the measure would only enrich a single patent-holder of the technology.

Feuer dismissed the latter argument by saying that the patent owner, NanoMark Technologies of Londonderry, N.H., has agreed to give away the patents to gun manufacturers if the bill is enacted.

"This is not a gun control bill. It's a crime control bill," said Assemblyman Paul Krekorian, D-Burbank. "We know that there is an epidemic of gun crimes in the state."

Pro-gun organizations said they are troubled by AB1471 and argued the measure will only hurt law-abiding gun owners because the measure would drive up the prices of firearms.

"Micro-stamping is an ill-advised proposition," said Andrew Arulanandam, a spokesman for the National Rifle Association of America.

*E-mail Matthew Yi at myi@sfchronicle.com.*

http://sfgate.com/cgi-bin/article.cgi?f=/c/a/2007/05/30/BAG7QQ3PBB1.DTL

This article appeared on page B - 1 of the San Francisco Chronicle

# CALIFORNIA STATE COURT PROOF OF SERVICE

*National Shooting Sports Foundation v. State of California - File No. 33875.02*

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, CA 90012.

On March 28, 2014, I served the following document(s): **DECLARATION OF FREDERIC ANDRE TULLENERS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Susan K. Smith
Deputy Attorney General
Offices of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
Tele: (213) 897-2105
Fax: (213) 897-1071
Susan.smith@doi.ca.gov

The documents were served by the following means:

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and (specify one):

☒ Placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope or package with the postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 28, 2014, at Los Angeles, California.

_____
Farnaz Moradpour

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

# EXHIBIT B

1   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
DANIEL C. DECARLO, SB# 160307
2     E-Mail: Dan.DeCarlo@lewisbrisbois.com
LANCE A. SELFRIDGE, SB# 101940
3     E-Mail: Lance.Selfridge@lewisbrisbois.com
633 West 5th Street, Suite 4000
4   Los Angeles, California 90071
Telephone: (213) 250-1800
5   Facsimile: (213) 250-7900

6   **NATIONAL SHOOTING SPORTS FOUNDATION, INC.**
LAWRENCE G. KEANE, SENIOR VICE PRESIDENT, ASSISTANT SECRETARY
7     AND GENERAL COUNSEL (admitted pro hac vice)
    E-Mail: lkeane@nssf.org
8   11 Mile Hill Road
Newtown, Connecticut 06470
9   Telephone: (203) 426-1320
Facsimile: (203) 426-7182

10

11   **WANGER JONES HELSLEY PC**
OLIVER W. WANGER, SBN# 40331
    Email: owanger@wjhattorneys.com
12   MICHAEL S. HELSLEY, SBN# 199103
    Email: mhelsley@wjhattorneys.com
13   265 E. River Park Circle, Suite 310
Fresno, California 93720
14   Telephone: (559) 233-4800
Facsimile:   (559) 233-9330

15

16   Attorneys for Plaintiffs NATIONAL SHOOTING SPORTS FOUNDATION, INC. and
SPORTING ARMS AND AMMUNITION MANUFACTURERS' INSTITUTE, INC.

17           SUPERIOR COURT OF THE STATE OF CALIFORNIA

18                  COUNTY OF FRESNO

19

| | |
|---|---|
| 20   NATIONAL SHOOTING SPORTS FOUNDATION, INC., a nonprofit trade association; and SPORTING ARMS AND AMMUNITION MANUFACTURERS' INSTITUTE, INC., a nonprofit trade association, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA, acting by and through its Attorney General, KAMALA D. HARRIS; and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO. 14CECG00068 DSB <br><br> The Honorable Donald S. Black <br><br> **DECLARATION OF FREDERICK ANDRE TULLENERS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** <br><br> Date:      August 26, 2015 <br> Time:      3:30 p.m. <br> Department: 502 <br><br> Action Filed:   January 9, 2014 <br> Trial Date:    October 7, 2015 |

4834-4608-2084.1

DECLARATION OF FREDERICK ANDRE TULLENERS IN SUPPORT OF PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT

FILED

JUN 1 2 2015

SUPERIOR COURT OF CALIFORNIA
COUNTY OF FRESNO
BY _____
              DEPUTY

1    I, FREDERIC ANDRE TULLENERS, declare as follows:

2    1.    I have been asked by legal counsel representing the National Shooting Sports
3    Foundation, Inc. ("NSSF") and the Sporting Arms and Ammunition Manufacturers' Institute, Inc.
4    ("SAAMI"), Daniel C. DeCarlo and Lance A. Selfridge of Lewis Brisbois Bisgaard & Smith LLP,
5    to express an opinion with respect to a certain requirement of California Penal Code section
6    31910. My earlier declaration filed in this action on March 28, 2014, expressed that opinion. The
7    purpose of this declaration is to supplement that opinion for purposes of the summary judgment
8    motion filed by NSSF and SAAMI. I have personal knowledge of all of the facts stated in this
9    declaration, and if called upon to testify thereto, I could and would do so competently.

10    2.    I recently learned that the defendant in this action, the State of California (the
11    "State"), may be asserting the position that a microscopic array of characters that identify the
12    make, model, and serial number of a semi-automatic pistol (a "microstamped alpha numeric
13    code") can be etched or otherwise imprinted on the magazine of the pistol, such that it will transfer
14    by imprinting on each cartridge case when the pistol is fired. What the State asserts in that regard
15    is not possible. A microstamped alpha numeric code etched or imprinted on the magazine of a
16    semi-automatic pistol cannot be imprinted or transferred to the cartridge case during the pistol's
17    firing process, for three reasons. First, the hard metal of the cartridge case would not accept an
18    imprint of any microstamped alpha numeric code that was etched or imprinted onto the magazine.
19    Second, the hard metal of the cartridge case would not flow into any such microstamped alpha
20    numeric code, because the magazine exerts no force against the cartridge except for its spring
21    action, which is far less force than necessary to transfer a microstamped alpha numeric code.
22    Third, any such microstamped alpha numeric code would be defaced by tool marks on the
23    magazine during the process of removing the new cartridge from the magazine.

24    I declare under penalty of perjury under the laws of the State of California that the
25    foregoing is true and correct and that this declaration is executed at Fair Oaks, California on June
26    9, 2015.

27

28

                                                            Frederic Andre Tulleners

4834-4608-2084.1

2
DECLARATION OF FREDERICK ANDRE TULLENERS IN SUPPORT OF PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

# CALIFORNIA STATE COURT PROOF OF SERVICE

*National Shooting Sports Foundation v. State of California - File No. 33875.02*

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, California 90071.

On June 11, 2015, I served the following document(s): **DECLARATION OF FREDERICK IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

KAMALA D. HARRIS
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
NELSON RICHARDS
Deputy Attorney General
Government Law Section
California Attorney General's Office
2550 Mariposa Mall, Room 5090
Fresno, CA 93721
Telephone: (559) 477-1688
Fax: (559) 445-5106
Nelson.Richards@doj.c.gov

The documents were served by the following means:

☒ (BY MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a professional messenger service. (A proof of service executed by the messenger will be filed in compliance with the Code of Civil Procedure.)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 11, 2015, at Los Angeles, California.

_____

# EXHIBIT C

```
-----------------------------------------------------
|SENATE RULES COMMITTEE                |          AB 1471!
|Office of Senate Floor Analyses       |
|1020 N Street, Suite 524              |
|(916) 651-1520         Fax: (916)     |
|327-4478                              |
-----------------------------------------------------
```

### THIRD READING

Bill No:   AB 1471
Author:    Feuer (D), et al
Amended:   7/11/07 in Senate
Vote:      21

<u>SENATE PUBLIC SAFETY COMMITTEE</u> :   3-2, 6/26/07
AYES:   Romero, Cedillo, Ridley-Thomas
NOES:   Cogdill, Margett

<u>SENATE APPROPRIATIONS COMMITTEE</u> :   Senate Rule 28.8

<u>ASSEMBLY FLOOR</u> :   44-31, 5/29/07 - See last page for vote

<u>SUBJECT</u> :   Firearms:  microstamping

<u>SOURCE</u> :   Brady Campaign to Prevent Gun Violence

<u>DIGEST</u> :   This bill adds to the existing unsafe handgun
law, as of January 1, 2010, requirements for new models of
semiautomatic pistols that they be equipped with a
microscopic array of characters that identify the make,
model, and serial number of the pistol, etched into the
interior surface or internal working parts of the pistol,
and which are transferred by imprinting on each cartridge
case when the firearm is fired, as specified.

**ANALYSIS :**    Existing law defines unsafe handguns as failing to pass certain tests or lacking certain feature, as specified.

CONTINUED

AB 1471
Page

2

This bill requires commencing January, 2010, all semiautomatic pistols that are not already listed on the "not unsafe handgun" roster shall be designed and equipped with a microscopic array of characters that identify the make, mode, and serial number of the pistol, etched or otherwise imprinted onto the interior surface or internal working parts of the pistol, and which are transferred by imprinting on each cartridge case when the firearm is fired provided that the Department of Justice certify that the technology used to create the imprint is available to more than one manufacturer unencumbered by any patent restrictions.  The Attorney General may also approve a method of equal or greater reliability and effectiveness in identifying the specific serial number of a firearm from spent cartridge casings discharged by that firearm than that which is set forth in this paragraph, to be thereafter required as otherwise set forth by this paragraph where the Attorney General certifies that this new method is also unencumbered by any patent restrictions.  Approval by the Attorney General shall include notice of that fact via regulations adopted by the Attorney General for purposes of implementing that method for purposes of this bill.  The microscopic array of characters required by this bill shall not be considered the name of the maker, model, manufacturer's number or other mark of identification, including any distinguishing number or mark assigned by the Department of Justice, within the meaning of Sections 12090 and 12094 of the Penal Code.

**Comments**

**What is Microstamping ?**  The following information from NanoMark Technologies (Hitachi Via Mechanics USA, Inc. in Londonderry, New Hampshire) is taken from their website ( http://www.nanomark.com/ballistic-id-tagging/ballistic-id.h

(800) 666-1917     LEGISLATIVE INTENT SERVICE

tm .)

NanoMark Technologies has developed a PATENTED
BALLISTIC TAGGING TECHNOLOGY.  The technology places an
identification mark on each cartridge casing ejected
from a properly outfitted firearm at the moment of
firing each bullet.  The idea is to have this
technology integrated in firearms as an alternative to
the ballistic "fingerprinting" methods currently under

CONTINUED

AB 1471
Page

3

such hot debate.

Today's common "ballistic fingerprinting" technology is
the computer automation of the science practiced by
Forensic Firearms Examiners.  These specialists have
honed the science of comparing the signature of two
bullets and/or cartridges, and have shown an extremely
high degree of success as long as two physical
specimens are available for the match.  In ballistic
fingerprinting, it is hoped that a computer can compare
one physical piece of evidence to a virtual picture of
the first ammunition fired by a firearm.  Relying on a
vast database containing tediously large image files,
the computer systems have fallen short in delivering
accuracy and repeatability.  This has called into
question the concept of ballistic fingerprint database
technology's readiness by some of the most respected
Forensic Firearms Examiners in the world.

Our technology eliminates the need for national gun
registration or a national database for new guns sold.
The ID marks delivered by Ballistic ID Tagging can be
simply viewed by utilizing imaging equipment commonly
found at local, state and federal forensics
laboratories.  Because of its uniqueness, it does not
require extensive cross-jurisdictional ballistic image
databases or a national ballistic image database
containing the files of new guns sold every year.

LEGISLATIVE INTENT SERVICE     (800) 666-1917

PE - 65

Our technology imparts a unique, indelible, and microscopic code onto the cartridge casings when a bullet is fired and the cartridge case is ejected from a properly outfitted firearm. This code takes the form of encrypted symbols, bar codes or simple alpha-numeric characters (such as a serial number or some type of tracking number) that can be accessed at the individual manufacturers' level. This type of identifier would immediately and unquestionably lead investigators to a specific gun without requiring the manpower and expense associated with the creation and maintenance of a ballistic image database containing millions of images. Furthermore, it has been shown that as a gun wears over time, its fingerprint changes enough to confuse the current generation of database search routines.

CONTINUED

**AB 1471**
Page

4

**FISCAL EFFECT** : Appropriation: No Fiscal Com.: Yes
Local: Yes

**SUPPORT** : (Verified 8/27/07)

Alameda County Board of Supervisors
Alameda County Office of Education
American Academy of Pediatrics
American College of Emergency Physicians State Chapter of CA
California Chapters of the Brady Campaign to Prevent Gun Violence
Chief Aaron Baker, Pittsburg Police Department
Chief Adolfo Gonzales, National City Police Department
Chief Albert Nájera, Sacramento Police Department
Chief Andres Probst, Bell Police Department
Chief Andrew Hall, Westminster Police Department
Chief Anthony Batts, Long Beach Police Department
Chief Anthony Sollecito, Seaside Police Department
Chief Bob McDonell, Newport Police Department
Chief Cheering Sanches, Santa Barbara Police Department
Chief Charles Montoya, Glendora Police Department

LEGISLATIVE INTENT SERVICE (800) 666-1917

PE - 66

Chief Christopher Shawkey, Costa Mesa Police Department
Chief Dan Drummond, West Sacramento Police Department
Chief Dan Lawrence, Clayton Police Department
Chief Daniel Ortega, Salinas Police Department
Chief David Gullo, Campbell Police Department
Chief David L. Maggard, Irvine Police Department
Chief David Livingston, Concord Police Department
Chief David Snowden, Beverly Hills Police Department
Chief Frank Wills, West Covina Police Department
Chief Heather Fong, San Francisco Police Department
Chief Jack Van Etten, Burlingame Police Department
Chief James Hyde, Antioch Police Department
Chief James Rose, Pinole Police Department
Chief Jeffrey C. Kirkpatrick, Seal Beach Police Department
Chief Jerry Dyer, Fresno Police Department
Chief Jim Copsey, Grover Beach Police Department
Chief John Crombach, Oxnard Police Department
Chief John Welter, Anaheim Police Department
Chief Joseph Aita, San Pablo Police Department
Chief Joseph Romero, Pomona Police Department
Chief Ken James, Emeryville Police Department

CONTINUED

AB 1471
Page

5

Chief Kenneth Small, Huntington Beach Police Department
Chief Landy Black, Davis Police Department
Chief Larry Todd, Clearlake Police Department
Chief Lisa Ravazza, Piedmont Police Department
Chief Louis Trovato, Nevada City Police Department
Chief Lynne Johnson, Palo Alto Police Department
Chief Mark Evenson, Brentwood Police Department
Chief Michael Billdt, San Bernardino Police Department
Chief Michael Heffner, Hawthorne Police Department
Chief Michael Trevis, Huntington Park Police Department
Chief Myron Galchun, Dinuba Police Department
Chief Pat Miller, Ventura Police Department
Chief Paul Cooper, Claremont Police Department
Chief Peter Dunbar, Pleasant Hill Police Department
Chief Philip Green, Twin Cities Police Authority
Chief Randy Adams, Glendale Police Department
Chief Richard Ehle, Capitola Police Department

LEGISLATIVE INTENT SERVICE      (800) 666-1917

Chief Roger Johnson, Monrovia City Police Department
Chief Scott Holder, San Ramon Police Department
Chief Scott Jordan, Tustin Police Department
Chief Stan Stewart, Chino Police Department
Chief Steve Towles, Vernon Police Department
Chief Susan Jones, Healdsburg Police Department
Chief Susan Manheimer, San Mateo Police Department
Chief Thomas Hoefel, Burbank Police Department
Chief Thomas Soberanes, Walnut Creek Police Department
Chief Todd Mattern, Los Alamitos Police Department
Chief Wayne Hose, Stockton Police Department
Chief Wayne Tucker, Oakland Police Department
Chief William J. Bratton, Los Angeles Police Department
Chief William Lansdowne, San Diego Police Department
Christ the King Church
City & County of San Francisco
City of Los Angeles
City of Oakland
City of Sacramento
Coalition Against Gun Violence
District Attorney Kamela Harris, City and
Friends Committee on Legislation of CA
Legal Community Against Violence
Los Angeles County Police Chiefs' Association
Mayor Antonio Villaraigosa, City of Los Angeles
Mayor Gavin Newsom, City of San Francisco
Mayor Jerry Sanders, City of San Diego

CONTINUED

AB 1471
Page

6

Orange County Chief's & Sheriff's Association
Orange County Citizens for the Prevention of Gun Violence
Police Officers Research Association of CA
Sheriff Gregory Ahern, Alameda County
Sheriff Lee Baca, Los Angeles County
State Superintendent of Public Instruction Jack O'Connell
Violence Prevention Coalition of Orange County
Women Against Gun Violence
Youth Alive!

OPPOSITION:     (Verified  8/27/07)

(800) 666-1917          LEGISLATIVE INTENT SERVICE

PE - 68

Beretta USA Corporation
California Assn of Firearms Retailers
California Rifle and Pistol Assn
Crossroads of the West Gun Shows
GLOCK, Inc.
Gun Owners of California
Kahr Arm and Auto Ordinance
National Rifle Association
National Shooting Sports Foundation
Outdoor Sportsmen's Coalition
Safari Club International Foundation
Sheriff Bob Doyle, Riverside County
Sheriff Clay Parker, Tehama County
Sheriff Gary Penrod, San Bernardino County
Sheriff Jim Denney, Sutter County
Sheriff Larry Jones, Glenn County
Sheriff Lorrac Craig, Trinity County
Sheriff Margaret Mims, Fresno County
Sheriff Martin A. Ryan, Amador County
Sheriff Michael Carona, Orange County
Sheriff Rick Riggins, Siskiyou County
Sheriff Scott Marshall, Colusa County
Sheriff Steve Warren, Lassen County
Sheriff Thomas D. Allman, Mendocino County
Sheriff Tom Bosenko, Shasta County
SIGARMS
Smith and Wesson
Sporting Arms and Ammunition Manufacturers' Institute
The California Sportsman's Lobby, Inc.

**ARGUMENTS IN SUPPORT** :     The California Chapters of the
Brady Campaign to Prevent Gun Violence state, "Assembly

                                        CONTINUED

                                        AB 1471
                                        Page

7

Bill 1471 would require that newly designated
semi-automatic handguns sold after January 1, 2010, be
equipped with "micro-stamping" technology. This technology
consists of engraving microscopic characters onto the
firing pin and other interior surfaces, which would be

LEGISLATIVE INTENT SERVICE     (800) 666-1917

PE - 69

transferred onto the cartridge casing when the handgun is fired. Micro-stamping technology would substantially enhance law enforcement's ability to rapidly identify and link shell casings found at a crime scene to the individual semi-automatic handgun from which it was fired and to the gun's last lawful possessor.

"Nearly half of the homicides in California are unsolved and the majority of homicides are committed with handguns. In this time of escalating gang violence in our state, new tools for finding and apprehending armed criminals are needed. AB 1471 would help law enforcement solve murders and other handgun crimes as the information provided by a microstamped cartridge casing gives police important leads in the first crucial hours after a crime.

"In addition, AB 1471 would help reduce trafficking of new semi-automatic handguns by creating accountability. Legal purchasers who buy guns for traffickers ('straw' buyers), will be deterred when they realize that microstamped casings can be traced directly back to them. Consequently, this big source of crime guns, which rapidly fall into the hands of criminals and gang members, would be disrupted. Curbing the flow of illegal guns to prohibited purchasers, including felons and violent teens, would reduce gun violence in our streets and protect the innocent bystanders.

"Microstamping will not impose a new cost on the state of California as no new database or procedures are required. California already has a system for tracking guns and their owners and after a crime, law enforcement will simply check the existing database. Buyers of micro-stamping handguns will notice no change in the purchasing process as no new permitting or information is needed. Existing handguns and existing handgun owners will not be impacted by this bill since the law only applies to new handguns.

"The microstamping technology is highly tamper resistant.

CONTINUED

AB 1471
Page

LEGISLATIVE INTENT SERVICE     (800) 666-1917

PE-70

The redundant markings are durable and routine maintenance and servicing of the firearm will not affect the technology. Criminals will find it extremely difficult to defeat the technology. AB 1471 has broad support from police chiefs around the state, who want this new tool for solving handgun crime and curbing the flow of illegal weapons to prohibited purchasers."

**ARGUMENTS IN OPPOSITION:** The North State Sheriffs' state, "As we see it, the technology to implement the micro-stamping is flawed, there would be an increase in the potential for civil liability for law enforcement agencies that continue to use handguns which will be placed on the "unsafe" handgun list, there would be an increase in law enforcement training costs due to not being able to reuse spent cartridge casings, the technology could be easily defeated since the stamping is only 25 microns deep and the cost of the technology would be passed on to law enforcement agencies and citizens alike."

The California Association of Firearm Retailers state, "The technology which this proposed bill seeks to promote has not been shown to work under actual field conditions. Mandating its implementation by law at this time would be excessively premature as it cannot be scientifically justified, and it has not been proven to be practical in application. Impartial testing to date has raised very serious questions relative to whether this technology could actually work in the field given all the variables and other factors that are present outside of the laboratory.

"For example, criminals can easily defeat it in a number of different ways, and it is well known that the overwhelming majority of handguns used in crime are stolen. Fired casings from them found at crime scenes in most cases would not lead law enforcement to the actual perpetrator. Placing micro-stamping on semi-automatic handguns, even if the technology was reliable, would be ineffective as a law enforcement tool.

"Furthermore, micro-stamping is a "sole source" technology at the present time. It is owned by a single company. If micro-stamping did work, a matter that the results of recent independent scientific research casts in doubt and

CONTINUED

LEGISLATIVE INTENT SERVICE   (800) 666-1917

PE - 71

AB 1471
Page

9

highly questions, it would probably continue to be "sole source" as other forms of cartridge case marking have reportedly been proven to be more difficult and costly to engineer.

"This increases the likelihood that the sole source problem would in fact continue and that the costs of using it would not be contained by realistic competition. The result would be higher costs for retailers and their customers for a system that is not reliable and would not be of much assistance to law enforcement."

**ASSEMBLY FLOOR** :

AYES:  Bass, Beall, Berg, Brownley, Caballero, Charles Calderon, Carter, Coto, Davis, De La Torre, De Leon, DeSaulnier, Dymally, Eng, Evans, Feuer, Fuentes, Hancock, Hayashi, Hernandez, Huffman, Jones, Karnette, Krekorian, Laird, Leno, Levine, Lieber, Lieu, Ma, Mendoza, Mullin, Nava, Portantino, Price, Richardson, Ruzkin, Salas, Saldana, Solorio, Swanson, Torrico, Wolk, Nunez

NOES:  Adams, Aghazarian, Anderson, Benoit, Berryhill, Blakeslee, Cook, Duvall, Emmerson, Fuller, Gaines, Galgiani, Garcia, Garrick, Horton, Huff, Jeffries, Keene, La Malfa, Maze, Nakanishi, Niello, Parra, Plescia, Sharon Runner, Silva, Smyth, Strickland, Tran, Villines, Walters

NO VOTE RECORDED: Arambula, DeVore, Houston, Soto, Spitzer


RJG:do   8/28/07    Senate Floor Analyses

SUPPORT/OPPOSITION:  SEE ABOVE

**** END ****

LEGISLATIVE INTENT SERVICE    (800) 666-1917

PE - 72

CONTINUED

LEGISLATIVE INTENT SERVICE    (800) 666-1917

# CERTIFICATE OF SERVICE

On this, the 27th day of July 2015, I electronically filed the attached

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF BRIEF OF AMICI

CURIAE THE NATIONAL SHOOTING SPORTS FOUNDATION, INC. AND

THE SPORTING ARMS AND AMMUNITION MANUFACTURERS'

INSTITUTE, INC. IN SUPPORT OF REVERSAL OF THE JUDGMENT

BELOW with the Clerk of the Court for the United States Court of Appeals for the

Ninth Circuit by using the CM/ECF system.  Particpants in this appeal are

registered CM/ECF users who will be served by the CM/ECF system on July 27,

2015.


I declare under penalty of perjury that the foregoing is true and correct.
Executed this 27th day of July, 2015.


/s/ Lance A. Selfridge

Lance A. Selfridge