15-15449

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

IVAN PENA, ROY VARGAS, DONA
CROSTON, BRETT THOMAS, SECOND
AMENDMENT FOUNDATION, INC. and
THE CALGUNS FOUNDATION, INC.,

Plaintiff and Appellant,

v.

STEPHEN LINDLEY, CHIEF OF THE
CALIFORNIA DEPARTMENT OF
JUSTICE BUREAU OF FIREARMS,

Defendant and Appellee.

On Appeal from the United States District Court
for the Eastern District of California

No. 2:09-CV-01185-KJM-CKD
Hon. Kimberly J. Mueller, Judge

**SUPPLEMENTAL EXCERPTS OF RECORD**

KAMALA D. HARRIS
Attorney General of California
DOUGLAS J. WOODS
Senior Assistant Attorney General
STEPAN A. HAYTAYAN
Supervising Deputy Attorney
General

ANTHONY R. HAKL
Deputy Attorney General
State Bar No. 197335
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 322-9041
Fax: (916) 324-8835
Email: Anthony.Hakl@doj.ca.gov
*Attorneys for Defendant and Appellee*
*Stephen Lindley*

# TABLE OF CONTENTS

10/25/13     Excerpts of Declaration of Anthony R. Hakl in Support

of Defendant Stephen Lindley's Motion for Summary

Judgment, or in the Alternative Summary Adjudication…..1

10/25/13     Declaration of Joel Tochterman in Support of Defendant's

Motion for Summary Judgment, or in the Alternative

Summary Adjudication……………………………………19

12/02/13     Declaration of Anthony R. Hakl in Support of Defendant

Stephen Lindley's Opposition to Plaintiffs' Motion for

Summary Judgment…………………………………….32

07/07/14     Declaration of Stephen Lindley in Support of Defendant's

Supplemental Brief………………………………………..75

07/07/14     Declaration of Todd Lizotte in Support of Defendant's

Supplemental Brief……………………………………….113

12/02/13     Declaration of Leslie McGovern in Support of Defendant

Stephen Lindley's Opposition to Plaintiffs' Motion for

Summary Judgment……………………………………122

1  KAMALA D. HARRIS
   Attorney General of California
2  TAMAR PACHTER, State Bar No. 146083
   Supervising Deputy Attorney General
3  ANTHONY R. HAKL, State Bar No. 197335
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 322-9041
6    Fax: (916) 324-8835
     E-mail: Anthony.Hakl@doj.ca.gov
7  *Attorneys for Defendant Stephen Lindley*

8

9

10            SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                 EASTERN DISTRICT OF CALIFORNIA

12

13  **IVAN PEÑA, ROY VARGAS, DOÑA**          Case No. 2:09-CV-01185-KJM-CKD
    **CROSTON, BRETT THOMAS, SECOND**
14  **AMENDMENT FOUNDATION, INC. and**       **DECLARATION OF ANTHONY R.**
    **THE CALGUNS FOUNDATION, INC.,**        **HAKL IN SUPPORT OF DEFENDANT**
15                                           **STEPHEN LINDLEY'S MOTION FOR**
                                             **SUMMARY JUDGMENT, OR IN THE**
16                          Plaintiffs,      **ALTERNATIVE SUMMARY**
                                             **ADJUDICATION**
17            v.
                                             Date:        November 22, 2013
18  **STEPHEN LINDLEY,**                     Time:        10:00 a.m.
                                             Dept.:       Courtroom 3, 15th floor
19                          Defendant.       Judge:       The Honorable Kimberly J.
                                                          Mueller
20                                           Trial Date:  None at this time
                                             Action Filed: May 1, 2009
21

22

23

24

25

26

27

28

                                    1

SER0001

# DECLARATION OF ANTHONY R. HAKL

1.     I am a Deputy Attorney General for the Office of the Attorney General in the California Department of Justice located in Sacramento, California. I am the attorney of record for Stephen Lindley ("Defendant"). I make this declaration in support of Defendant's Motion for Summary Judgment. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to them.

2.     Attached hereto as Exhibit A is a true and correct copy of Plaintiff Brett Thomas's Response to Defendant Stephen Lindley's First Set of Requests for Admissions.

3.     Attached hereto as Exhibit B is a true and correct copy of Plaintiff Brett Thomas's Response to Defendant Stephen Lindley's First Set of Interrogatories.

4.     Attached hereto as Exhibit C is a true and correct copy of Plaintiff Ivan Peña's Response to Defendant Stephen Lindley's First Set of Requests for Admissions.

5.     Attached hereto as Exhibit D is a true and correct copy of Plaintiff Ivan Peña's Response to Defendant Stephen Lindley's First Set of Interrogatories.

6.     Attached hereto as Exhibit E is a true and correct copy of Plaintiff Roy Vargas's Response to Defendant Stephen Lindley's First Set of Requests for Admissions.

7.     Attached hereto as Exhibit F is a true and correct copy of Plaintiff Roy Vargas's Response to Defendant Stephen Lindley's First Set of Interrogatories.

8.     Attached hereto as Exhibit G is a true and correct copy of Plaintiff Doña Croston's Response to Defendant Stephen Lindley's First Set of Requests for Admissions.

9.     Attached hereto as Exhibit H is a true and correct copy of Plaintiff Doña Croston's Response to Defendant Stephen Lindley's First Set of Interrogatories.

10.     Attached hereto as Exhibit I is a true and correct copy of Defendant Stephen Lindley's Response To Interrogatories, Set One.

11.     Attached hereto as Exhibit J is a true and correct copy of Defendant Stephen Lindley's Response To Requests For Admission, Set One.

12.     Attached hereto as Exhibit K is a true and correct copy of Defendant Stephen Lindley's Response to Interrogatories, Set Two.

2

SER0002

1    I declare under penalty of perjury under the laws of the State of California and the United

2   States of America that the foregoing is true and correct of my own personal knowledge, and that

3   this declaration is executed in Sacramento, California, this 25th day of October, 2013.

4

5                                              ANTHONY R. HAKL

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Anthony R. Hakl in Support of Defendant Stephen Lindley's
Motion for Summary Judgment, or in the Alternative Summary Adjudication (2:09-CV-01185-KJM-CKD)

SER0003

**EXHIBIT A**

A00001

SER0004

Alan Gura (Calif. Bar No. 178,221)
Gura & Possessky, PLCC
101 N. Columbus St. Suite 405
Alexandria VA, 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
Law Office of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.364.84889/Fax 408.264.8487

Jason A. Davis (Calif. Bar No. 224250)
Davis & Associates
27201 Puerta Real, Suite 300
Mission Viejo, CA 92691
Tel 949.436.GUNS/Fax 949.288.6894

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN PENA, ROY VARGAS, DONA CROSTON, BRETT THOMAS, SECOND AMENDMENT FOUNDATION, INC. AND THE CALGUNS FOUNDATION, INC.<br><br>     Plaintiffs,<br><br>  vs.<br><br>STEPHEN LINDLEY,<br><br>     Defendant. | Case No: 2:09-CV-01185-KJM-CMK<br><br>**PLAINTIFF BRETT THOMAS'S RESPONSE TO DEFENDANT STEPHEN LINDLEY'S FIRST SET OF REQUESTS FOR ADMISSIONS** |

1 TO THE DEFENDANT HEREIN AND TO ITS ATTORNEYS OF RECORD:

2 PLAINTIFFS, by their attorney of record, hereby respond to the Request for Admissions

3 served on them, by Defendant, as follows:

4

5 **RESPONSES TO REQUESTS FOR ADMISSION**

6 **REQUEST FOR ADMISSION NO. 1**

7 Admit that you own at least one operable handgun that is suitable for self-defense.

8 **RESPONSE TO REQUEST FOR ADMISSION NO. 1**

9 OBJECTION:  Plaintiff objects on grounds that the request does not seek information

10 that is either relevant or calculated to lead to the discovery of relevant evidence.

11 RESPONSE: Without waiving the aforementioned objections, Plaintiff responds:  I admit

12 that I have at least one fully functional handgun, as defined in Penal Code section 16640, which

13 may be suitable for self-defense purposes in certain circumstances, but may not be suitable for

14 self-defense purposes in other circumstances.

15

16 **REQUEST FOR ADMISSION NO. 2**

17 Admit that you are able to purchase an operable handgun that is suitable for self-defense.

18 **RESPONSE TO REQUEST FOR ADMISSION NO. 2**

19 OBJECTION:  This request is so vague or ambiguous as to be burdensome or oppressive

20 as to the meaning of "suitable for self-defense."   Moreover, Plaintiff would have to speculate as

21 to the meaning of the phrase "suitable for self-defense."   Firearms are tools.  While one firearm

22 may be suitable for self-defense in one scenario, it may not be suitable for self-defense in another

23 scenario.  As such, the term "suitable for self-defense" is too vague and ambiguous to properly

24 respond to.

25 RESPONSE:  Without waiving the aforementioned objections, Plaintiff responds:

26 Admit.

27 ///

28 ///

BRETT THOMAS'S RESPONSE TO DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSIONS
(2:09-cv-01185-kjm-ckd) A00003

SER0006

1   **REQUEST FOR ADMISSION NO. 3**

2       Admit that you are able to obtain a High Standard Buntline style revolver through a

3   private-party transfer under California Penal code section 32210(a).

4   **RESPONSE TO REQUEST FOR ADMISSION NO. 3**

5       OBJECTION:  This request is so vague or ambiguous as to be burdensome or oppressive

6   as to the meaning of "able to obtain."   Does this term, in the context of the request, mean

7   physically able, financially able, legally able, or logistically able?  Moreover, Plaintiff would

8   have to speculate as to the meaning of the phrase "able to obtain."

9       OBJECTION: This request seeks an admission pertaining to statements of law. Such

10   matters are outside the scope of information permitted by the applicable court rules governing

11   Requests for Admissions.

12       RESPONSE:  Subject to the foregoing objections without waiving same, Denied.

13   Plaintiff is unaware of any private parties with a California Driver License, California

14   Identification Card or Military identification card who possess such a firearm in an unaltered

15   factory manufactured condition.  Nor is Plaintiff aware of any private parties with a California

16   Driver License, California Identification Card or Military identification card who are willing to

17   sell said firearm in an unaltered factory manufactured condition.  And, such a firearm is not on

18   the list of handguns approved for a California licensed dealer direct sale in California.

19

20   Date: December 11, 2012

               WITH RESPECT TO OBJECTIONS ONLY

21                  Respectfully submitted,

               Davis & Associates

22

23

24                  Jason A. Davis

               Jason@CalGunLawyers.com

25                  Attorneys for plaintiffs

26

27

28

BRETT THOMAS'S RESPONSE TO DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSIONS

               (2:09-cv-01185-kjm-ckd)   A00004

SER0007

**EXHIBIT C**

C00001

SER0008

1

Alan Gura (Calif. Bar No. 178,221)

2

Gura & Possessky, PLCC

101 N. Columbus St. Suite 405

3

Alexandria VA, 22314

4

703.835.9085/Fax 703.997.7665

5

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)

Law Office of Donald Kilmer, A.P.C.

6

1645 Willow Street, Suite 150

San Jose, CA 95125

7

408.364.84889/Fax 408.264.8487

8

Jason A. Davis (Calif. Bar No. 224250)

9

Davis & Associates

10

27201 Puerta Real, Suite 300

Mission Viejo, CA 92691

11

Tel 949.436.GUNS/Fax 949.288.6894

12

**IN THE UNITED STATES DISTRICT COURT**

13

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

14

15

16

IVAN PENA, ROY VARGAS, DONA CROSTON, BRETT THOMAS, SECOND AMENDMENT FOUNDATION, INC. AND THE CALGUNS FOUNDATION, INC.

Case No: 2:09-CV-01185-KJM-CMK

17

**PLAINTIFF IVAN PENA'S RESPONSE TO DEFENDANT STEPHEN LINDLEY'S FIRST SET OF REQUESTS FOR ADMISSIONS**

18

19

Plaintiffs,

20

vs.

21

STEPHEN LINDLEY,

22

Defendant.

23

24

25

26

27

28

C00002

SER0009

1  TO THE DEFENDANT HEREIN AND TO ITS ATTORNEYS OF RECORD:

2  PLAINTIFFS, by their attorney of record, hereby respond to the Request for Admissions

3  served on them, by Defendant, as follows:

4

5  **RESPONSES TO REQUESTS FOR ADMISSION**

6  **REQUEST FOR ADMISSION NO. 1**

7  Admit that you own at least one operable handgun that is suitable for self-defense.

8  **RESPONSE TO REQUEST FOR ADMISSION NO. 1**

9  OBJECTION:  Plaintiff objects on grounds that the request does not seek information

10  that is either relevant or calculated to lead to the discovery of relevant evidence.

11  RESPONSE: Without waiving the aforementioned objections, Plaintiff responds:  I admit

12  that I have at least one fully functional handgun, as defined in Penal Code section 16640, which

13  may be suitable for self-defense purposes in certain circumstances, but may not be suitable for

14  self-defense purposes in other circumstances.

15

16  **REQUEST FOR ADMISSION NO. 2**

17  Admit that you are able to purchase an operable handgun that is suitable for self-defense.

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 2**

19  OBJECTION:  This request is so vague or ambiguous as to be burdensome or oppressive

20  as to the meaning of "suitable for self-defense."  Moreover, Plaintiff would have to speculate as

21  to the meaning of the phrase "suitable for self-defense."  Firearms are tools.  While one firearm

22  may be suitable for self-defense in one scenario, it may not be suitable for self-defense in another

23  scenario.  As such, the term "suitable for self-defense" is too vague and ambiguous to properly

24  respond to.

25  RESPONSE:  Without waiving the aforementioned objections, Plaintiff responds:

26  Admit.

27  / / /

28  / / /

IVAN PENA'S RESPONSE TO DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSIONS
(2:09-cv-01185-kjm-ckd)

C00003
SER0010

1   **REQUEST FOR ADMISSION NO. 3**

2       Admit that you are able to obtain a Para USA (Para Ordinance) P1345SR/Stainless Steel

3   .45 ACP 4.25" through a private-party transfer under California Penal Code section 32210(a).

4   **RESPONSE TO REQUEST FOR ADMISSION NO. 3**

5       OBJECTION: This request is so vague or ambiguous as to be burdensome or oppressive

6   as to the meaning of "able to obtain." Does this term, in the context of the request, mean

7   physically able, financially able, legally able, or logistically able? Moreover, Plaintiff would

8   have to speculate as to the meaning of the phrase "able to obtain."

9       OBJECTION: This request seeks an admission pertaining to statements of law. Such

10   matters are outside the scope of information permitted by the applicable court rules governing

11   Requests for Admissions.

12       RESPONSE: Subject to the foregoing objections without waiving same, Denied.

13   Plaintiff is unaware of any private parties with a California Driver License, California

14   Identification Card or Military identification card who possess such a firearm in an unaltered

15   factory manufactured condition. Nor is Plaintiff aware of any private parties with a California

16   Driver License, California Identification Card or Military identification card who are willing to

17   sell said firearm in an unaltered factory manufactured condition. And, such a firearm is not on

18   the list of handguns approved for a California licensed dealer direct sale in California.

19

20   Date: December 11, 2012

                                     WITH RESPECT TO OBJECTIONS ONLY

21                                      Respectfully submitted,

22                                      Davis & Associates

23

24                                      Jason A. Davis

                                     Jason@CalGunLawyers.com

25                                      Attorneys for plaintiffs

26

27

28

C00004
SER0011

**EXHIBIT E**

E00001

SER0012

1   Alan Gura (Calif. Bar No. 178,221)
2   Gura & Possessky, PLCC
    101 N. Columbus St. Suite 405
3   Alexandria VA, 22314
    703.835.9085/Fax 703.997.7665
4
5   Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
    Law Office of Donald Kilmer, A.P.C.
6   1645 Willow Street, Suite 150
    San Jose, CA 95125
7   408.364.84889/Fax 408.264.8487
8
9   Jason A. Davis (Calif. Bar No. 224250)
    Davis & Associates
10  27201 Puerta Real, Suite 300
    Mission Viejo, CA 92691
11  Tel 949.436.GUNS/Fax 949.288.6894

12              IN THE UNITED STATES DISTRICT COURT

13          FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15
    IVAN PENA, ROY VARGAS, DONA          Case No: 2:09-CV-01185-KJM-CMK
16  CROSTON, BRETT THOMAS, SECOND
    AMENDMENT FOUNDATION, INC.           **PLAINTIFF ROY VARGAS'S**
17  AND THE CALGUNS FOUNDATION,          **RESPONSE TO DEFENDANT**
    INC.                                 **STEPHEN LINDLEY'S FIRST SET OF**
18                                       **REQUESTS FOR ADMISSIONS**
19              Plaintiffs,
20      vs.
21  STEPHEN LINDLEY,
22              Defendant.
23

24

25

26

27

28

1    TO THE DEFENDANT HEREIN AND TO ITS ATTORNEYS OF RECORD:

2    PLAINTIFFS, by their attorney of record, hereby respond to the Request for Admissions

3    served on them, by Defendant, as follows:

4

5                    **RESPONSES TO REQUESTS FOR ADMISSION**

6    **REQUEST FOR ADMISSION NO. 1**

7    Admit that you own at least one operable handgun that is suitable for self-defense.

8    **RESPONSE TO REQUEST FOR ADMISSION NO. 1**

9    OBJECTION:  Plaintiff objects on grounds that the request does not seek information

10   that is either relevant or calculated to lead to the discovery of relevant evidence.

11   RESPONSE: Without waiving the aforementioned objections, Plaintiff responds:  I admit

12   that I have at least one fully functional handgun, as defined in Penal Code section 16640, which

13   may be suitable for self-defense purposes in certain circumstances, but may not be suitable for

14   self-defense purposes in other circumstances.

15

16   **REQUEST FOR ADMISSION NO. 2**

17   Admit that you are able to purchase an operable handgun that is suitable for self-defense.

18   **RESPONSE TO REQUEST FOR ADMISSION NO. 2**

19   OBJECTION:  This request is so vague or ambiguous as to be burdensome or oppressive

20   as to the meaning of "suitable for self-defense."  Moreover, Plaintiff would have to speculate as

21   to the meaning of the phrase "suitable for self-defense."  Firearms are tools.  While one firearm

22   may be suitable for self-defense in one scenario, it may not be suitable for self-defense in another

23   scenario.  As such, the term "suitable for self-defense" is too vague and ambiguous to properly

24   respond to.

25   RESPONSE:  Without waiving the aforementioned objections, Plaintiff responds:

26   Admit.

27   ///

28   ///

ROY VARGAS'S RESPONSE TO DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSIONS
(2:09-cv-01185-kjm-ckd)   E00003

SER0014

1  **REQUEST FOR ADMISSION NO. 3**

2       Admit that you are able to obtain a Glock 21SF with an ambidextrous magazine release

3  through a private-party transfer under California Penal code section 32210(a).

4  **RESPONSE TO REQUEST FOR ADMISSION NO. 3**

5       OBJECTION:  This request is so vague or ambiguous as to be burdensome or oppressive

6  as to the meaning of "able to obtain."  Does this term, in the context of the request, mean

7  physically able, financially able, legally able, or logistically able?  Moreover, Plaintiff would

8  have to speculate as to the meaning of the phrase "able to obtain."

9       OBJECTION: This request seeks an admission pertaining to statements of law. Such

10  matters are outside the scope of information permitted by the applicable court rules governing

11  Requests for Admissions.

12       RESPONSE:  Subject to the foregoing objections without waiving same, Denied.

13  Plaintiff is unaware of any private parties with a California Driver License, California

14  Identification Card or Military identification card who possess such a firearm in an unaltered

15  factory manufactured condition.  Nor is Plaintiff aware of any private parties with a California

16  Driver License, California Identification Card or Military identification card who are willing to

17  sell said firearm in an unaltered factory manufactured condition.  And, such a firearm is not on

18  the list of handguns approved for a California licensed dealer direct sale in California.

19

20

21  Date: December 11, 2012

22                                   WITH RESPECT TO OBJECTIONS ONLY

                                  Respectfully submitted,

23                                    Davis & Associates

24                                    Jason A. Davis

25                                    Jason@CalGunLawyers.com

26                                    Attorneys for plaintiffs

27

28

1

Alan Gura (Calif. Bar No. 178,221)

2

Gura & Possessky, PLCC

101 N. Columbus St. Suite 405

3

Alexandria VA, 22314

4

703.835.9085/Fax 703.997.7665

5

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)

Law Office of Donald Kilmer, A.P.C.

6

1645 Willow Street, Suite 150

7

San Jose, CA 95125

408.364.84889/Fax 408.264.8487

8

9

Jason A. Davis (Calif. Bar No. 224250)

Davis & Associates

10

27201 Puerta Real, Suite 300

Mission Viejo, CA 92691

11

Tel 949.436.GUNS/Fax 949.288.6894

12

**IN THE UNITED STATES DISTRICT COURT**

13

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

14

15

16

IVAN PENA, ROY VARGAS, DONA
CROSTON, BRETT THOMAS, SECOND

17

AMENDMENT FOUNDATION, INC.
AND THE CALGUNS FOUNDATION,

18

INC.

19

            Plaintiffs,

20

    vs.

21

STEPHEN LINDLEY,

22

            Defendant.

Case No: 2:09-CV-01185-KJM-CMK

**PLAINTIFF DONA CROSTON'S
RESPONSE TO DEFENDANT
STEPHEN LINDLEY'S FIRST SET OF
REQUESTS FOR ADMISSIONS**

23

24

25

26

27

28

DONA CROSTON'S RESPONSE TO DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSIONS
(2:09-cv-01185-kjm-ckd)

G00002

SER0016

1    TO THE DEFENDANT HEREIN AND TO ITS ATTORNEYS OF RECORD:

2    PLAINTIFFS, by their attorney of record, hereby respond to the Request for Admissions

3    served on them, by Defendant, as follows:

4

5                     **RESPONSES TO REQUESTS FOR ADMISSION**

6    **REQUEST FOR ADMISSION NO. 1**

7    Admit that you own at least one operable handgun that is suitable for self-defense.

8.   **RESPONSE TO REQUEST FOR ADMISSION NO. 1**

9    OBJECTION:  Plaintiff objects on grounds that the request does not seek information

10   that is either relevant or calculated to lead to the discovery of relevant evidence.

11   RESPONSE: Without waiving the aforementioned objections, Plaintiff responds:  I admit

12   that I have at least one fully functional handgun, as defined in Penal Code section 16640, which

13   may be suitable for self-defense purposes in certain circumstances, but may not be suitable for

14   self-defense purposes in other circumstances.

15

16   **REQUEST FOR ADMISSION NO. 2**

17   Admit that you are able to purchase an operable handgun that is suitable for self-defense.

18   **RESPONSE TO REQUEST FOR ADMISSION NO. 2**

19   OBJECTION:  This request is so vague or ambiguous as to be burdensome or oppressive

20   as to the meaning of "suitable for self-defense."  Moreover, Plaintiff would have to speculate as

21   to the meaning of the phrase "suitable for self-defense."  Firearms are tools.  While one firearm

22   may be suitable for self-defense in one scenario, it may not be suitable for self-defense in another

23   scenario.  As such, the term "suitable for self-defense" is too vague and ambiguous to properly

24   respond to.

25   RESPONSE:  Without waiving the aforementioned objections, Plaintiff responds:

26   Admit.

27   ///

28   ///

DONA CROSTON'S RESPONSE TO DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSIONS
(2:09-cv-01185-kjm-ckd)

G00003

SER0017

**REQUEST FOR ADMISSION NO. 3**

Admit that you are able to obtain a Springfield Armory XD-45 Tactical 5" Bi-Tone stainless steel/black handgun in .45 ACP, model number XD9623, through a private-party transfer under California Penal Code section 32210(a).

**RESPONSE TO REQUEST FOR ADMISSION NO. 3**

OBJECTION:  This request is so vague or ambiguous as to be burdensome or oppressive as to the meaning of "able to obtain."   Does this term, in the context of the request, mean physically able, financially able, legally able, or logistically able?  Moreover, Plaintiff would have to speculate as to the meaning of the phrase "able to obtain."

OBJECTION: This request seeks an admission pertaining to statements of law. Such matters are outside the scope of information permitted by the applicable court rules governing Requests for Admissions.

RESPONSE:  Subject to the foregoing objections without waiving same, Denied. Plaintiff is unaware of any private parties with a California Driver License, California Identification Card or Military identification card who possess such a firearm in an unaltered factory manufactured condition.  Nor is Plaintiff aware of any private parties with a California Driver License, California Identification Card or Military identification card who are willing to sell said firearm in an unaltered factory manufactured condition.  And, such a firearm is not on the list of handguns approved for a California licensed dealer direct sale in California.

Date: December _11_ 2012

WITH RESPECT TO OBJECTIONS ONLY
Respectfully submitted,
Davis & Associates

Jason A. Davis
Jason@CalGunLawyers.com
Attorneys for plaintiffs

DONA CROSTON'S RESPONSE TO DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSIONS
(2:09-cv-01185-kjm-ckd)

G00004

SER0018

1    KAMALA D. HARRIS
     Attorney General of California
2    TAMAR PACHTER, State Bar No. 146083
     Supervising Deputy Attorney General
3    ANTHONY R. HAKL, State Bar No. 197335
     Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone:  (916) 322-9041
6    Fax:  (916) 324-8835
     E-mail:  Anthony.Hakl@doj.ca.gov
7    *Attorneys for Defendant Stephen Lindley*

8

9

10                    IN THE UNITED STATES DISTRICT COURT

11                   FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13   | **IVAN PEÑA, ROY VARGAS, DOÑA** | 2:09-CV-01185-KJM-CKD |
     | **CROSTON, BRETT THOMAS, SECOND** | |
14   | **AMENDMENT FOUNDATION, INC. and** | **DECLARATION OF JOEL** |
     | **THE CALGUNS FOUNDATION, INC.,** | **TOCHTERMAN IN SUPPORT OF** |
15   | | **DEFENDANT'S  MOTION FOR** |
     | Plaintiffs, | **SUMMARY JUDGMENT, OR IN THE** |
16   | | **ALTERNATIVE SUMMARY** |
     | | **ADJUDICATION** |
17   | v. | |

18   **STEPHEN LINDLEY,**

     Date:          November 22, 2013
19                                      Defendant.    Time:          10:00 a.m.
     Dept.:         Courtroom 3, 15th floor
20                  Judge:         The Honorable Kimberly J.
                                   Mueller
21                  Trial Date:    None at this time
                    Action Filed:  May 1, 2009

22

23

24

25

26

27

28

Declaration of Joel Tochterman in Support of Defendant's Motion for
Summary Judgment, or in the Alternative Summary Adjudication
(2:09-CV-01185-KJM-CKD)

SER0019

**DECLARATION OF JOEL TOCHTERMAN**

I, Joel Tochterman, declare as follows:

1.    I am a Librarian for the Office of the Attorney General in the California Department of Justice, located in Sacramento, California. I have been trained and am familiar with our office's methods for researching and compiling legislative histories. My job duties regularly include collecting legislative history materials for attorneys in this office. I am also custodian of the records retained in the library's files, including legislative histories compiled by our office's trained librarians. I make this declaration in support of defendant's motion for summary judgment, or in the alternative summary adjudication. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to them.

2.    Trained librarians in our office regularly compile legislative histories when requested to do so by attorneys in the Attorney General's Office. These librarians compile legislative histories of California statutes from the entire history pertaining to the statute as presented, chaptered, and archived as public records by the California Secretary of State, California Legislative Counsel, and other sources of legislative history. After a legislative history has been complied, we add it to our collection of legislative histories, and retain it in the library's files.

3.    On or about October 24, 2013, I located in our collection a legislative history for 2003 Senate Bill 489 compiled by a librarian of the Office of the Attorney General. Attached hereto are true and correct copies of selected documents that were part of that legislative history:

Exhibit A is a true and correct copy of Assem. Com. on Appropriations, Analysis of Senate Bill No. 489 (2003-2004 Reg. Sess.) August 20, 2003.

Exhibit B is a true and correct copy of the Assem. Com. on Public Safety, Analysis of Senate Bill No. 489 (2003-2004 Reg. Sess.) July 1, 2003.

4.    The legislative history documents contained in Exhibits A and B are true and correct copies of the original public records obtained by the designated official from public sources in California, except that for readability purposes, pages may have been enlarged.

1

Declaration of Joel Tochterman in Support of Defendant's Motion for
Summary Judgment, or in the Alternative Summary Adjudication
(2:09-CV-01185-KJM-CKD)

SER0020

1    I declare under penalty of perjury under the laws of the State of California and the United

2  States of America that the foregoing is true and correct of my own personal knowledge, and that

3  this declaration is executed in Sacramento, California, this _24th_ th day of October, 2013.

4

5                                    _Joel Tochterman_

6                                        Joel Tochterman

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Joel Tochterman in Support of Defendant's Motion for
Summary Judgment, or in the Alternative Summary Adjudication
(2:09-CV-01185-KJM-CKD)

SER0021

**EXHIBIT A**

A00001
SER0022

SB 489
Page 1

Date of Hearing:  August 20, 2003

ASSEMBLY COMMITTEE ON APPROPRIATIONS
Darrell Steinberg, Chair

SB 489 (Scott) – As Amended:  August 18, 2003

Policy Committee:  Public Safety                    Vote:    4-3

Urgency:  No    State Mandated Local Program: Yes          Reimbursable:    No

SUMMARY.

This bill requires all center-fire semiautomatic pistols not already listed on the Department of Justice (DOJ) roster of approved "safe" firearms to have chamber load indicators and magazine disconnect mechanisms if the pistol has a detachable magazine.  Specifically, this bill:

1)  Requires, beginning January 1, 2006, all center-fire semiautomatic pistols not already on the DOJ "safe" list to have either a chamber load indicator or a magazine disconnect mechanism, if the gun has a detachable magazine, in order to be included on the DOJ list of "safe" guns.

2)  Requires, beginning January 1, 2007, all center-fire semiautomatic pistols not already on the DOJ "safe" list to have both a chamber load indicator and a magazine disconnect mechanism, if the gun has a detachable magazine, in order to be included on the DOJ list of "safe" guns.

3)  Requires, beginning January 1, 2006, all rimfire semiautomatic pistols not already on the "safe" list to have a magazine disconnect mechanism, if the pistol has a detachable magazine, in order to be included on the DOJ list of "safe" guns.

4)  Defines chamber load indicator as a device that plainly indicates a cartridge is in the firing chamber.  A device satisfies this definition if it is readily visible, has explanatory text or graphics, and is designed to indicate, without requiring reference to any resource other than the gun itself, whether a cartridge is in the firing chamber.

5)  Defines a magazine disconnect mechanism as a mechanism that prevents a semiautomatic pistol from striking the primer of the ammunition in the firing chamber when a detachable magazine is not inserted in the gun.

FISCAL EFFECT

Absorbable one-time costs – likely less than $25,000 – to the DOJ to develop definitional regulations.

COMMENTS

1)  Rationale.  According to the author and proponents, many of the thousands of gun injuries and deaths are the result of unintentional shootings by persons who thought the guns were not loaded.

A00002
SER0023

Gun users may be unaware that semiautomatic weapons can be fired when their loading mechanism – the magazine – is removed or emptied. A live round of ammunition may remain in the chamber of the gun after the magazine is removed. When the trigger of a semiautomatic gun with a live round in its chamber is pulled, it will fire even though it does not have a magazine inserted, unless the gun has a magazine disconnect mechanism.

The author cites a 1997 survey by the Johns Hopkins Center for Gun Policy and Research and the National Opinion Research Center that found almost 35% of respondents did not know a gun could be fired or believed that a gun could not be fired with the magazine removed. Twenty-eight percent of those respondents lived in households where guns were present.

2)  Current law makes it a misdemeanor, punishable by up to one year in county jail, to manufacture or import into California any unsafe handgun, except as specified. An unsafe handgun is defined as a concealable gun that does not have a specified safety device and does not meet specified safety requirements. The DOJ is required to maintain a list of all concealable guns deemed "safe."

3)  Support. The Brady Campaign to Prevent Gun Violence states, "It is just common sense that handguns should include a chamber load indicator that makes it clear whether the weapon is loaded. Since cheap disposable cameras can clearly count down the number of pictures left, it is inexcusable that handguns do not indicate when a bullet is in the chamber. Magazine safety disconnects would also greatly reduce the number of unintentional accidental shootings by ensuring that when the magazine is removed the gun will not fire."

4)  Opposition. The California Rifle and Pistol Association states, "SB 489 would result in the price of pistols unnecessarily increasing in the California marketplace, thus creating another economic barrier to consumers caused by mandated items of questionable value. Chamber load indicators would not be likely to improve public safety as persons who are not familiar with firearms would not know what they are, regardless of design, nor their significance."

Analysis Prepared by:   Geoff Long / APPR. / (916) 319-2081

A00003
SER0024

**EXHIBIT B**

B00001

SER0025

SB 489
Page 1

Date of Hearing: July 1, 2003
Counsel:        Gregory Pagan

ASSEMBLY COMMITTEE ON PUBLIC SAFETY
Mark Leno, Chair



SB 489 (Scott) – As Amended: June 26, 2003

SUMMARY:   Commencing January 1, 2007 requires all center-fire semiautomatic pistols not already listed on the Department of Justice (DOJ) roster of approved "safe" firearms to have chamber load indicators and magazine disconnect mechanisms if the pistol has a detachable magazine. Specifically, this bill:

1)  Requires, commencing January 1, 2005, all center-fire semiautomatic pistols not already found to be "safe" to have either a chamber load indicator or a magazine disconnect mechanism if the pistol has a detachable magazine in order to be added to the DOJ roster of approved "safe" firearms.

2)  Requires, commencing January 1, 2007, all center-fire semiautomatic pistols not already found to be "safe" to have both a chamber load indicator and a magazine disconnect mechanism if the pistol has a detachable magazine in order to be added to the DOJ roster of approved "safe" firearms.

3)  Requires, commencing January 1, 2005, all rimfire semiautomatic pistols not already found to be "safe" to have a magazine disconnect mechanism if the pistol has a detachable magazine in order to be added to the DOJ roster of approved "safe" firearms.

4)  Defines "chamber load indicator" as a device that plainly indicates that a cartridge is in the firing chamber.  A device satisfies this definition if it is readily visible, has incorporated or adjacent explanatory text or graphics, or both, and is designed and intended to indicate to a reasonably foreseeable user of the pistol, without requiring the user to refer to a user's manual or any other resources other than the pistol itself, whether a cartridge is in the firing chamber.

5)  Defines "magazine disconnect mechanism" as a mechanism that prevents a semiautomatic pistol from operating to strike the primer of the ammunition in the firing chamber when a detachable magazine is not inserted in the semiautomatic pistol.

6)  Defines "semiautomatic pistol" as a pistol, as defined, the operating mode of which uses the energy of the explosive in a fixed cartridge to extract a fired cartridge and chamber a fresh cartridge with a single pull of the trigger.

7)  Prohibits semiautomatic pistols without chamber load indicators and magazine disconnect mechanisms, as specified, from being submitted to the DOJ for testing according to the above "phased in" schedule.

3) Exempts the sale, loan, or transfer of any firearm that is to be used as a prop during the course of a motion picture, television, or video production from specified safety requirements.

### EXISTING LAW:

1) Makes it a misdemeanor, beginning January 1, 2001, for any person in California who manufactures or causes to be manufactured, imports into California for sale, keeps for sale, offers or exposes for sale, or gives or lends any unsafe handgun, except as specified, punishable by up to one year in county jail. [Penal Code Section 12125(a).]

2) Defines "unsafe handgun" as any pistol, revolver, or firearm capable of being concealed upon a person that does not have a specified safety device, does not meet specified firing requirements, or does not meet specified drop safety requirements. (Penal Code Section 12126.)

3) Requires any pistol, revolver, or other firearm manufactured in California capable of being concealed upon a person imported into California for sale, kept for sale, or offered or exposed for sale, to be tested by an independent laboratory certified by the Department of Justice (DOJ) and meet or exceed specified standards defining unsafe handguns. [Penal Code Section 12130(a).]

4) Requires DOJ to certify laboratories to verify compliance with the specified standards defining unsafe handguns on or before October 1, 2000. [Penal Code Section 12130(b).]

5) Requires every person licensed to manufacture firearms who manufactures firearms in California, and every person who imports firearms into California for sale, keeps for sale, or offers or exposes for sale any firearm, to certify under penalty of perjury that every model, kind, class, style, type of pistol, revolver, or other firearm capable of being concealed upon a person that he or she manufactures or imports, keeps or exposes for sale, is not a prohibited unsafe handgun. (Penal Code Section 12129.)

6) Requires DOJ, on and after January 1, 2001, to compile, publish, and thereafter maintain a roster listing all pistols, revolvers, and other firearms capable of being concealed upon a person that are not unsafe handguns by the manufacturer, model number and model name. [Penal Code Section 12131(a).]

7) Exempts the sale, loan, or transfer of any firearm between private parties through dealers or law enforcement agencies, between private parties exempt from the requirement that the transfer be through a dealer or law enforcement agency, firearms listed as curios or relics, the delivery or return of a firearm for the purposes of repair, and the return of a firearm by a licensed dealer when the firearm was delivered for the purposes of a consignment sale or as collateral for a pawnbroker loan. (Penal Code Section 12132.)

8) Provides that, effective January 1, 2002, all firearms sold or transferred in California by a licensed firearms dealer, including private transfers through a dealer and all firearms manufactured include or be accompanied by a firearms safety device approved by the Attorney General (AG). [Penal Code Section 12088.1(a).]

9) Requires the AG, not later than January 1, 2000, to commence development of regulations to implement a minimum safety standard for firearm safety devices to reduce the risk of firearms-related injuries to children. [Penal Code Section 12088.2(a).]

10) Requires that the AG adopt and issue regulations regarding a final safety standard for firearm safety devices and report these standards to the Legislature by January 1, 2001. These standards become effective January 1, 2002. [Penal Code Section 12088.2 (b).]

11) Requires DOJ to certify laboratories to test firearm safety devices in order to verify compliance with standards, and to compile and publish a roster of approved safety devices that have met DOJ's standards. (Penal Code Section 12088.)

12) Authorizes the AG, after January 1, 2002, to order recall and replacement of any firearm or firearm safety device that does not conform to the standards and warnings as required, and requires that the licensed manufacturer bring the firearm or the firearm safety device into conformity, or provide a replacement. (Penal Code Section 12088.4.)

FISCAL EFFECT: Unknown

COMMENTS:

1) Author's Statement. According to the author, " From 1987 to 1996, nearly 2,200 American children 14 years of age and younger died from unintentional shootings. For every child who dies after being shot, an estimated four children are treated in United States hospitals for nonfatal gunfire injuries. In 1995 and 1996, 8,832 Californians were killed as a result of gunfire. According to data reported by hospitals to the California Department of Health Services, there were 13,153 nonfatal injuries which required hospitalization during the same period. About 10% of the injuries during that period of time were determined to be the result of unintentional shootings.

"Many of these injuries and deaths were the result of unintentional shootings by users who thought that the guns they fired were not loaded. Gun users are often unaware that semiautomatic weapons can be fired when their loading mechanism - the magazine - is removed or emptied. A live round of ammunition may remain in the chamber of the firearm after the magazine is removed. When the trigger of a semiautomatic firearm with a live round in its chamber is pulled, it will fire even though it does not have a magazine inserted, unless the gun has a magazine disconnect mechanism.

"A 1997 survey by the Johns Hopkins Center for Gun Policy and Research and the National Opinion Research Center found that almost 35% of respondents (who were all *adults*) either did not know that a gun could be fired or believed that a gun *could not be fired* with the magazine removed. Twenty-eight percent of those respondents lived in households where guns were present. Undoubtedly, many of those households also included children.

"Teaching children how to 'safely' handle guns is not the answer. Study after study has shown that gun safety programs for children are ineffective and may even increase the risk of unintentional firearm injury to children. In two recent experiments (one by the University of North Carolina and one by ABC News), guns were hidden in rooms where children were playing. Both studies found that children who previously had been taught not to touch guns

B00004
SER0028

and to instead immediately notify an adult are just as likely to handle guns than those who have not been so instructed. Another study released in July 2002 by the David and Lucille Packard Foundation found that parents overestimate the ability of their children to deal safely with guns. The report found that the easiest way to save lives is to make guns more 'childproof' with built-in safety devices.

"One such safety device is a chamber load indicator. A chamber load indicator alerts the gun user when there is a bullet in the firing chamber of the gun. Currently, chamber load indicators are installed on only about 11% all semiautomatic handguns. Chamber load indicators are effective safety devices. A 1991 General Accounting Office (GAO) study of shootings in 10 randomly selected cities across the nation found that 23% of the accidental shootings could have been prevented by chamber load indicators. The GAO report explained that '[a]lthough we cannot project to the country as a whole, were there actually to be the same ratio nationwide as in the 10 cities we studied, that would mean there were approximately 157,600 such injuries each year.'

"Magazine disconnect mechanisms prevent a semiautomatic weapon from being fired when its ammunition magazine is removed. They are passive safety devices, which require no training on the part of the user to be effective, which is particularly important to prevent accidents involving children. Magazine disconnect devices are currently installed on only about 14% of the semiautomatic handguns on the market.

"Like chamber load indicators, magazine disconnect mechanisms are effective safety devices. A 1999 report by the Johns Hopkins Center for Gun Policy and Research concluded that magazine disconnect mechanisms are inexpensive and effective safety devices. A soon-to-be-released study by Johns Hopkins shows that it was likely that 20% of all unintentional shootings that were studied would have been prevented if the handguns involved had been equipped with chamber load indicators. Approximately 4% of the incidents would have been prevented by a magazine disconnect mechanism."

2)   Chamber Load Indicators: This bill defines "chamber load indicator" as a device that plainly indicates that a cartridge is in the firing chamber. A chamber load indicator, as its name suggests, is a feature on some semiautomatic pistols intended to indicate to a user o observer that the chamber of the firearm contains a round of ammunition. Chamber load indicators are analogous to devices on cameras, which tell the operator there is film in the camera. To be effective, currently manufactured chamber load indicators require knowledge and action on the part of the gun's operator. The operator must be aware that the handgun has the device, understand how to interpret its message, and alter his or her conduct accordingly. Unlike most film indicators, chamber load indicators do not convey readily understood information to an untrained person. Generally chamber load indicators indicate the presence of ammunition via a small protrusion somewhere on the handgun. This bill states a device satisfies the chamber load indicator definition if the device is readily visible, has incorporated or adjacent explanatory text or graphics, or both; and is designed and intended to indicate to a reasonably foreseeable user of the pistol, without requiring the user to refer to a user's manual or any other resource other than the pistol itself, whether a cartridge is in the firing chamber. In order for a chamber load indicator to have incorporated or adjacent explanatory text or graphics which indicate to an unfamiliar user that a round is in the chamber. Essentially, these suggested design features would require that a battery operated electronic sensor be incorporated in the design of a pistol, which is of a purely mechanical

device. Are these suggested design features feasible now or in the near future?

3) Magazine Disconnect Mechanisms: This bill defines a "magazine disconnect mechanism" as "a mechanism that prevents a semiautomatic pistol from operating to strike the primer of ammunition in the firing chamber when a detachable magazine is not inserted in the firearm." As with chamber load indicators, such devices are currently available on semiautomatic handguns. These devices prevent a pistol form being fired when the ammunition magazine is removed, even if there is a round in the chamber.

4) Similar Legislation: SB 190 (Scott) was similar to this bill as SB 190 required semiautomatic pistols, after a certain date, to have chamber load indicators and magazine disconnect mechanisms. SB 190 failed passage in the Senate Public Safety Committee.

5) Prior Legislation: SB 510 (Scott), of the 2001-02 Legislative Session, prohibited any person in California from manufacturing or importing for sale, or any licensed firearms dealer from selling, a semiautomatic pistol that did not have a chamber load indicator, and if the semiautomatic pistol has a detachable magazine, a magazine disconnect mechanism. SB 510 was amended by the author into an unrelated subject matter.

6) Argument in Support: The Brady Campaign to Prevent Gun Violence states, "It is just common sense that handgun should include a chamber load indicator that makes it clear whether the weapon is loaded. Since cheap disposable cameras can clearly count down the number of pictures left, it is inexcusable that handguns do not indicate when a bullet is in the chamber. Magazine safety disconnects would also greatly reduce the number of unintentional accidental shootings by ensuring that when the magazine is removed the gun will not fire."

7) Argument in Opposition: The National Rifle Association states, "This bill would force the adoption, into the design of firearms, unproven and untested technology. The requirements of this bill will not make firearms safer or reduce the number of accidents."

REGISTERED SUPPORT / OPPOSITION:

Support

American Academy of Pediatrics
Brady Campaign
California Chapter of the American College of Emergency Physicians
California Nurses Association
Coalition to Stop Gun Violence
Legal Community Against Violence
Physicians for Social Responsibility, Los Angeles
Women Against Gun Violence
Two Private Citizens

Opposition

California Association of Firearms Retailers
California Rifle and Pistol Association

Gun Owners of California
Herb Bauer Sporting Goods
National Rifle Association
San Bernardino County Sheriff's Department

Analysis Prepared by: Gregory Pagan / PUB S. / (916) 319-3744

SER0031

B00007

1   Kamala D. Harris
    Attorney General of California
2   Tamar Pachter, State Bar No. 146083
    Supervising Deputy Attorney General
3   Anthony R. Hakl, State Bar No. 197335
    Deputy Attorney General
4    1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 322-9041
6   Fax: (916) 324-8835
    E-mail: Anthony.Hakl@doj.ca.gov
7   *Attorneys for Defendant Stephen Lindley*

8

9

10              SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                      EASTERN DISTRICT OF CALIFORNIA

12

13   **IVAN PEÑA, ROY VARGAS, DOÑA**          Case No. 2:09-CV-01185-KJM-CKD
     **CROSTON, BRETT THOMAS, SECOND**
14   **AMENDMENT FOUNDATION, INC. and**       **DECLARATION OF ANTHONY R.**
     **THE CALGUNS FOUNDATION, INC.,**        **HAKL IN SUPPORT OF DEFENDANT**
15                                            **STEPHEN LINDLEY'S OPPOSITION TO**
                                   Plaintiffs, **PLAINTIFFS' MOTION FOR**
16                                            **SUMMARY JUDGMENT**

17        v.                                  Date:        December 16, 2013
                                              Time:        10:00 a.m.
18   **STEPHEN LINDLEY,**                     Dept.:       Courtroom 3, 15th floor
                                              Judge:       The Honorable Kimberly J.
19                                 Defendant.              Mueller
                                              Trial Date:  None at this time
20                                            **Action Filed: May 1, 2009**

21

22

23

24

25

26

27

28

                                         1
─────────────────────────────────────────────────────────────────────

SER0032

1                                  DECLARATION OF ANTHONY R. HAKL

2           1.       I am a Deputy Attorney General for the Office of the Attorney General in the

3 California Department of Justice located in Sacramento, California. I am the attorney of record

4 for Stephen Lindley ("Defendant"). I make this declaration in support of Lindley's Opposition to

5 Plaintiffs' Motion for Summary Judgment. I have personal knowledge of the facts stated in this

6 declaration, and if called as a witness, I could and would competently testify to them.

7           2.       Attached as Exhibit A is a true and correct copy of Assem. Com. on Public Safety,

8 Analysis of Senate Bill No. 15 (1999-2000 Reg. Sess.) June 8, 1999.

9           3.       Attached as Exhibit B is a true and correct copy of Senate Com. on Public Safety,

10 Analysis of Senate Bill No. 15 (1999-2000 Reg. Sess.) April 6, 1999.

11           4.       Attached as Exhibit C is a true and correct copy of Senate Com. on Public Safety,

12 Analysis of Assembly Bill No. 1471 (2007-2008 Reg. Sess.) June 26, 2007.

13           5.       Attached as Exhibit D is a true and correct copy of Assem. Com. on

14 Appropriations, Analysis of Assembly Bill No. 1471 (2007-2008 Reg. Sess.) May 16, 2007.

15           6.       Attached as Exhibit E is a true and correct copy of Assem. Com. on Public Safety,

16 Analysis of Assembly Bill No. 1471 (2007-2008 Reg. Sess.) April 17, 2007.

17           7.       I retrieved these legislative history documents from the publicly-accessible web

18 site http://www.leginfo.ca.gov/.

19           I declare under penalty of perjury under the laws of the State of California and the United

20 States of America that the foregoing is true and correct of my own personal knowledge, and that

21 this declaration is executed in Sacramento, California, this 2nd day of December, 2013.

22

23                                   /s/ ANTHONY R. HAKL

24

25

26

27

28

2

Declaration of Anthony R. Hakl in Support of Defendant Stephen Lindley's Opposition to Plaintiffs' Motion for Summary Judgment (2:09-CV-01185-KJM-CKD)

SER0033

**EXHIBIT A**

A000001

SER0034

---
SB 15
Page 1
---

Date of Hearing:  June 8,1999
Counsel:          Gregory Pagan

ASSEMBLY COMMITTEE ON PUBLIC SAFETY
Mike Honda, Chair

SB 15 (Polanco) - As Amended:  June 2, 1999

SUMMARY :  Makes it a misdemeanor for any person in California to
manufacture, import for sale, offer for sale, give, or lend any
"unsafe handgun", as defined, with certain specific exceptions.
Specifically, this bill :

1) Makes it a misdemeanor, punishable by up to one year in the
county jail, beginning January 1, 2001 for any person in
California who manufactures or causes to be manufactured,
imports into California for sale, keeps for sale, offers or
exposes for sale, gives or lends any unsafe handgun, except as
specified.

2) Defines "unsafe handgun" to mean any pistol, revolver or
firearm capable of being concealed upon a person that does not
have a specified safety device, does not meet specified firing
requirements, or does not meet specified drop safety
requirements.

3) Requires any pistol, revolver, or other firearm capable of
being concealed upon a person manufactured in California,
imported into California for sale, kept for sale, or offered
or exposed for sale to be tested by an independent laboratory
certified by the Department of Justice (DOJ) meets or exceeds
specified standards defining unsafe handguns.

4) Requires the DOJ to certify laboratories to verify compliance
with the specified standards defining unsafe handguns on or
before July 1, 2,000.

5) Requires every person licensed to manufacture firearms who
manufactures firearms in California, and every person who
imports firearms into California for sale, keeps for sale, or
offers or exposes for sale any firearm to certify under
penalty of perjury that every model, kind, class, style, type
of pistol, revolver, or other firearm capable of being

---
SB 15
Page 2
---

concealed upon a person that he or she manufactures or
imports, keeps or exposes for sale is not a prohibited unsafe
handgun.

6) Requires the DOJ on and after January 1, 2001 to compile
publish, and thereafter maintain, a roster listing all
pistols, revolvers, and other firearms capable of being
concealed upon a person that are not unsafe handguns by the
manufacturer, model number and model name.

7) Authorizes the DOJ to charge every person who manufactures,
imports into California for sale, offers or exposes for sale
any pistol, revolver, or other firearm capable of being
concealed upon a person an annual fee not exceeding the costs
of preparing, publishing, and maintaining the roster.

8) Exempts from limitations:  (a) prototypes which are to be
tested by an independent laboratory to determine if the
handgun is prohibited by this bill; (b) the handling of a
handgun by persons authorized to determine if the weapon is
prohibited; (c) firearms listed as curios or relics by federal
law; (d) the sale, purchase, or possession of any handgun
by specified law enforcement agencies or sworn members of
these agencies when the sworn member has written authorization
from the employing agency.

9) Exempts the sale loan or transfer of any firearm between
private parties through dealers or law enforcement agencies,
between private parties exempt from the requirement that the
transfer be through a dealer or law enforcement agency,
firearms listed as curios or relics, the delivery or return of
a firearm for the purposes of repair, and the return of a
firearm by a licensed dealer when the firearm was delivered
for the purposes of a consignment sale or as collateral for a
pawnbroker loan.

10) States that it is the Legislature's intent that the DOJ

pursue an internal loan from special fund revenues available
to the DOJ to cover start-up costs for the program established
pursuant to this bill, and any loan shall be repaid with the
proceeds of fees collected under that program within six
months.

11)States that nothing in this bill shall require or prohibit
any local ordinance that places a more stringent requirement

---
                                     SB 15
                                     Page  3

upon the manufacture, importation, transfer, sale, or
possession of handguns.

EXISTING LAW:

1)Provides for licensing and regulation of all firearm dealers
and manufacturers in California.  (Penal Code Sections 12071
and 12085.)

2)States that it is an alternate felony/misdemeanor punishable
by 16 months, 2 or 3 years in the state prison or by up to one
year in the county jail to manufacture, cause to be
manufactured, import into California, keep for sale, offer or
expose for sale, give, lend or possess specified prohibited
firearms.  (Penal Code Section 12020 (a).)

3)Provides that perjury is willfully stating under oath a
material fact that one knows to be false, either orally or in
writing, and is punishable by two, three, or four years in the
state prison.  (Penal Code Sections 118 and 126.)

FISCAL EFFECT  :  Unknown

COMMENTS  :

1)Author's Statement  .  According to the author, "SB 15 is a
common sense responsible gun law.  It requires that weapons
fire when they are supposed to and that they not fire when
they're dropped.  The drop test is based on the United States
DOJ quality standards for law enforcement weapons and the
misfire test is a slightly more lenient standard than
currently used by law enforcement agencies.  The tests are
fair and reasonable for weapons sold to members of the public
for self-protection.  If a weapon is not reliable for
self-defense, it has no business being sold in California. .

"SB 15 would require any handgun manufactured in California,
imported into the State of California for sale, kept for sale
or exposed for sale, given or lent, meet these basic
standards.  The Attorney General's Office would be required to
certify independent labs that would test weapons that
manufacturers wished to sell in California.  If they failed to
pass the test it would be a misdemeanor to manufacture or sell
the weapon in our state."

---
                                     SB 15
                                     Page  4

2)Definition of "Unsafe Handgun"  .  This bill defines an "unsafe
handgun" as follows:  (a) does not have a requisite safety
device, (b) does not meet specified firing tests, and (c) does
not meet a specified drop safety test.

a)   Required Safety Device  .  This bill requires that a
revolver have a safety device that, either automatically in
the case of a double-action firing mechanism, or by manual
operation in the case of a single-action firing mechanism,
causes the hammer to retract to a point where the firing
pin does not rest upon the primer of the cartridge or in
the case of a pistol have a positive manually operated
safety device.

b)   Firing Test  .  In order to meet the "firing requirements"
under this bill, the manufacturer must submit three
unaltered handguns, of the make and model for which
certification is sought, to an independent laboratory
certified by the Attorney General.  The laboratory shall
fire 600 rounds from each gun under certain conditions.  A
handgun shall pass the test if each of the three test guns
fires the first 20 rounds without a malfunction, and fires
the full 600 rounds without more than 6 malfunctions and
without any crack or breakage of an operating part of the
handgun that increases the risk of injury to the user.

"Malfunction" is defined as a failure to properly feed,
fire or eject a round; failure of a pistol to accept or
reject a manufacturer-approved magazine; or failure of a
pistol's slide to remain open after a manufacturer approved
magazine has been expanded.

   c)   Drop Test   .  This bill provides that at the conclusion of
the firing test, the same three manufacturer's handguns
must undergo and pass a "drop safety requirement" test.
The three handguns are dropped a specified number of times,
in specified ways, with a primed case (no powder or
projectile) inserted into the handgun, and the primer is
examined for indentations after each drop.  The handgun
passes the test if each of the three test guns does not
fire the primer.

   3)Exemptions   .  The misdemeanor penalties specified in this bill
do not apply to a handgun imported as a prototype for the
purpose of laboratory testing; where it is imported or loaned
to determine whether the weapon is prohibited; if it is listed

as a curio or relic under federal law; or where the sale to,
purchase by, or possession of any handgun by specified law
enforcement agencies, or sworn members of these agencies when
the sworn member is has written authorization from the
employing agency.  Also, this bill does not apply to the
private sale, loan, or transfer between private parties
through a licensed dealer, or law enforcement agency; an
infrequent transfer, as defined; the delivery or return of a
handgun for the purpose of service or repair; the return of a
handgun that was delivered to a licensed dealer or pawnbroker
for the purposes of consignment sale or as collateral for a
loan; or for "old west" single-action revolvers and replicas
of those revolvers.

   4)Laboratory Certification   .  This bill provides that on or
before July 1, 2000, the DOJ shall certify laboratories to
verify compliance with the standards established by this bill,
and the DOJ may charge a fee for certification not exceeding
the costs of certification.

This bill allows the DOJ to charge every person who is a
manufacturer of firearms in California, imports firearms into
California for the purpose of sale, or offers for sale a
pistol, revolver, or handgun capable of being concealed upon a
person in California, an annual fee not exceeding the costs of
preparing and maintaining the roster of firearms deemed not to
be unsafe.

This bill also provides that the certified testing laboratory
shall, at the expense of the manufacturer or importer, test
the identified firearm.

   5)Prior Legislation   .  SB 1500 (Polanco), of the 1997-98
Legislative Session, was almost identical to this bill.  SB
1500 was vetoed by the Governor.  The Governor stated in part:

"The bill gives the DOJ six months to find and certify
laboratories to perform safety tests.  Once laboratories are
identified, handgun manufacturers wishing to sell their
products in California would be required to submit three
prototypes of each model for testing.  Only handguns passing
the test during the following six months would be certified
and placed on the initial DOJ roster.  All other handguns
would be presumed to be unsafe subject to penalty under this
bill and remain so unless and until they were certified to

have passed the test.

"The author was advised that this Administration could accept
both the premise of safety testing and the specific safety
tests proposed, provided that the bill be made prospective,
impacting handguns manufactured or sold new, after January 1,
2000.  The author declined to amend the bill, insisting that
used handguns be sold through private transactions, but
not by licensed dealers.  Other than improving business for
gun manufacturers by increasing demand for new guns, it is
unclear how anyone would benefit from this new standard.

"SB 1500 would deny owners of used handguns access to a

dependable marketplace of licensed firearms dealers and
pawnbrokers for safe and legal sales and loans, while
threatening to delay market access to manufacturers and
purchasers of new guns.

"But an even more fundamental question is whether consumer
safety is better achieved by a program that offers
manufacturers market incentives to have their products tested,
or a program that penalizes not only makers of products that
fail the test, but also those who through no fault of theirs
have been unable to get their guns tested.

"There are few laboratories that perform this kind of testing
now.  With the manufacturers providing the cost of testing,
the number of laboratories and testing capacity may increase.
But in the meantime, there are hundreds, if not thousands, of
makes and models of handguns.  There is a very real
possibility that delay - for any number of reasons beyond the
control of gunmakers - will lead to a large number of guns
being banned without any showing that they are unsafe.

"While there have been isolated reports of firearms that jam
excessively and even a few reports of guns which discharge
accidentally, when dropped, or explode in the shooter's hand,
the number of makes of suspect guns does not seem to justify a
regulatory scheme that is likely to have the unintended
consequence of prohibiting, or at least unreasonably holding
up, sales of what appears to be the vast majority of perfectly
reliable weapons.

"And there is no objection to weapons testing.  But the
procedure which SB 1500 would impose threatens to unreasonably

limit the right of law abiding citizens to obtain previously
lawful firearms.  It makes little sense for the law to deny
weapons to people who need them, on the pretext that they are
unsafe to the user until testing proves them safe, when they
are arguably in far greater danger from certifiably unsafe
thugs than from uncertified handguns."

6)Pending Legislation .  AB 505 (Wright), pending assignment by
the Senate Rules Committee, provides that every pistol,
revolver, or firearm capable of being concealed upon a person,
effective July 1, 2000, manufactured in California or imported
into California for sale meet specified minimum safety
standards.  AB 505 has a prospective application and only
applies to firearms manufactured or imported into California
after the effective date of the bill.

7)Arguments in Support .  Handgun Control states, "There are no
federal quality or safety standards for domestically
manufactured handguns.  Guns are the only product in America
exempt from regulation by the Consumer Product Safety
Commission or by any other agency.  The gun lobby has
repeatedly pressured Congress to continue to exempt
domestically made handguns from the safety standards that have
applied to imported handguns for more than 30 years."

8)Arguments in Opposition .  The California Sporting Goods
Association states, "Requiring out-of-production firearms to
meet abstract performance tests will place an onerous burden
on anyone trying to buy or sell one.  If the product is no
longer made, how can samples be provided for testing?
Further, if owners of discontinued models can no longer sell
them lawfully, there will be a great temptation to dispose of
them on the illicit market."

REGISTERED SUPPORT / OPPOSITION :

Support

American Academy of Pediatrics
Association of Bay Area Governments
Board of Supervisors of Alameda County
Board of Supervisors of Marin County
Board of Supervisors of San Mateo County
Board of Supervisors of Santa Clara County
Board of Supervisors of Santa Cruz County

Board of Supervisors of Siskiyou County

Board of Supervisors of Sonoma County
Butte County Sheriff
California Academy of Family Physicians
California Child Youth and Family Coalition
California Church Impact
California Congress of Parents, Teachers, and Students, Inc.
California Nurses Association
California Organization of Police and Sheriffs
Cathedral City
Children's Advocacy Institute
City of Alameda
City of Albany
City of Alhambra
City of Arvin
City of Belmont
City of Benicia
City of Berkeley
City of Bishop
City of Buena Park
City of Burbank
City of Camarillo
City of City of Cudahy
City of Commerce
City of Cypress
City of Daly City
City of El Cerrito
City of Fontana
City of Fortuna
City of Foster City
City of Fullerton
City of Guadalupe
City of Huntington Park
City of Indio
City of Inglewood
City of Irvine
City of Kerman
City of La Habra
City of La Puente
City of Lake Elsinore
City of Los Angeles
City of Malibu
City of Millbrae
City of Monte Sereno
City of Montebello

SB 15
Page 9

City of Monterey
City of Monterey Park
City of Morgan Hill
City of Oakland
City of Oceanside
City of Ojai
City of Oxnard
City of Pacific Grove
City of Palm Springs
City of Palmdale
City of Palo Alto
City of Richmond
City of Riverside
City of Rohnert Park
City of San Bernadino
City of San Clemente
City of San Fernando
City of San Jose
City of San Luis Obisbo
City of San Marino
City of San Mateo
City of Santa Ana
City of Santa Barbara
City of Santa Clara
City of Santa Monica
City of Santa Rosa
City of Signal Hills
City of South Pasadena
City of Stockton
City of Temecula
City of Thousand Oaks
City of Upland
City of Walnut Creek
City of West Hollywood
City of Williams
City of Winters
Colusa County District Attorney
Episcopal Church Diocese of Los Angeles
Escalon Police Department
Handgun Control
Jack Berman Advocacy Center
Lafayette City Council
League of California Cities
League of Women Voters of California
Legal Community Against Violence

SB 15
Page 10

Livingston California
Los Angeles County Bar Association
Los Angeles County District Attorney's Office
Los Angeles Unified School District
Lutheran Office of Public Policy
Michael J. Long, Attorney at Law
Office of Criminal Justice Planning
Older Women's League of California
Orange County Citizens for Prevention of Gun Violence
Physicians For a Violence-Free Society
San Mateo Police Department
Scotts Valley Police Department
Signal Hill Police Department
Sonora Police Department
Town of Los Gatos
Trauma Foundation
Violence Prevention Coalition of Los Angeles

Opposition

California Rifle and Pistol Association, Inc.
California Sporting Goods Association
3 Private Citizens

Analysis Prepared by :  Gregory Pagan / PUB. S. / (916) 319-3744

**EXHIBIT B**

B000001

SER0041

BILL ANALYSIS

SENATE COMMITTEE ON Public Safety
Senator John Vasconcellos, Chair       S
1999-2000 Regular Session              B
                                       1
                                       5

SB 15 (Polanco)
As Amended April 5, 1999
Hearing date: April 6, 1999
Penal Code
SH:br

FIREARMS  -

RESTRICTIONS ON "UNSAFE HANDGUNS"

HISTORY

Source:   Author

Prior Legislation: SB 1500 (1998) - vetoed
            SB 500 (1997) - vetoed
            SB 933 (1996) - failed passage Assembly Public
Safety
            SB 1118 (1995) - never heard in Senate
Criminal Procedure
            AB 1848 (1992) - heard, no vote taken, Senate
Judiciary

Support:  Handgun Control; Cities of Los Angeles, San Jose,
       Thousand Oaks, San            Clemente, Lake
       Elsinore, San Luis Obispo, Buena Park, Palo Alto,
       Santa
            Rosa, Oceanside, Lompoc, Merced; Alameda County
       Board of Supervisors; City Council's of Berkeley; West
       Hollywood, Walnut Creek,       Rohnert Park, Pismo
       Beach, Lafayette, Los Gatos Town Council;
            Lutheran Office of Public Policy; League of

(More)

SB 15 (Polanco)
Page 2

California Cities; California        Academy of Family
       Physicians; Los Angeles County Bar Association;
            California Organization of Police and Sheriffs;
       Trauma Foundation;            California Police and
       Sheriffs Association; Mayor, City of Burbank;
       California Child, Youth and Family Coalition; Los
       Angeles Unified        School District; Chief of
       Police of the Town of Los Gatos and the City of
       Monte Sereno; California Church IMPACT; Children's
       AdvocacyInstitute; Los Angeles District Attorney's
       Office; Older Women's        League; Chief of
       Police of the City of Signal Hill; California Nurses
            Association; Legal Community Against Violence;
       Episcopal Diocese of        Los Angeles; Orange
       County Citizens for the Prevention of Gun Violence

Opposition:                          California
       Rifle and Pistol Association; National Rifle Association;
       California Shooting Sports Association; California
       Attorneys for Criminal        Justice; Peace
       Officer Research Association of California; Outdoor
       Sportsmen's Coalition; Safari Club International;
       California Sportsman's        Lobby;
       individual letters

KEY ISSUES

SHOULD THE MANUFACTURE, IMPORTATION, KEEPING FOR SALE,
OFFERING OR EXPOSING FOR SALE, OR GIVING OR LENDING OF ANY
"UNSAFE HANDGUN" - AS DEFINED - BE PROHIBITED IN
CALIFORNIA, COMMENCING JULY 1, 2000?

SHOULD THE PENALTY FOR VIOLATING THAT PROHIBITION BE A
MISDEMEANOR PUNISHABLE BY UP TO ONE YEAR IN A COUNTY JAIL?

SHOULD THOSE UNSAFE HANDGUNS BE DEFINED BY REFERENCE TO
SPECIFIED CRITERIA INCLUDING A SAFETY DEVICE AND OTHER


                              (More)




                           SB 15 (Polanco)
                              Page 3

FACTORS INCLUDING A FIRING TEST (FOR SAFETY) AND A "DROP
SAFETY" TEST, AS SPECIFIED?

SHOULD EVERY MANUFACTURER OR IMPORTER OF HANDGUNS IN THIS
STATE BE REQUIRED TO CERTIFY, UNDER PENALTY OF PERJURY AND
ANY OTHER REMEDY PROVIDED AT LAW, THAT ANY HANDGUN
MANUFACTURED OR IMPORTED IS NOT A PROHIBITED UNSAFE HANDGUN
PURSUANT TO THIS BILL

SHOULD THE DEPARTMENT OF JUSTICE (DOJ) BE REQUIRED TO
CERTIFY, ON OR BEFORE JULY 1, 2000, LABORATORIES TO VERIFY
COMPLIANCE WITH THIS BILL?

SHOULD THE DEPARTMENT OF JUSTICE BE REQUIRED TO PREPARE A
ROSTER, ON AND AFTER JULY 1, 2000, OF ALL HANDGUNS WHICH
ARE DETERMINED NOT TO BE UNSAFE HANDGUNS PURSUANT TO THIS
BILL?

SHOULD TRANSFERS BETWEEN PRIVATE PARTIES - AND OTHER
SPECIFIED TRANSFERS AND SPECIFIED FIREARMS - BE EXEMPTED
FROM THE PROPOSED RESTRICTIONS ON "UNSAFE HANDGUNS"?

                              (CONTINUED)


SHOULD LEGISLATIVE INTENT BE ENACTED THAT THE DEPARTMENT OF JUSTICE PURSUE AN
INTERNAL LOAN FROM SPECIAL FUND REVENUES AVAILABLE TO THE DEPARTMENT TO COVER
STARTUP COSTS FOR THE NEW UNSAFE HANDGUN PROGRAM AND REPAY ANY LOAN WITH THE
PROCEEDS OF FEES COLLECTED UNDER THAT PROGRAM WITHIN 6 MONTHS?

SHOULD RELATED CHANGES BE MADE?

                            PURPOSE

The purpose of this bill is to enact restrictions on the
manufacture, importation, or sale of "unsafe handguns" - as
defined in this bill - in California commencing July 1,
2000, as specified.


                              (More)




                           SB 15 (Polanco)
                              Page 4


    Under existing law  it is an alternate misdemeanor/felony
("wobbler") to manufacture, import, sell, loan or possess
specified disguised firearms and other deadly weapons,
including plastic firearms, cane or wallet guns, flechette
darts, multiburst trigger activators, nunchakus,
short-barreled shotguns and rifles, leaded canes, zip guns,
unconventional pistols, cane blackjacks and metal knuckles.
A violation is punishable by sixteen months, two or three
years in prison, or up to one year in county jail.  (Penal
Code section 12020)

    Existing law  generally requires that any sale, loan, or
transfer of a firearm shall be made through a licensed
firearms dealer or, in counties of fewer than 200,000
persons, a sheriff's department that elects to provide such
services.  (Penal Code sections 12071, 12072, 12082, 12084)

    Existing law  states it is the intention of the Legislature
to occupy the whole field of
regulation of the registration or licensing of commercially
manufactured firearms as encompassed by the provisions of
the Penal Code, and such provisions shall be exclusive of
all local regulations, relating to registration or
licensing of commercially manufactured firearms, by any
political subdivision, as defined.  (Government Code
section 53071)

This bill would do the following:

commencing July 1, 2000, make it a misdemeanor - punishable by up to one year in a county jail - for any person to manufacture or cause to be manufactured, import into the state for sale, keep for sale, offer or expose for sale, give, or lend any unsafe handgun, except as specified.

defines "unsafe handgun" to mean any pistol, revolver, or other firearm capable of being concealed upon the person which either (1) for revolvers: does not have a safety

(More)

SB 15 (Polanco)
Page 5

device to cause the hammer to retract from contact with the primer, as specified; (2) for pistols (whether semi-automatic or not): does not have a positive manually operated safety device; (3) does not meet a specified firing requirement; (4) does not meet a specified drop safety requirement.

requires every person licensed to manufacture firearms pursuant to federal law who manufactures firearms in this state and every person who imports into the state for sale, keeps for sale, or offers or exposes for sale any firearm to certify under penalty of perjury that every model, kind, class, style, or type of pistol, revolver, or other firearm capable of being concealed upon the person that he or she manufactures or imports, keeps, or exposes for sale is not a prohibited unsafe handgun.

requires any pistol, revolver, or other firearm capable of being concealed upon the person manufactured in this state, imported into the state for sale, kept for sale, or offered or exposed for sale, to be tested by an independent laboratory certified by the Department of Justice to determine whether that firearm meets or exceeds specified standards defining unsafe handguns.

requires the Department of Justice to certify laboratories for this purpose on or before July 1, 2000.

requires the Department of Justice, on and after July 1, 2000, to compile, publish, and thereafter maintain a roster listing all of the pistols, revolvers, and other firearms capable of being concealed upon the person that are not unsafe handguns by the manufacturer, model number, and model name; authorizes the department to charge every person in this state who is licensed as a manufacturer of firearms pursuant to federal law, and any person in this state who manufactures or causes to be manufactured, imports into the state for sale, keeps for sale, or offers or exposes for sale any pistol, revolver, or other firearm capable of being concealed upon the

(More)

SB 15 (Polanco)
Page 6

person in this state, an annual fee not exceeding the costs of preparing, publishing, and maintaining the roster.

exempts from the limitations on such handguns (1) prototypes which are to be tested by a laboratory to determine whether the handgun is prohibited by this bill; (2) law enforcement and others handling the weapon to determine whether or not it is prohibited by this bill; (3) firearms which are curios or relics pursuant to federal regulations.

exempts from the transfer limitations in this bill transfers between private parties through dealers/law enforcement agencies; transfers between parties otherwise exempt from the requirement that transfer be made through a dealer or law enforcement agency (limited duration

loans between known parties, loans for hunting season,
etc); and transfers pertaining to those handguns exempted
in new provisions added by this bill (such as delivery to
DOJ of weapons being tested).

states the intent of the Legislature that the Department
of Justice pursue an internal loan from special fund
revenues available to the department to cover startup
costs for the unsafe handgun program established pursuant
to the bill and that the department is to repay any loan
with the proceeds of fees collected under that program
within six months.

makes numerous related additions to law.

                          COMMENTS

1.   Need for This Bill

The author submits that:

     Senate Bill 15 is a common sense, responsible gun law.


                                          (More)




                              SB 15 (Polanco)
                                    Page 7


     It requires that weapons fire when they are supposed
     to and that they not fire when dropped.  The drop test
     is based on U.S. Department of Justice quality
     standards for law enforcement weapons and the misfire
     test is a slightly more lenient standard than
     currently used by law enforcement agencies.  The tests
     are fair and reasonable for weapons sold to members of
     the public for self-protection.  If a weapon is not
     reliable for self-defense, it has no business being
     sold in California.

     SB 15 would require any handgun manufactured in
     California, imported into the State of California for
     sale, kept for sale or exposed for sale, given or
     lent, meet these basic standards.  The Attorney
     General's office would be required to certify
     independent labs that would test weapons that
     manufacturers wished to sell in California.  If they
     failed to pass the test it would be a misdemeanor to
     manufacture or sell the weapons in our state.

2.   Governor's Veto of SB 500 and SB 1500

     The Governor's veto message of SB 500 (9/26/97) included,
In part, the following:

          SB 500 is a bill that purports to protect gun users
          against shoddy guns.  It is essentially offered as
          consumer protection.  But the vast majority of the
          proponents of SB 500 who have urged me to sign it have
          done so because of their passionate hope and belief
          that it will instead protect potential victims against
          whom the proscribed guns might otherwise be used.

          Common sense dictates that the best way to prevent gun
          crimes is by first removing from society the criminals
          who use guns in the commission of a
          crime. . . .

          . . . not only does SB 500 fail to keep guns out of


                                          (More)




                              SB 15 (Polanco)
                                    Page 8


     the hands of criminals, it will deprive law-abiding,
     legitimate gun users of the needed protection of
     handguns--the same handguns used by thousands of peace
     officers as regular service and back-up guns.  These
     weapons would--in a private citizen's hands--be caught
     in a net cast much too wide by SB 500.

B000005
SER0045

. . . I will not support a measure that fails the
basic test of protecting the innocent. Ultimately,
the real test applied by the bill is whether or not
the weapon is readily concealable.  If so, it is
adjudged by SB 500 to be "non-sporting" and is
therefore prohibited.  By this definition and test,
all handguns--except, ironically, the largest and
deadliest--are included in the ban.  The clear if
unstated premise of this test is that handguns that
are concealable can have no sporting purpose and
therefore no valid purpose.  This flawed logic ignores
reality: it ignores the obvious fact that millions of
law-abiding Californians--including a growing number
of women--have felt the need to own concealable
weapons not for sport but to protect themselves, their
families, and their property.

As much as I deplore the necessity, I cannot in good
conscience deny them that protection if they choose
it.

NOTE:  The author indicated concerning SB 1500 from 1998
that:  "In response to the Governor's concerns [with SB
500], . . . I have introduced Senate Bill 1500.  It casts a
smaller net, it addresses the Governor's concerns and it
seeks to ensure that those who choose to own a handgun that is safe and reliable."

The Governor's veto message of SB 1500 (9/27/98) includes
the following:

. . . This bill is the successor to SB 500, which I
vetoed last year.  SB 500 was seriously flawed.


                              (More)



                          SB 15 (Polanco)
                               Page 9


Commendably, the author has removed some of its more
egregious provisions. . . .

. . . The bill gives the Department of Justice six months
to find and certify laboratories to perform safety tests.
Once laboratories are identified, handgun manufacturers
wishing to sell their products in California would be
required to submit three prototypes of each model for
testing.  Only handguns passing the test during the
following six months would be certified and placed on the
initial Department of Justice roster.  All other handguns
would be presumed unsafe subject to penalty under this
bill and remain in use unless and until they were certified
to have passed the test.

The author was advised that this Administration could
accept both the premise of safety testing and the
specific safety tests proposed, provided that the bill be
made prospective, impacting handguns manufactured, or
sold new, after January 1, 2000.  The author declined to
amend his bill, insisting that used handguns could be
sold through private transactions, but not by licensed
dealers.  Other than improving business for gun
manufacturers by increasing demand for new guns, it is
unclear how anyone would benefit by this arbitrary
standard. . .

SB 1500 would deny owners of used handguns access to a
dependable marketplace of licensed firearms dealers and
pawnbrokers for safe and legal sales and loans, while
threatening to delay market access to manufacturers and
purchasers of new guns. . .

But an even more fundamental question is whether consumer
safety is better achieved by a program that offers
manufacturers market incentives to have their products
tested, or a program that penalizes not only makers of
products that fail the test, but also those who through
no fault of theirs have been unable to get their guns
tested. . . .


                              (More)



                          SB 15 (Polanco)

B000006

Page 10

. . .There are few laboratories that perform this kind of
testing now. With the manufacturers providing the cost
of testing, the number of laboratories and testing
capacity may increase. But in the meantime, there are
hundreds, if not thousands, of makes and models of
handguns. There is a very real possibility that
delay--for any number of reasons beyond the control of
gun maker--will lead to a large number of guns being
banned without any showing that they are unsafe.

. . .While there have been isolated reports of firearms
which jam excessively and even a few reports of guns
which discharge accidentally, when dropped, or explode in
the shooter's hand, the number of makes of suspect guns
does not seem to justify a regulatory scheme that is
likely to have the unintended consequence of prohibiting,
or at least unreasonably holding up, sales of what
clearly appears to be the vast majority of perfectly
reliable weapons.

. . .And there is no objection to weapons testing. But
the procedure which SB 1500 would impose threatens to
unreasonably limit the right of law abiding citizens to
obtain previously lawful firearms. It makes little sense
for the law to deny weapons to people who need them, on
the pretext that they are unsafe to the user until
testing proves them safe, when they are arguably in far
greater danger from certifiably unsafe thugs than from
uncertified handguns.

3.    Federal Regulation of "Saturday Night Specials".

At the federal level, the importation of "Saturday Night
Specials" into the United States has been banned through
the enactment of the Gun Control Act of 1968. Section 925
(d)(3) of the Act provides that a firearm shall be imported
if it is of a type ". . .generally recognized as
particularly suitable for, or readily adaptable to,
sporting purposes." The phrase "sporting purposes" has

(More)

SB 15 (Polanco)
Page 11

been defined to eliminate small, cheap, poorly constructed
handguns.

A set of factoring criteria was designed to prevent the
import of these handguns, considered a substantial crime
problem in the 1960s. The factoring criteria are based on
a relatively simple point system. First, the firearm must
meet all of the prerequisites. If it is a pistol, it must
have a manually operated safety device. The combined
length and height must be not less than ten inches with the
height being at least four inches and the length at least
six inches. If the firearm is a revolver, it must pass the
safety test and have an overall frame length of at least
four and one half inches and a barrel length of at least
three inches.

In addition, a point value is assigned to the handgun's
individual characteristics such as length of barrel,
overall length, frame construction, weight, caliber, safety
features, type of sight, trigger, hammer and grip.

Generally, the handguns passing the criteria are bigger,
heavier and of a better quality than "Saturday Night
Specials." The Bureau of Alcohol, Tobacco, and Firearms
(Secretary of the Treasurer or his/her delegate) also may
grant exemptions to these requirements, as specified.

Under the proposed federal Handgun Violence Prevention Act
of 1989, the above criteria would have applied to handguns
produced in the United States. However, this federal
legislation was defeated.

4.    Exemption for Old West Revolvers

_ This bill contains an exemption for "old west"
single-action revolvers and replicas of those revolvers.
SB 15 contains the following language:

B000007

SER0047

(More)

SB 15 (Polanco)
Page 12

Penal Code section 12131.  The provisions of this
chapter shall not apply to a single-action revolver
that has at least a five-cartridge capacity with a
barrel length of not less than three inches, and meets
any of the following specifications:

(a)  Was originally manufactured prior to 1900 and is
     a curio or relic, as defined in Section 178.11 of
     Title 27 of the Code of Federal Regulations.
(b)  Has an overall length measured parallel to the
barrel of at least seven and one-
     half inches when the handle, frame or receiver, and
     barrel are assembled.
(c)  Has an overall length measured parallel to the
barrel of at least seven and
     one-half inches when the handle, frame or receiver,
     and barrel are assembled and that is currently
     approved for importation into the United States
     pursuant to the provisions of paragraph (3) of
     subsection (d) of Section 925 of Title 18 of the
     United States Code.

5.   Implementation Dates in This Bill

If enacted, this bill would take effect on January 1, 2000.
This bill contains several "operative" dates within its
text:

July 1, 2000 - restrictions/penalties for selling,
 manufacturing, etc., of unsafe handguns take effect.

July 1, 2000 - DOJ shall certify laboratories to verify
 compliance with standards.

July 1, 2000 - on/after this date, DOJ shall publish a
 roster of firearms, which are "not unsafe firearms".

WOULD THE DATES SET IN THIS BILL ALLOW FOR THE APPROPRIATE
IMPLEMENTATION OF THE NEW PROGRAM, E.G., WOULD FIREARMS BE
TESTED BY JULY 1, 2000, WHEN THE LABORATORIES DO NOT HAVE

(More)

SB 15 (Polanco)
Page 13

TO BE CERTIFIED FOR TESTING UNTIL THAT DATE?

6.   Definition of "Any Person Who Imports" in This Bill

This bill exempts sales of "unsafe handguns" between
private parties.  Most of those weapons may be anticipated
to be handguns manufactured before January 1, 2000.  This
bill would prohibit all "unsafe handgun" manufacturing,
importing, or selling by licensed manufacturers and
licensed dealers after January 1, 2000, no matter when the
handgun is manufactured.

However, there is now a new Penal Code section reference to
"importer".  Private parties moving to California after
January 1, 1998, who possess a handgun must now report that
firearm to the Department of Justice within 60 days of
bringing the handgun into the state.  Those persons are now
defined in statute as a "personal handgun importer."
Whether or not those persons would be considered an
"importer" pursuant to this bill is unclear, although this
bill does appear to be aimed at commercial persons.

7.   Other Issues Raised by This Bill

Under existing Government Code section 53071, some local
entities have adopted restrictions on the local sale by
licensed dealers of so-called "Saturday Night Specials"
(see reference to San Jose ordinance in the second
paragraph, below).  This bill would appear to preempt any
such local ordinance, both those already in existence and
any proposed locally in the future

B000008

SB 500, as introduced on February 20, 1997, would have
restricted sales in California of handguns which would have
otherwise failed to meet the federal test for importation
into the United States.  Previous efforts to restrict
so-called "Saturday Night Specials" took a similar approach
or used such tests as the tensile strength of metals.  As
SB 500 and
SB 1500 evolved in the process, the approach taken became

                              (More)

                         SB 15 (Polanco)
                             Page 14

one of size restrictions and "safety" tests, which were
developed using tests used for law enforcement weapons.
Subsequently, the size criteria were deleted from SB 1500
and are not part of SB 15 as currently amended.

Some local jurisdictions in California have existing
restrictions on specified weapons.  For example, the City
of San Jose has a local ordinance entitled "Saturday Night
Special/Junk Gun Sale Ban" (SJ Code, Chapter 10.33) which
uses several characteristics, including metal strength and
composition and for semi-automatic pistols a requirement
for a "locked breech action" with the chief of police
maintaining a roster of prohibited weapons and an appeals
process to the chief.

The San Jose ordinance is relatively simple in that it
states in colloquial terms the types of weapons it is
intended to restrict and then uses a relatively simple set
of criteria.  It may be unclear whether or not that kind of
approach would or would not be as effective as the "safety
test" procedures proposed in this bill or whether or not
this bill would be over or under inclusive of the types of
handguns which the sponsors and supporters would seek to
                                        prohibit in California.

As indicated in last year's SB 1500 veto message, there has
been some discussion of whether or not the application of
the restrictions in SB 1500 and this year's SB 15 would
effectively eliminate the used handgun market for all those
handguns - lawfully sold/possessed prior to the testing
requirements of this bill - which could be sold between
private parties through dealers/law enforcement agencies
but which could not be purchased by licensed dealers for
resale in California.  It may be assumed that there is
little likelihood that anyone would pay for certification
of weapons which are "used" and not substantially the same
as new weapons offered for sale and manufactured after July
1, 2000, if this bill is enacted.

At the present time, firearms may be pawned and

                              (More)

                         SB 15 (Polanco)
                             Page 15

subsequently returned to the person who pawned them.  This
bill would arguably restrict such "returns" for handguns
lawfully possessed prior to the restrictions imposed by
this bill.

(More)

SB 15 (Polanco)
Page 16

8.  Opposition to This Bill

The National Rifle Association (NRA) letter in opposition
includes:

    As currently constructed, SB 15 would provide a strong
    stimulus for illegal "street" gun sales.  Most used
    handguns made since 1946 would not be submitted for
    certification as required by SB 15 and thus could not be
    legally sold by retail firearm dealers.  Pawnshops would
    not give loans on handguns that they couldn't sell if not
    picked up by the owner.  Without access to retail
    firearms dealers (including pawnshops) the obvious
    alternative is "street sales".

The California Rifle and Pistol Association letter in
opposition to SB 15 includes:

    . . .Its prohibition on dealer sales of used handguns not
    meeting the bills extremely broad provisions would make
    handguns economically unavailable to many persons who do
    not have large incomes.  . . .Whether a handgun meets the
    proposed SB 15 standards in most cases would have no
    relevance to its suitability for its intended purpose. .
    .SB 15 requires that both civilian and law enforcement
    handguns have the same standards. . .SB 15 would not
    significantly improve any product line nor would it
    prevent the occasional occurrence of a defective part.
    But, it would unjustly have an adverse impact on lawful
    residents of California who need a handgun for lawful
    purposes but cannot afford the expensive models. . .

The California Shooting Sports Association letter in
opposition indicates that SB 15 would not reduce crime nor
improve public safety.

9.  Related Legislation

AB 505 (Wright) is currently in the Assembly Committee on

SB 15 (Polanco)
Page 17

Public Safety.  It would require every model of pistol,
revolver, or other firearm capable of being concealed upon
the person that is manufactured for sale in California on
or after July 1, 2000, to satisfy specified safety tests
and standards, with a system of self-certification by the
manufacturer or importer and specified penalties.

10.  Need to Revise the Legislative Counsel's Digest

The Legislative Counsel's digest of this bill as amended on
April 5, 1999, on line six of the first page indicates that
"commencing January 1, 2000" the limitations on "unsafe

B000010

SER0050

handguns" takes effect; the text in fact sets that date at
July 1, 2000 (page 3, line 8).  Thus the Digest should be
corrected as this bill is amended or moves through the
process.

11.   Other Firearms Bills Imposing Duties on the Attorney
General/Department of Justice

Other firearms bills this session which would require the
Attorney General/Department of Justice to take on tasks, in
addition to SB 15, include SB 23 (registration and other
elements of the assault weapons program), SB 130 and AB 106
(certification of laboratories to test firearms safety
devices; other duties), and AB 505 (California Sporting and
Self Defense Handgun Safety Standards Act).

************

B000011

SER0051

**EXHIBIT C**

C000001

SER0052

BILL ANALYSIS


SENATE COMMITTEE ON PUBLIC SAFETY
Senator Gloria Romero, Chair          A
2007-2008 Regular Session             B

                                      1
                                      4
                                      7
AB 1471 (Feuer)                       1
As Amended April 10, 2007
Hearing date: June 26, 2007
Penal Code
SM:mc

FIREARMS - MICROSTAMPING

HISTORY

Source:  Brady Campaign to Prevent Gun Violence

Prior Legislation: AB 352 (Koretz) - 2006, died in conference
         SB 357 (Dunn) - amended to remove relevant
provisions

Support: Alameda County Board of Supervisors; Alameda County
         Sheriff's Office; American College of Emergency
         Physicians; California Alliance for Consumer
         Protection; California District of the American Academy
         of Pediatrics; California Chapters of the Brady
         Campaign to Prevent Gun Violence; City and County of
         San Francisco; City of Sacramento; Coalition Against
         Gun Violence; Friends Committee on Legislation; Grover
         Beach Police Department; Legal Community Against Gun
         Violence; Los Angeles Sheriff's Department; Mayor of San
         Diego; Mayor of San Francisco; Orange County Chiefs of
         Police and Sheriff's Association; Orange County
         Citizens for the Prevention of Gun Violence; San
         Francisco District Attorney's Office; Stockton Police
         Department; Superintendent, Alameda County Office of
         Education; Violence Prevention Coalition of Orange


                                             (More)


                        AB 1471 (Feuer)
                        PageB

         County; Women Against Gun Violence; Youth Alive; Chiefs
         of Police of the following cities: Anaheim; Antioch;
         Bell; Beverly Hills; Brentwood; Burlingame; Capitola;
         Chino; Clayton; Clearlake; Concord; Costa Mesa;
         Emeryville; Fresno; Glendale; Glendora; Grover Beach;
         Hawthorne; Healdsburg; Huntington Beach; Huntington
         Park; Irvine; Los Alamitos; Monrovia; National City;
         Nevada City; Newport Beach; Oakland; Piedmont; Pinole;
         Pittsburg; Pleasant Hill; Pomona; Sacramento; Salinas;
         San Diego; San Francisco; San Ramon; San Mateo; Santa
         Barbara; Seal Beach; Seaside; Stockton; Tustin; Twin
         Cities Police Authority (Corte Madera/Larkspur);
         Ventura; Vernon; Walnut Creek; West Covina; Westminster

Opposition:Amador County Sheriff; Berreta U.S.A., Corp.;
         California Association of Firearms Retailers;
         California Outdoor Heritage Alliance; California Rifle
         and Pistol Association; California Sportsman's Lobby,
         Inc.; Crossroads of the West Gun Shows; Gun Owners of
         California, Inc.; Mendocino County Sheriff; National
         Rifle Association; North State Sheriffs; Orange County
         Sheriff; Outdoor Sportsman's Coalition of California;
         Riverside County Sheriff; Safari Club International;
         San Bernardino County Sheriff; Sporting Arms and
         Ammunition Manufacturers' Institute (SAAMI); Tehama
         County Sheriff; Kahr Arms

Assembly Floor Vote:  Ayes  44 - Noes  31

NOTE:  AS PROPOSED TO BE AMENDED (See Comment 6.)


KEY ISSUE

SHOULD THE EXISTING "UNSAFE HANDGUN" LAW, AS OF JANUARY 1, 2010,
INCLUDE REQUIREMENTS FOR NEW MODELS OF SEMIAUTOMATIC PISTOLS THAT
THEY BE EQUIPPED WITH A MICROSCOPIC ARRAY OF CHARACTERS THAT

IDENTIFY THE MAKE, MODEL, AND SERIAL NUMBER OF THE PISTOL, ETCHED
INTO THE INTERIOR SURFACE OR INTERNAL WORKING PARTS OF THE PISTOL,
AND WHICH ARE TRANSFERRED BY IMPRINTING ON EACH CARTRIDGE CASE WHEN

(More)

AB 1471 (Feuer)
PageC

THE FIREARM IS FIRED, AS SPECIFIED?

PURPOSE

The purpose of this bill is to add to the existing "unsafe
handgun" law, as of January 1, 2010, requirements for new models
of semiautomatic pistols that they be equipped with a microscopic
array of characters that identify the make, model, and serial
number of the pistol, etched into the interior surface or
internal working parts of the pistol, and which are transferred
by imprinting on each cartridge case when the firearm is fired,
as specified.

 Existing law  provides that commencing January 1, 2001, no
"unsafe handgun" may be manufactured or sold in California by a
licensed dealer, as specified, and requires that the Department
of Justice prepare and maintain a roster of handguns which are
determined not to be unsafe handguns.  Private party sales (used
or previously owned) and transfers of handguns through a
licensed dealer or sheriff in smaller counties are exempted from
those restrictions.  (Penal Code 12125-12133.)

 Existing law  does the following:

Defines "unsafe handgun" as any pistol, revolver, or other
firearm capable of being concealed upon the person, as
specified, which lacks various safety mechanisms and does not
pass listed tests, as specified.  (Penal Code  12126.)

Requires any concealable firearm manufactured in California, or
intended to be imported for sale, kept for sale, or offered for
sale to be tested within a reasonable period of time by an
independent laboratory, certified by the state Department of
Justice (DOJ), to determine whether it meets required safety
standards, as specified.  (Penal Code 12130.)

Requires DOJ, on and after January 1, 2001, to compile,
publish, and thereafter maintain a roster listing all of the
pistols, revolvers, and other firearms capable of being

(More)

AB 1471 (Feuer)
PageD

concealed upon the person that have been tested by a certified
testing laboratory, have been determined not to be unsafe
handguns, and may be sold in this state, as specified.  The
roster shall list, for each firearm, the manufacturer, model
number, and model name.  (Penal Code  12131(a).)

Provides that DOJ may charge every person in California who
is licensed as a manufacturer of firearms, as specified, and
any person in California who manufactures or causes to be
manufactured, imports into California for sale, keeps for
sale, or offers or exposes for sale any pistol, revolver, or
other firearm capable of being concealed upon the person in
California, an annual fee not exceeding the costs of
preparing, publishing, and maintaining the roster of firearms
determined not to be unsafe, and the costs of research and
development, report analysis, firearms storage, and other
program infrastructure costs, as specified.  (Penal Code
12131(b)(1).)

 Existing law  provides that the sale, loan or transfer of
firearms in almost all cases must be processed by, or through, a
state licensed dealer or a local law enforcement agency with
appropriate transfer forms being used.  (Penal Code  12072(c)
and (d) and 12084.)  In those cases where dealer or law
enforcement processing is not required, a handgun change of
title report must still be sent to the Department of Justice
(DOJ).  (Penal Code 12078.)

C000003

SER0054

_Existing law_ provides that, on request, DOJ will register transactions relating to handguns in the Automated Firearm System Unit for persons who are exempt from dealer processing or are otherwise exempt by statute from reporting processes. (Penal Code 12078(l).)

_Existing law_ requires handguns to be centrally registered at time of transfer or sale due to various transfer forms centrally compiled by the DOJ.  DOJ is required to keep a registry from data sent to DOJ indicating who owns what handgun by make, model, and serial number and the date thereof.  (Penal Code 11106(a) and (c).)  Law enforcement agencies must promptly

(More)

AB 1471 (Feuer)
PageE

report to DOJ all reports they receive of lost, stolen, and found property. (Penal Code  11107 and 11108.)  DOJ must keep a centralized and computerized list of all lost, stolen, and found serialized property reported to it. (Penal Code 11106(a).)

_Existing law_ makes it a crime for any person with knowledge of any change, alteration, removal, or obliteration described herein, who buys, receives, disposes of, sells, offers for sale, or has in his or her possession any pistol, revolver, or other firearm which has had the name of the maker, model, or the manufacturer's number or other mark of identification including any distinguishing number or mark assigned by the Department of Justice changed, altered, removed, or obliterated, punishable as a misdemeanor. (Penal Code 12094.)

_Existing federal law_ provides that it shall be unlawful for any person knowingly to transport, ship, or receive, in interstate or foreign commerce, any firearm which has had the importer's or manufacturer's serial number removed, obliterated, or altered, or to possess or receive any firearm which has had the importer's or manufacturer's serial number removed, obliterated, or altered and has, at any time, been shipped or transported in interstate or foreign commerce. (Title 18 USCS  922(k).)

_This bill_ requires that commencing January 1, 2010, all semiautomatic pistols that are not already listed on the "not unsafe handgun" roster shall be designed and equipped with a microscopic array of characters that identify the make, model, and serial number of the pistol, etched into the interior surface or internal working parts of the pistol, and which are transferred by imprinting on each cartridge case when the firearm is fired.

RECEIVERSHIP/OVERCROWDING CRISIS AGGRAVATION ("ROCA")
IMPLICATIONS

California currently faces an extraordinary and severe prison and jail overcrowding crisis.  California's prison capacity is

(More)

AB 1471 (Feuer)
PageF

nearly exhausted as prisons today are being operated with a significant level of overcrowding.<1>  In addition, California's jails likewise are significantly overcrowded.  Twenty California counties are operating under jail population caps.  According to the State Sheriffs' Association, "counties are currently releasing 18,000 pre and post-sentenced inmates every month and many counties are so overcrowded they do not accept misdemeanor bookings in any form, . . . ."<2>  In January of this year the Legislative Analyst's office summarized the trajectory of California's inmate population over the last two decades:

> During the past 20 years, jail and prison populations have increased significantly.  County jail populations have increased by about 66 percent over that period, an amount that has been limited by court-ordered population caps.  The prison population has grown even more dramatically

during that period, tripling since the
mid-1980s.[3]

The level of overcrowding, and the impact of the population
crisis on the day-to-day prison operations, is staggering:

> As of December 31, 2006, the California Department
> of Corrections and Rehabilitation (CDCR) was
> estimated to have 173,100 inmates in the state
> prison system, based on CDCR's fall 2006
> population projections. However, . . . the
> department only operates or contracts for a total
> of 156,500 permanent bed capacity (not including
> out-of-state beds, . . . ), resulting in a
> shortfall of about 16,600 prison beds relative to
> the inmate population. The most significant bed
> shortfalls are for Level I, II, and IV inmates, as

-------------------
[1] Analysis of the 2007-08 Budget Bill: Judicial and Criminal
Justice, Legislative Analyst's Office (February 21, 2007).
[2] Memorandum from CSSA President Gary Penrod to Governor,
February 14, 2007.
[3] California's Criminal Justice System: A Primer.
Legislative Analyst's Office (January 2007).

(More)

AB 1471 (Feuer)
Page G

well as at reception centers. As a result of the
bed deficits, CDCR houses about 10 percent of the
inmate population in temporary beds, such as in
dayrooms and gyms. In addition, many inmates are
housed in facilities designed for different
security levels. For example, there are currently
about 6,000 high security (Level IV) inmates
housed in beds designed for Level III inmates.

. . . [S]ignificant overcrowding has both
operational and fiscal consequences. Overcrowding
and the use of temporary beds create security
concerns, particularly for medium- and
high-security inmates. Gyms and dayrooms are not
designed to provide security coverage as well as
in permanent housing units, and overcrowding can
contribute to inmate unrest, disturbances, and
assaults. This can result in additional state
costs for medical treatment, workers'
compensation, and staff overtime. In addition,
overcrowding can limit the ability of prisons to
provide rehabilitative, health care, and other
types of programs because prisons were not
designed with sufficient space to provide these
services to the increased population. The
difficulty in providing inmate programs and
services is exacerbated by the use of program
space to house inmates. Also, to the extent that
inmate unrest is caused by overcrowding,
rehabilitation programs and other services can be
disrupted by the resulting lockdowns.[4]

As a result of numerous lawsuits, the state has entered into
several consent decrees agreeing to improve conditions in the
state's prisons. As these cases have continued over the past
several years, prison conditions nonetheless have failed to
improve and, over the last year, the scrutiny of the federal
courts over California's prisons has intensified.

-----------------------------
[4] Analysis 2007-08 Budget Bill, supra, fn. 1.

(More)

AB 1471 (Feuer)
Page H

In February of 2006, the federal court appointed a receiver to
take over the direct management and operation of the prison
medical health care delivery system from the state. Motions
filed in December of 2006 are now pending before three federal
court judges in which plaintiffs are seeking a court-ordered

limit on the prison population pursuant to the federal Prison
Litigation Reform Act.  Medical, mental health and dental care
programs at CDCR each are "currently under varying levels of
federal court supervision based on court rulings that the state
has failed to provide inmates with adequate care as required
under the Eighth Amendment to the U.S. Constitution.  The courts
found key deficiencies in the state's correctional programs,
including:  (1) an inadequate number of staff to deliver health
care services, (2) an inadequate amount of clinical space within
prisons, (3) failures to follow nationally recognized health
care guidelines for treating inmate-patients, and (4) poor
coordination between health care staff and custody staff."<5>

    This bill does not appear to aggravate the prison and jail
overcrowding crisis outlined above.

                            COMMENTS

1.  Need for This Bill

According to the author:

        California has an enormous and diverse problem of
        unsolved homicides committed with handguns.  No arrest
        is made in approximately 45% of all homicides in
        California because police lack the evidence they need.
        Of the approximately 2400 homicides in California per
        year over 60% are committed with handguns (2004 DOJ
        data).  Approximately 70% of new handguns sold in
        California are semiautomatics ("Handgun Commerce in
        California 1999," Sacramento: Violence Prevention
        Research Program, 2002)


        -----------------------
<5>  Primer, supra, fn. 4.


                                                    (More)



                                    AB 1471 (Feuer)
                                            PageI

        Microstamping technology would give law enforcement a
        tool that will provide evidence to help investigate,
        arrest and convict more people who use semiautomatic
        handguns in crimes.  It will provide rapid leads in
        the first crucial hours after a homicide.

        AB 1471 will help law enforcement identify and
        apprehend armed gang members before they inflict more
        harm on others, including innocent bystanders.  In
        instances of drive-by shootings, where the only
        evidence at the crime scene may be a spent cartridge
        case, law enforcement could quickly obtain a critical
        lead.

2.  What is Microstamping?

The following information from NanoMark Technologies (Hitachi
Via Mechanics USA, Inc. in Londonderry, New Hampshire) is taken
from their website
(http://www.nanomark.com/Ballistic-id-tagging/ballistic-id.htm.)


        NanoMark Technologies has developed a PATENTED
        BALLISTIC TAGGING TECHNOLOGY.  The technology places
        an identification mark on each cartridge casing
        ejected from a properly outfitted firearm at the
        moment of firing each bullet.  The idea is to have
        this technology integrated in firearms as an
        alternative to the ballistic "fingerprinting" methods
        currently under such hot debate.


        Today's common "ballistic fingerprinting" technology
        is the computer automation of the science practiced by
        Forensic Firearms Examiners. These specialists have
        honed the science of comparing the signature of two
        bullets and/or cartridges, and have shown an extremely
        high degree of success as long as two physical
        specimens are available for the match.  In ballistic
        fingerprinting, it is hoped that a computer can


                                                    (More)

AB 1471 (Feuer)
PageJ

compare one physical piece of evidence to a virtual
picture of the first ammunition fired by a firearm.
Relying on a vast database containing tediously large
image files, the computer systems have fallen short in
delivering accuracy and repeatability.  This has
called into question the concept of ballistic
fingerprint database technology's readiness by some of
the most respected Forensic Firearms Examiners in the
world.

Our technology eliminates the need for national gun
registration or a national database for new guns sold.
The ID marks delivered by Ballistic ID Tagging can be
simply viewed by utilizing imaging equipment commonly
found at local, state and federal forensics
laboratories.  Because of its uniqueness, it does not
require extensive cross-jurisdictional ballistic image
databases or a national ballistic image database
containing the files of new guns sold every year.

Our technology imparts a unique, indelible, and
microscopic code onto the cartridge casings when a
bullet is fired and the cartridge case is ejected from
a properly outfitted firearm.  This code takes the
form of encrypted symbols, bar codes or simple
alpha-numeric characters (such as a serial number or
some type of tracking number) that can be accessed at
the individual manufacturers' level.  This type of
identifier would immediately and unquestionably lead
investigators to a specific gun without requiring the
manpower and expense associated with the creation and
maintenance of a ballistic image database containing
millions of images.  Furthermore, it has been shown
that as a gun wears over time, its fingerprint changes
enough to confuse the current generation of database
search routines.

                                               (More)

AB 1471 (Feuer)
PageK

(All emphasis in original.)

3.  What This Bill Would Do

AB 1471 provides that, after January 1, 2010, semiautomatic
pistols  that are not already listed on the "safe handgun list"
maintained by the Department of Justice would be required to be
designed and equipped with "a microscopic array of characters
that identify the make, model, and serial number of the pistol,
etched into the interior surface or internal working parts of
the pistol, and which are transferred by imprinting on each
cartridge case when the firearm is fired."   This would apply
only to new models of semiautomatic pistols that a manufacturer
offered for sale in California after January 1, 2010 .  Handgun
owners would not be required to turn in their previously
purchased handguns and gun dealers would still be permitted to
sell all the existing models that could be legally sold in
California (i.e., were on the "safe handgun list") prior to
January 1, 2010, that do not have this microstamping technology.

4.  Questions of Efficacy

Opponents of this bill raise a number of issues regarding the
                                efficacy of the microstamping technology.  Many of these
arguments address the possibility that the microstamp could be
defaced or otherwise defeated by a determined criminal.  While
these claims are open to debate, they are somewhat beside the
point because most people who use firearms in a crime would, in
all likelihood, not exhibit enough determination or skill to
either file down the firing pin or plant pre-fired cartridges at
a crime scene or engage in any similar form of subterfuge.  The
real question is, would this technology help law enforcement in
a significant number of cases to trace a crime bullet to the gun
that fired it?  If so, while there might still be questions
relating to the ability to positively establish a
chain-of-custody in relation to the gun or other limitations of

C000007

SER0058

the evidence, it seems clear that this information would provide
an extremely useful lead for investigators to follow in their

(More)

AB 1471 (Feuer)
PageL

attempts to solve gun-related crimes.

The most significant question regarding the efficacy of the
technology is whether the stamp would actually work the way the
manufacturer claims; that is, would the stamp be legible under
most real-life circumstances?  In the Winter 2006 issue of the
peer-reviewed journal of Association of Firearm and Toolmark
Examiners (AFTE Journal),<6> George Krivosta, Suffolk County
Crime Laboratory, Hauppauge, New York, published the finding of
his tests of the NanoMark microstamping technology.  Krivosta
tested two different firing pins engraved with NanoMark
microstamps placed in, "one of the most popular pistols made":

> Each of the two firing pins was placed in a Colt .45
> auto caliber semiautomatic pistol, customized
> Government Model.  Each firing pin was test fired
> using Winchester and Federal brands of ammunition, to
> generate a total of ten cartridge cases for
> microscopic examination and comparison.  Initial
> testing with one of the pins required an examination
> of all ten test fired casings to determine that the
> NanoTag" serial number of this pin was "OH5K B4M3".
> The other pin was NanoTag" engraved with many, much
> ----------------------

<6> The publishers state:  "All papers published in The AFTE
Journal are reviewed for scientific validity, logical reasoning,
and sound methodology, where applicable.  The editor, assistant
editors, and the editorial review panel conduct a detailed
review of all papers prior to publication.  Papers in which the
author engages in experimentation or testing from which
conclusions are drawn, or those that present an opinion,
technique, or method having scientific significance are all
subject to post-publication review by the members of the
Association of Firearm & Toolmark Examiners.  The "AFTE Peer
Review and Letters to the Editor" section of the Journal
provides a forum for post-publication review."

(More)

AB 1471 (Feuer)
PageM

smaller, fonts.  It was found to have "NanoTag"", the
numerals 0 to 9, and the entire alphabet engraved into
the pin's tip.  The vast majority of this pin's
characters were never visualized in the firing pin
mark of any of the expended cartridge cases generated
and examined.

Krivosta concludes, "[c]ertainly this research has shown that
implementing this technology will be much more complicated than
burning a serial number on a few parts and dropping them into
firearms being manufactured."

Todd Lizotte, co-inventor and Board Member of NanoMark
Technologies, when contacted by Committee staff, correctly
pointed out that Krivosta had set out to test whether
microstamped images left on cartridge casings in normal
conditions using the NanoMark microstamping technology, would be
legible without resorting to the "use of highly trained and
skilled individuals."  To test this, Lizotte states, Krivosta
attempted to read the markings using a method known as "Optical
Microscopy Stereo with Polarization."  Lizotte explained that
the results Krivosta observed would have been different, and the
markings would have been "fully legible," if a more
sophisticated method had been used to read the markings known
as, "Scanning Electron Microscopy (SEM) (Standard and
Backscatter Methods)."

IS THIS TECHNOLOGY SUFFICIENTLY EFFECTIVE TO REQUIRE THAT IT BE

UTILIZED IN ALL NEW MODEL SEMIAUTOMATIC HANDGUNS SOLD IN
CALIFORNIA AFTER JANUARY 1, 2010?

5.  Can Broken Parts Be Replaced  ?

Penal Code section 12090 states that it is a felony to change,
alter, remove or obliterate the name of the maker, model,
manufacturer's number, or other mark of identification,
including any distinguishing number or mark assigned by DOJ to
any firearm, without the written permission of DOJ.
Additionally, Penal Code section 12091 states that possession of
a handgun upon which the name of the maker, model,

                                        (More)


                              AB 1471 (Feuer)
                                      PageN

manufacturer's number or other mark of identification has been
changed, altered, removed or obliterated is presumptive evidence
that the person in possession is responsible for the alteration,
removal, etc.  However, the California Court of Appeal found
Penal Code section 12091 unconstitutional in 2001.  (In re
Christopher K. 91 Cal. App.4th 853 (2001).)  Nonetheless,
section 12090 would appear to prohibit, as to any gun sold with
microstamping technology, any replacement of the firing pin or
any other part of the pistol that stamps the cartridge casing
with the identifying information, unless that replacement part
has the same microstamping characteristics as the broken part.
For the replacement part to bear the pistol's unique identifying
information, it would have to be specially made by the gun's
manufacturer.

6.  Is This a Sole Source Technology  ?

Microstamping technology is a patented technology belonging to
one company, NanoMark Technologies.  Does it present public
policy concerns to mandate a manufacturing industry's use of a
product when that product is only provided by a single source?
In response to these concerns, Todd Lizotte, Board Member of
NanoMark Technologies, issued a press release on June 15, 2007,
stating the following:

     NanoMark a wholly owned division of ID, LLC is issuing
     this press release to clarify that a royalty free
     license will be provided and cover its patented
     microstamping technology as applied to semi-automatic
     handguns sold for civilian use within the United
     States and its territories, as stipulated and in
     support of AB1471.

     Highlights:
      Royalty free license for semi-automatic firearms (as
     stipulated in AB1471) for civilian use over the entire
     United States and its territories.  The license will
     provide options for process outsourcing or job-shop.
     Microstamping job-shops across the United States
     currently outfitted with the equipment will provide

                                        (More)


                              AB 1471 (Feuer)
                                      PageO

     processing services to the industry as an alternative
     to purchasing the capital equipment.  (No capital
     investment required by large and small manufacturers
     as an option.)  No sole source, the License will
     provide the firearm industry a variety of options for
     selecting pre-qualified equipment suppliers and
     job-shop services or they will have the option of
     building their own equipment or use existing equipment
     to perform the microstamping process.

AB 352 (Koretz) of the 2005-2006 legislative session was
substantially similar to this bill and the same concerns
regarding the sole source issue were raised in both the Assembly
Public Safety and Senate Public Safety Committee analyses.  To
address those concerns AB 352 was amended on the Senate floor to
include the following language (new amended language is
highlighted):

C000009

SER0060

(7) Commencing January 1, 2009, for all semiautomatic pistols that are not already listed on the roster pursuant to Section 12131, it is not designed and equipped with a microscopic array of characters that identify the make, model, and serial number of the pistol, etched ~~into~~ or otherwise imprinted onto the interior surface or internal working parts of the pistol, and which are transferred by imprinting on each cartridge case when the firearm is fired , and further provided that a technology to create the imprint, if reliant upon a patent, is available to more than one manufacturer.  A method of equal or greater reliability and effectiveness in identifying ammunition fired from a firearm than that which is set forth in this paragraph, via an imprint on a cartridge may also be approved by the Attorney General and thereafter required as otherwise set forth by this paragraph.  Approval by the Attorney General shall include notice of that fact via regulations adopted by the Attorney General for purposes of implementing that method for purposes of this section.

(More)

AB 1471 (Feuer)
Page P

NOTE: The author will propose the following amendment in Committee:

after the word "fired" on page 3, line 14, insert:

provided that the Department of Justice certify that the technology used to create the imprint is available to more than one manufacturer unencumbered by any patent restrictions.  The Attorney General may also approve a method of equal or greater reliability and effectiveness in identifying the specific serial number of a firearm from spent cartridge casings discharged by that firearm than that which is set forth in this paragraph, to be thereafter required as otherwise set forth by this paragraph where the Attorney General certifies that this new method is also unencumbered by any patent restrictions.  Approval by the Attorney General shall include notice of that fact via regulations adopted by the Attorney General for purposes of implementing that method for purposes of this paragraph.

DOES THIS BILL REQUIRE A MANUFACTURING INDUSTRY TO BUY A PRODUCT THAT IS PATENTED AND ONLY MADE BY ONE COMPANY?

IF SO, DOES THE AUTHOR'S AMENDMENT ADEQUATELY ADDRESS THE SOLE SOURCE ISSUE?

7.  UC Davis Press Release

On May 3, 2007, UC Davis issued a press release under the title, "Microstamping Guns Feasible but Flawed, Study Finds."  As it turns out, the press release was both inaccurate and misleading.  In a letter to the author of AB 1471 dated May 15, 2007, UC Davis Chancellor stated:

First, this is an "Author's Report" and was posted by California Policy Research Center (CPRC), which funded the study, before CPRC's usual academic peer review and state legislative briefings, which violates CPRC's

(More)

AB 1471 (Feuer)
Page Q

own policy.  As well, public release of the report and issuance of a press release by UC Davis was premature.

Second, contrary to the press release, the Legislature did not commission the study.  The study was faculty-initiated with the CPRC.

Finally, I understand that you have concerns about the

C000010

SER0061

relevance of the specific contents of this study to
your pending legislation, especially with respect to
(1) the age and kinds of guns used in the study as
compared to those that are covered in your
legislation, (2) the technology tested in the study as
compared to the technology called for in the
legislation, and (3) differences in the amount of
microstamping examined in the study compared to the
amount of microstamping required in your legislation.
While the accuracy of the findings can and must be
assessed by the upcoming peer review, the press
release should have not connected the study results
with the legislation.

I regret the issuance of this press release, premature
posting of the report, the implication that the study
pertains to your legislation, and the inaccurate
statement about the legislative origins of the report.
Please accept my apologies for complicating, rather
than elucidating, a sensitive public policy issue on
which you have taken statewide leadership.

8.   Arguments in Support

The California Chapters of the Brady Campaign to Prevent Gun
Violence state:

Assembly Bill 1471 would require that newly designated
semi-automatic handguns sold after January 1, 2010, be
equipped with "micro-stamping" technology.  This
technology consists of engraving microscopic
characters onto the firing pin and other interior

                                        (More)


                              AB 1471 (Feuer)
                                       PageR

surfaces, which would be transferred onto the
cartridge casing when the handgun is fired.
Micro-stamping technology would substantially enhance
law enforcement's ability to rapidly identify and link
shell casings found at a crime scene to the individual
semi-automatic handgun from which it was fired and to
the gun's last lawful possessor.

Nearly half of the homicides in California are
unsolved and the majority of homicides are committed
with handguns.  In this time of escalating gang
violence in our state, new tools for finding and
apprehending armed criminals are needed.  AB 1471
would help law enforcement solve murders and other
handgun crimes as the information provided by a
microstamped cartridge casing gives police important
leads in the first crucial hours after a crime.

In addition, AB 1471 would help reduce trafficking of
new semi-automatic handguns by creating
accountability.  Legal purchasers who buy guns for
traffickers ('straw' buyers), will be deterred when
they realize that microstamped casings can be traced
directly back to them.  Consequently, this big source
of crime guns, which rapidly fall into the hands of
criminals and gang members, would be disrupted.
Curbing the flow of illegal guns to prohibited
purchasers, including felons and violent teens, would
reduce gun violence in our streets and protect the
innocent bystanders.

Microstamping will not impose a new cost on the state
of California as no new database or procedures are
required.  California already has a system for
tracking guns and their owners and after a crime, law
enforcement will simply check the existing database.
Buyers of micro-stamping handguns will notice no
change in the purchasing process as no new permitting
or information is needed.  Existing handguns and
existing handgun owners will not be impacted by this

                                        (More)


                              AB 1471 (Feuer)

Page5

bill since the law only applies to new handguns.

The microstamping technology is highly tamper
resistant.  The redundant markings are durable and
routine maintenance and servicing of the firearm will
not affect the technology.  Criminals will find it
extremely difficult to defeat the technology.  AB 1471
has broad support from police chiefs around the state,
who want this new tool for solving handgun crime and
curbing the flow of illegal weapons to prohibited
purchasers.

The Stockton Police Department states:

   The Stockton Police Department believes that AB 1471
   would allow law enforcement to positively link used
   cartridge casings recovered at crime scenes to the
   crime gun.  Further, AB 1471 would help law
   enforcement solve handgun crimes, reduce gang
   violence, and reduce gun trafficking of new
   semiautomatic handguns.

                    * * * * * * *

   One of the benefits of microstamping technology is
   that it does not require any new database or
   additional information from gun purchasers and will be
   virtually cost free for law enforcement.  The
   cartridge casings expelled from the firearm will
   indicate the serial number of the firearm, which is
   already available through the dealer record of sale.
   Using California's current handgun database, the owner
   of the gun can then be identified.  Finding the guns
   and identifying its owners are critical pieces of
   information for violent gun crime investigation.

9.  Arguments in Opposition

The North State Sheriffs' state:



                              (More)




                    AB 1471 (Feuer)
                    Page7

   As we see it, the technology to implement the
   micro-stamping is flawed, there would be an increase
   in the potential for civil liability for law
   enforcement agencies that continue to use handguns
   which will be placed on the "unsafe" handgun list,
   there would be an increase in law enforcement training
   costs due to not being able to reuse spent cartridge
   casings, the technology could be easily defeated since
   the stamping is only 25 microns deep and the cost of
   the technology would be passed on to law enforcement
   agencies and citizens alike.

The California Association of Firearm Retailers state:

   The technology which this proposed bill seeks to
   promote has not been shown to work under actual field
   conditions.  Mandating its implementation by law at
   this time would be excessively premature as it cannot
   be scientifically justified, and it has not been
   proven to be practical in application.  Impartial
   testing to date has raised very serious questions
   relative to whether this technology could actually
   work in the field given all the variables and other
   factors that are present outside of the laboratory.

(More)

For example, criminals can easily defeat it in a
number of different ways, and it is well known that
the overwhelming majority of handguns used in crime
are stolen. Fired casings from them found at crime
scenes in most cases would not lead law enforcement to
the actual perpetrator. Placing micro-stamping on
semi-automatic handguns, even if the technology was
reliable, would be ineffective as a law enforcement
tool.

Furthermore, micro-stamping is a "sole source"
technology at the present time. It is owned by a
single company. If micro-stamping did work, a matter
that the results of recent independent scientific
research casts in doubt and highly questions, it would
probably continue to be "sole source" as other forms
of cartridge case marking have reportedly been proven
to be more difficult and costly to engineer.

This increases the likelihood that the sole source
problem would in fact continue and that the costs of
using it would not be contained by realistic
competition. The result would be higher costs for
retailers and their customers for a system that is not
reliable and would not be of much assistance to law
enforcement.

The California Rifle and Pistol Association, Inc., states:

Though the mechanical technology this proposed
legislation seeks to promote has been shown to
sometimes work under tightly controlled and limited
laboratory conditions, it has not been adequately
tested for the actual conditions under which it would
be utilized. In fact, testing to date shows that [it]
would not work well in real life application.

Whether the technology actually and consistently works
(a matter that has not been proven) is just one factor

(More)

AB 1471 (Feuer)
PageV

to consider. Regardless of the technology,
legislation should not be enacted that would be
ineffective in achieving it purported purpose.

For example, how many rounds of fire ammunition can
the proposed markings endure before being worn off?
[] [W]hat about lacquered primers or dirt and debris
filling or fouling the characters making them
unreadable? [] [W]hat happens when a firing pin
breaks and the local gunsmith does not have the
expensive micro-engraving equipment necessary to mark
the replacement (in such a case would the customer and
gunsmith be subject to felony prosecution for
violations of Penal Code sections 12090 and 12091)?
[] [W]hat about the fact that this technology can be
readily defeated by a criminal using a file, sand
paper, hone, or other implement? The list of
applicable unanswered questions is a long one.

***************

C000013
SER0064

C000014

SER0065

**EXHIBIT D**

D000001

SER0066

BILL ANALYSIS

```
                                                    AB 1471
                                                    Page 1
```

Date of Hearing:  May 16, 2007

ASSEMBLY COMMITTEE ON APPROPRIATIONS
Mark Leno, Chair

AB 1471 (Feuer) - As Amended: April 10, 2007

Policy Committee:                    Public
SafetyVote: 5-2

Urgency:    No                State Mandated Local Program:
Yes    Reimbursable:          No

### SUMMARY

This bill requires, effective January 1, 2010, all semiautomatic
pistols not already designated as safe handguns, pursuant to the
Department of Justice's (DOJ) registry, to be equipped with
microscopic characters, identifying the make, model, and serial
number of the pistol, imprinted in two or more places, onto the
interior surface or internal working parts of the pistol, which
are transferred by imprinting on each cartridge case when the
gun is fired.

### FISCAL EFFECT

Unknown, likely minor, nonreimbursable local law enforcement
costs for increased county jail commitments for misdemeanor
possession or sale of unsafe handguns, the category of which
would expand pursuant to this bill.

### COMMENTS

1)Rationale  . Microstamping uses lasers to make precise
   microscopic engravings on the firing pin and the interior
   surfaces of the firing chamber of a gun. Those markings, which
   include the make, model and serial number of the gun, are
   imprinted on the cartridge case when the gun is fired.
   Examining a spent cartridge case can identify the
   microstampings of the gun that fired the round.

   According to the author, "This bill is about catching
   criminals. This bill will allow law enforcement to positively
   link used cartridge casings recovered at crime scenes to the
   crime gun. This bill will: (a) help law enforcement solve

```
                                                    AB 1471
                                                    Page 2
```

   handgun crimes; (b) help reduce gang violence; and, (c) help
   reduce gun trafficking of new semi-automatic handguns."

2)Proponents  , including the Brady Campaign to Stop Gun Violence
   and a number of police chiefs contend microstamping provides
   an opportunity for assisting law enforcement in solving gun
   crimes. With microstamping, state and local law enforcement
   agencies need not maintain computer equipment or databases.
   Cartridge cases recovered at crime scenes can lead
   investigators to the guns that fired them via existing
   systems.

   According to the Brady Campaign, "Micro-stamping will not
   impose a new cost on the state of California as no new
   database or procedures are required. California already has a
   system for tracking guns and their owners. At the scene of a
   crime, law enforcement will simply check the existing
   database. Buyers of micro-stamping handguns will notice no
   change in the purchasing process as no new permitting or
   information is needed. Existing handguns and existing handgun
   owners will not be impacted by this bill since the law only
   applies to new handguns.

3)Opponents  , generally gun-related groups, contend criminals
   could circumvent microstamping by defacing the microstamp,
   tossing dummy shell casings at a crime scene, or simply by
   using a revolver that does not eject a shell casing.

4)Current law  requires that manufacturing, selling, furnishing
   or possessing an unsafe handgun is a misdemeanor, punishable
   by up to one year in the county jail. An unsafe handgun is
   defined as any handgun that lacks specified safety mechanisms.

   DOJ maintains a registry of all safe handguns sold by a
   licensed dealer in California including, but not limited to,
   the buyer's name, address and other identifying information,

D000002

SER0067

including serial number.

5) Prior Legislation . AB 352 (Koretz), 2005-06, was similar to AB
1471. AB 352 passed the Assembly and the Senate, with 41 and
22 votes respectively, and failed on concurrence in the
Assembly.

AB 1471
Page 3

Analysis Prepared by : Geoff Long / APPR. / (916) 319-2081

**EXHIBIT E**

E000001

SER0069

BILL ANALYSIS

```
                                              AB 1471
                                              Page 1
```

Date of Hearing:  April 17, 2007
Counsel:          Kimberly A. Horiuchi

ASSEMBLY COMMITTEE ON PUBLIC SAFETY
Jose Solorio, Chair

AB 1471 (Feuer) - As Amended: April 10, 2007

SUMMARY : Requires specified semiautomatic pistols to be
equipped with microscopic identifying markings which are
transferred to each cartridge case when the firearm is fired.
Specifically, this bill :

1)States, beginning January 1, 2010, all semiautomatic pistols
  not already designated as safe handguns, as specified, to be
  equipped with microscopic characters that identify the make,
  model, and serial number of the pistol etched in two or more
  places on the interior surface or internal working parts of
  the pistol which are transferred by imprinting on each
  cartridge case when the firearm is fired.

2)Makes other technical, non-substantive changes.

EXISTING LAW :

1)Requires, commencing January 1, 2001, that manufacturing,
  importing into California for sale, keeping for sale, offering
  or exposing for sale, giving, or lending any unsafe handgun is
  a misdemeanor, punishable by up to one year in the county
  jail. [Penal Code Section 12125.]

2)Defines "unsafe handgun" as any pistol, revolver, or other
  firearm capable of being concealed upon the person, as
  specified, which lacks various safety mechanisms, as
  specified. [Penal Code 12126.]

3)Requires any concealable firearm manufactured in California,
  imported for sale, kept for sale, or offered for sale to be
  tested within a reasonable period of time by an independent
  laboratory, certified by the Department of Justice (DOJ), to
  determine whether it meets required safety standards, as
  specified. [Penal Code Section 12130.]

```
                                              AB 1471
                                              Page 2
```

4)Requires DOJ, on and after January 1, 2001, to compile,
  publish, and thereafter maintain a roster listing all of the
  pistols, revolvers, and other firearms capable of being
  concealed upon the person that have been determined not to be unsafe
  handguns, and may be sold in California, as specified.  The
  roster shall list, for each firearm, the manufacturer, model
  number, and model name. [Penal Code Section 12131(a).]

5)Provides that DOJ may charge every person in California who is
  licensed as a manufacturer of firearms, as specified, and any
  person in California who manufactures or causes to be
  manufactured, imports into California for sale, keeps for
  sale, or offers or exposes for sale any pistol, revolver, or
  other firearm capable of being concealed upon the person in
  California, an annual fee not exceeding the costs of
  preparing, publishing, and maintaining the roster of firearms
  determined not be unsafe, and the costs of research and
  development, report analysis, firearms storage, and other
  program infrastructure costs, as specified.  [Penal Code
  Section 12131(b)(1).]

6)Requires the DOJ to maintain a registry of all handguns sold
  by a licensed dealer in California including, but not limited
  to, the buyer's name, address and other identifying
  information, as well as the serial number of the weapon sold.
  [Penal Code Section 11106.]

FISCAL EFFECT :  Unknown

COMMENTS :

1)Author's Statement : According to the author, "This bill is
  about catching criminals.  This bill will allow law
  enforcement to positively link used cartridge casings
  recovered at crime scenes to the crime gun.  This bill will:
  (a) help law enforcement solve handgun crimes;  (b) help reduce

gang violence; and, (c) help reduce gun trafficking of new
semi-automatic handguns.

"One of the most important pieces of this legislation is that it
places no additional burden to gun owners. The additional
cost will be $0.50 to $2 a gun and no new licenses or permits
are required.

---
AB 1471
Page 3

"California has an enormous and diverse problem of unsolved
homicides committed with handguns. No arrest is made in
approximately 45% of all homicides in California because
police lack the evidence they need. Of the approximately
2,400 homicides in California per year over 60% are committed
with handguns (2004 DOJ data). Approximately 70% of new
handguns sold in California are semiautomatics ('Handgun
Commerce in California 1999,' Sacramento: Violence Prevention
Research Program, 2002).

"Microstamping technology would give law enforcement a tool that
will provide evidence to help investigate, arrest and convict
more people who use semiautomatic handguns in crimes and will
provide rapid leads in the first crucial hours after a
homicide.

"This bill will help law enforcement identify and apprehend
armed gang members before they inflict more harm on others,
including innocent bystanders. In instances of drive-by
shootings where the only evidence at the crime scene may be a
spent cartridge case, law enforcement could quickly obtain a
critical lead."

2) Feasibility Study : The Legislature recently ordered a
   feasibility study by DOJ to consider a similar technology,
   ballistic fingerprinting, which had been proposed to
   accomplish the same purpose, i.e., to trace evidence left at a
   crime scene to a particular gun and that gun's owner. The
   result of AB 1717(Hertzberg), Chapter 271, Statutes of 2000,
   was that the proposal was determined not to be feasible

3) Arguments in Support  :

   a)  The California Chapters of the Brady Campaign to Prevent
       Gun Violence  state, "This bill would require that newly
       designated semi-automatic handguns sold after January 1,
       2010, be equipped with 'micro-stamping' technology. This
       technology consists of engraving microscopic characters
       onto the firing pin and other interior surfaces, which
       would be transferred onto the cartridge casing when the
       handgun is fired. Micro-stamping technology would
       substantially enhance law enforcement's ability to quickly
       identify and link shell casings found at a crime scene to
       the individual semi-automatic handgun from which it was
       fired and to the gun's law lawful possessor.

---
AB 1471
Page 4

"Nearly one-half of the homicides in California are unsolved
and the majority of homicides are committed with handguns.
In this time of escalating gang violence in our state, new
tools for finding and apprehending armed criminals are
needed. This bill would help law enforcement solve murders
and other handgun crimes as the information provided by a
micro-stamped cartridge casing gives police important leads
in the first crucial hours after a crime.

"In addition, this bill would help reduce trafficking of new
semi-automatic handguns by creating accountability. Legal
purchasers who buy guns for traffickers ('straw' buyers),
will be deterred when they realize that micro-stamped
casings can be traced directly back to them. Consequently,
this big source of crime guns, which rapidly fall into the
hands of criminals and gang members, would be disrupted.
Curbing the flow of illegal guns to prohibited purchasers,
including felons and violent teens, would reduce gun
violence in our streets and protect the innocent
bystanders.

"Micro-stamping will not impose a new cost on the state of
California as no new database or procedures are required.
California already has a system for tracking guns and their

owners. At the scene of a crime, law enforcement will simply check the existing database. Buyers of micro-stamping handguns will notice no change in the purchasing process as no new permitting or information is needed. Existing handguns and existing handgun owners will not be impacted by this bill since the law only applies to new handguns.

"The micro-stamping technology is highly tamper resistant. The redundant markings are durable and routine maintenance and servicing of the firearm will not affect the technology. Criminals will find it extremely difficult to defeat the technology. This bill is supported by law enforcement as it will assist in solving handgun crime and curbing the flow of illegal weapons to prohibited purchasers."

b) The _Fresno Police Department_ states, "As a law enforcement executive, I want my department to have the best tools available to decrease the level of violent gun

AB 1471
Page 5

crime in our state and increase public safety. Firearm identification from physical evidence left behind at the crime scene is essential to the investigation and prosecution of gun crime. In this bill, the California Legislature is considering requiring 'microstamping' technology on all newly designed semi-automatic handguns.

" 'Microstamping' technology consists of engraving microscopic characters on the firing pin and other interior gun parts, which would be transferred onto the cartridge casing when the handgun is fired. The markings would identify the make, model and serial number of the gun and enable law enforcement to rapidly link shell casings found at the crime scene to the individual semi-automatic handgun from which they were fired, and then to the last lawful possessor. This technology will provide law enforcement with a critical lead in finding armed criminals or 'straw buyers' who illegally traffic weapons to prohibited purchasers. The technology will also add additional information into the crime gun trace database, which will help law enforcement identify gun trafficking channels.

"One of the benefits of microstamping technology is that it does not require any new database or additional information from gun purchasers and will be virtually cost free for law enforcement. The cartridge casings expelled from the firearm will indicate the serial number of the firearm, which is already available through the dealer record of sale. Using California's current handgun database, the owner of the gun can then be identified. Finding the guns and identifying its owners are critical pieces of information for violent gun crime investigation."

4)Arguments in Opposition :

a) The _Crossroads of the West Gun Shows_ states, "At the shows, licensed firearms dealers buy and sell handguns in strict adherence to all applicable laws. When buying or selling a previously owned handgun, how will the dealer and the customer know of the microstamping that has been removed or worn away in violation of Penal Code Sections 12090 and 12091? In those cases where the microstamping is known to be missing, such as a broken firing pin, how can it legally be restored? Most dealers, gunsmiths, or members of the public will not have the equipment necessary to do so.

AB 1471
Page 6

Could a gun show operator incur liability if a dealer at a gun show or a gun show attendee, either knowingly or unwittingly, possessed a handgun in violation of the prohibition against obliterating a manufacturer's identifying marks on a firearm? In the case of this bill, such a violation could easily occur either as a result of firing pin breakage or normal wear. There are many practical problems that would make this bill undesirable, even if the technology was generally workable. Whether it would actually work in real life application is seriously in question."

b) The _California Association of Firearm Retailers_ state,

"The technology which this proposed bill seeks to promote
has not been shown to work under actual field conditions.
Mandating its implementation by law at this time would be
excessively premature as it cannot be scientifically
justified, and it has not been proven to be practical in
application.  Impartial testing to date has raised very
serious questions relative to whether this technology could
actually work in the field given all the variables and
other factors that are present outside of the laboratory.

"For example, criminals can easily defeat it in a number of
different ways, and it is well known that the overwhelming
majority of handguns used in crime are stolen.  Fired
casings from them found at crime scenes in most cases would
not lead law enforcement to the actual perpetrator.
Placing micro-stamping on semi-automatic handguns, even if
the technology was reliable, would be ineffective as a law
enforcement tool.

"Furthermore, micro-stamping is a 'sole source' technology at
the present time.  It is owned by a single company.  If
micro-stamping did work, a matter that the results of
recent independent scientific research casts in doubt and
highly questions, it would probably continue to be 'sole
source' as other forms of cartridge case marking have
reportedly been proven to be more difficult and costly to
engineer.

"This increases the likelihood that the sole source problem
would in fact continue and that the costs of using it would
not be contained by realistic competition.  The result
would be higher costs for retailers and their customers for

---

AB 1471
Page 7

a system that is not reliable and would not be of much
assistance to law enforcement."

5) Prior Legislation  :

        a)    AB 352 (Koretz), of the 2005-06 Legislative Session,
        would have required specified semiautomatic pistols to be
        equipped with microscopic identifying markings which are
        transferred to each cartridge case when the firearm is
        fired.  The Assembly refused to concur with the Senate
        amendments.

        b)    SB 357 (Dunn), of the 2005-06 Legislative Session, would
        have established a program requiring the serialization of
        handgun ammunition.  SB 357 was substantially amended.

    REGISTERED SUPPORT / OPPOSITION  :

     Support

    American College of Emergency Physicians, California Chapter
    Antioch Police Department
    Brentwood Police Department
    Burlingame Police Department
    California Chapters, Brady Campaign to Prevent Gun Violence
    Capitola Police Department
    City of Los Angeles
    Clayton Police Department
    Clearlake Police Department
    Concord Police Department
    Costa Mesa Police Department
    Emeryville Police Department
    Fresno Police Department
    Friends Committee on Legislation
    Gray Panthers California
    Grover Beach Police Department
    Healdsburg Police Department
    Huntington Police Department
    Jerry Sanders, Mayor of San Diego
    Legal Community Against Gun Violence
    Los Alamitos Police Department
    National City Police Department
    Newport Beach Police Department
    Oakland Police Department
    Pinole Police Department

---

AB 1471
Page 8

    Salinas Police Department

E000005

SER0073

San Diego Police Department
Santa Barbara County Coalition Against Gun Violence
Seaside Police Department
Stockton Police Department
Stop Gun Violence Orange County Citizens for the Prevention of
Gun Violence
Tustin Police Department
Vernon City Police Department
Violence Prevention Coalition of Orange County
Violence Prevention Coalition of Orange County
Walnut Creek Police Department
Westminster Police Department

 Opposition

California Association of Firearm Retailers
California Outdoor Heritage Alliance
California Rifle and Pistol Association
California Sportsman's Lobby
Crossroads of the West Gun Shows
Gun Owners of California
National Rifle Association of America
Outdoor Sportsmen's Coalition of California
Safari Club International
Sporting Arms and Ammunition Manufacturers' Institute (SAAMI)
8 private citizens

Analysis Prepared by  :    Kimberly Horiuchi / PUB. S. / (916)
319-3744

E000006

SER0074

1   KAMALA D. HARRIS
    Attorney General of California
2   STEPAN A. HAYTAYAN, State Bar No. 205457
    Supervising Deputy Attorney General
3   ANTHONY R. HAKL, State Bar No. 197335
    Deputy Attorney General
4    1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 322-9041
6   Fax: (916) 324-8835
    E-mail: Anthony.Hakl@doj.ca.gov
7   *Attorneys for Defendant Stephen Lindley*

8

9

10              IN THE UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13  **IVAN PEÑA, ROY VARGAS, DOÑA CROSTON, BRETT THOMAS, SECOND** | Case No. 2:09-CV-01185-KJM-CKD |
| 14  **AMENDMENT FOUNDATION, INC. and THE CALGUNS FOUNDATION, INC.,** | **DECLARATION OF STEPHEN LINDLEY IN SUPPORT OF** |
| 15 | **DEFENDANT'S SUPPLEMENTAL BRIEF** |
| 16                              Plaintiffs, | |
| 17        v. | Dept.:     Courtroom 3, 15th floor  Judge:     The Honorable Kimberly J. Mueller |
| 18  **STEPHEN LINDLEY,** | Trial Date:  None at this time  Action Filed:  May 1, 2009 |
| 19                              Defendant. | |

20

21

22

23

24

25

26

27

28

1

Declaration of Stephen Lindley In Support of Defendant's Opposition to the Motion to Supplement the Record
(2:09-CV-01185-KJM-CKD)

## DECLARATION OF STEPHEN LINDLEY

1.     I, STEPHEN LINDLEY, declare that I am the Chief of the Bureau of Firearms within the Division of Law Enforcement, Department of Justice.  I have held this position since December 30, 2009, but have been employed by the Department since February 19, 2001.  As the Chief, my responsibilities include, but are not limited to, supervising and directing Bureau staff who administer the "Roster of Handguns Certified for Sale" in California.  I am familiar with and understand the statutes and regulations that address which handguns may be added to the roster after testing.  My responsibilities also include overseeing the staff who process Dealer's Record of Sale (DROS) transactions—the process under which a majority of firearms purchases and transfers, including private party transactions and sales at gun shows, are conducted in California.

2.     I have personal knowledge of the contents of this declaration and competently testify thereto.

3.     The Department of Justice, Bureau of Firearms is responsible for maintaining the "Roster of Handguns Certified for Sale" in California pursuant to Penal Code section 32015.  A true and correct copy of the roster, as it appeared on our website as of July 1, 2014, is attached hereto as **Exhibit A.**  As of July 1, there were 983 handguns listed on the roster and thus available for sale in California.

4.     The Department of Justice, Bureau of Firearms is responsible for processing the DROS transactions that occur each day in California.  Since 2009 to today, the Bureau of Firearms has processed 1,807,635 DROS transactions involving handguns.  The yearly handgun DROS transactions are as follows:

- 2009:  228,368
- 2010:  236,086
- 2011:  293,429
- 2012:  388,006
- 2013:  422,030
- 2014:  239,716 (as of June 30, 2014)

2

SER0076

1    5.    In reference to the Court's order filed December 18, 2013, I further declare that, of

2  the 983 handguns listed on Roster of Handguns Certified for Sale in California as of July 1, 2014,

3  735 are semi-automatic handguns.  675 of those semi-automatic handguns are centerfire, and 60

4  are rimfire.  Finally, all of the 735 semi-automatic handguns are grandfathered and not subject to

5  the UHA's microstamping requirement.

6    I declare under penalty of perjury under the laws of the State of California and the United

7  States of America that the foregoing is true and correct of my own personal knowledge, and that

8  this declaration is executed in Sacramento, California, this _____ day of July, 2014.

9

10  _____

11  STEPHEN LINDLEY

12

13  SA2009310413

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Declaration of Stephen Lindley In Support of Defendant's Opposition to the Motion to Supplement the Record
(2:09-CV-01185-KJM-CKD)

**EXHIBIT A**

A000001

SER0078

Home   About   News   Careers   Contact   Programs A - Z

**FIREARMS**

Firearms Home

California Firearms Laws
Summary Booklet

FAQs

Forms and Publications

Handgun Safety
Certificate Program

Regulations

Roster of Handguns
Certified for Sale

Roster of Firearm Safety
Devices Certified for Sale

Statistics

Archive

Contact Us

Search

# Roster of Handguns Certified for Sale

Handgun models will be removed from the roster on the list expiration date unless the manufacturer renews the listing prior to the list expiration date.

Search again

All records selected
The matching records list is sorted by Make
This list is valid for Tuesday, July 01, 2014

| Make | Model | Gun Type | Barrel Length | Caliber | Exp Date |
|------|-------|----------|---------------|---------|----------|
| Accu-Tek | AT-380 II / 17-4 Stainless Steel | Pistol | 2.8" | .380 ACP | 8/18/2014 |
| Armatix | iP1 / Steel, Polymer | Pistol | 3.58" | .22 LR | 10/24/2014 |
| Armatix | iP1 Limited Edition / Steel, Polymer | Pistol | 3.58" | .22 LR | 6/12/2015 |
| Armscor Precision | ECS (Stainless) / Stainless Steel | Pistol | 3.5" | .45 ACP | 6/19/2015 |
| Armscor Precision | Rock Island 1911 A-1 CS (Blue) / Steel | Pistol | 3.5" | .45 ACP | 2/1/2015 |
| Armscor Precision | AP9 MS / Steel | Pistol | 3.8" | 9mm | 2/27/2015 |
| Armscor Precision | MAPP1 MS / Steel, Polymer | Pistol | 3.8" | 9mm | 2/27/2015 |
| Armscor Precision | Rock Island 1911 A-1 GI MS (Blue) / Steel | Pistol | 4" | .45 ACP | 9/10/2015 |
| Armscor Precision | AP9 FS / Steel | Pistol | 4.5" | 9mm | 2/27/2015 |
| Armscor Precision | MAPP1 FS / Steel, Polymer | Pistol | 4.5" | 9mm | 2/27/2015 |
| Armscor Precision | Citadel M1911-A1 FS / Steel | Pistol | 5" | .45 ACP | 12/19/2014 |
| Armscor Precision | EFS (Blue) / Steel | Pistol | 5" | .45 ACP | 6/19/2015 |
| Armscor Precision | EFS (Stainless) / Stainless Steel | Pistol | 5" | .45 ACP | 6/19/2015 |
| Armscor Precision | High Standard 1911 A-1 / Steel | Pistol | 5" | .45 ACP | 11/1/2014 |
| Armscor Precision | M1911-A1 (Blue) / Steel | Pistol | 5" | .45 ACP | 7/20/2015 |
| Armscor Precision | M1911-A1 Tactical / Steel | Pistol | 5" | .45 ACP | 2/27/2015 |
| Armscor Precision | RIA M1911-A1 FS Match (Blue) / Steel | Pistol | 5" | .45 ACP | 11/29/2014 |
| Armscor Precision | RIA M1911-A1 Target (Blue) / Steel | Pistol | 5" | .45 ACP | 2/27/2015 |
| Armscor Precision | Rock Island 1911 A-1 G.I. (Blue) / Steel | Pistol | 5" | .45 ACP | 6/12/2015 |

A000002
7/1/2014

SER0079

| Armscor Precision | Rock Island 1911 A-2 GI FS (Blue) / Steel | Pistol | 5" | .45 ACP | 9/10/2015 |
|---|---|---|---|---|---|
| Armscor Precision | Taylor's Tactical M1911 FS (Blk) Arch Check Grip / Steel | Pistol | 5" | .45 ACP | 9/20/2015 |
| Armscor Precision | Taylor's Tactical M1911-A1-FS (Black) Std. Grip / Steel | Pistol | 5" | .45 ACP | 1/5/2015 |
| Armscor Precision | RIA 1911 (Nickel) / Steel | Pistol | 5.16" | .38 Super | 9/15/2015 |
| Armscor Precision | RIA 1911 (Parkerized) / Steel | Pistol | 5.16" | .38 Super | 9/8/2015 |
| Armscor Precision | M206 (Blue) / Steel | Revolver | 2 1/8" | .38 Spl | 10/19/2014 |
| Armscor Precision | FSR 38 / Steel | Revolver | 2" | .36 Spl | 12/22/2014 |
| Armscor Precision | M206 Revolver / Steel | Revolver | 3" | .38 Spl | 6/19/2015 |
| Auto-Ordnance | AHF Commemorative Model / Blued Steel | Pistol | 5" | .45 ACP | 9/8/2015 |
| Auto-Ordnance | Auto Ordnance 1911 A-1 PKZA / Parkerized Steel | Pistol | 5" | .45 ACP | 11/19/2014 |
| Auto-Ordnance | Auto-Ordnance 1911 WGS Deluxe / Blued Steel | Pistol | 5" | .45 ACP | 3/12/2015 |
| Auto-Ordnance | Auto-Ordnance T1911 STD / Blued Steel | Pistol | 5" | .45 ACP | 3/12/2015 |
| Barsto | Bar Sto Precision / Stainless Steel, Polymer | Pistol | 5" | .40 | 11/16/2014 |
| Beretta | 3032 Alleycat / Blue Steel | Pistol | 2.4" | .32 ACP | 5/22/2015 |
| Beretta | 3032 Tomcat / Blue Steel | Pistol | 2.4" | .32 ACP | 2/13/2015 |
| Beretta | 3032 Tomcat Inox / Stainless Steel | Pistol | 2.4" | .32 ACP | 12/31/2014 |
| Beretta | 9000S Type F 9mm / Blue Steel, Polymer | Pistol | 3.375" | 9mm | 6/26/2015 |
| Beretta | 9000S Type F / Steel, Polymer | Pistol | 3.4" | .40 S&W | 12/31/2014 |
| Beretta | 8000 Cougar F / Blue Steel | Pistol | 3.6" | 9mm | 12/31/2014 |
| Beretta | 8040 Cougar F / Blue Steel | Pistol | 3.6" | .40 S&W | 12/31/2014 |
| Beretta | 8357 Cougar F / Blue Steel | Pistol | 3.6" | .357 SIG | 12/31/2014 |
| Beretta | 8045 F / Steel, Alloy | Pistol | 3.7" | .45 ACP | 12/31/2014 |
| Beretta | 84 FS Cheetah / Blue Steel | Pistol | 3.8" | .380 ACP | 12/31/2014 |
| Beretta | 84 FS Cheetah Nickel / Nickel plated steel | Pistol | 3.8" | .380 ACP | 2/1/2015 |
| Beretta | 85 FS Cheetah / Blue Steel | Pistol | 3.8" | .380 ACP | 12/31/2014 |
| Beretta | 85 FS Cheetah Nickel / Nickel plated steel | Pistol | 3.8" | .380 ACP | 4/25/2015 |
| Beretta | 87 Cheetah / Blue Steel | Pistol | 3.8" | .22 LR | 12/31/2014 |
| Beretta | PX4 Storm Type F / Steel, Polymer | Pistol | 4" | .40 S&W | 12/14/2014 |
| Beretta | PX4 Storm Type F / Steel, Polymer | Pistol | 4" | 9mm | 12/14/2014 |
| Beretta | PX4 Storm Type G / Steel, Polymer | Pistol | 4" | .40 S&W | 1/31/2015 |
| Beretta | PX4 Storm Type G / Steel, Polymer | Pistol | 4" | 9mm | 12/14/2014 |
| Beretta | 92FS Compact Type M / Blue Steel | Pistol | 4.3" | 9mm | 12/31/2014 |
| Beretta | 92G Elite A1 / Steel | Pistol | 4.5" | 9mm | 9/18/2015 |
| Beretta | 96G Elite A1 / Steel | Pistol | 4.5" | .40 S&W | 9/13/2015 |
| Beretta | 92FS Vertec Inox Lasergrips / Steel, Stainless Steel, Alloy | Pistol | 4.52" | 9mm | 12/18/2014 |

| Beretta | 96 Vertec Inox / Stainless Steel, Alloy | Pistol | 4.7 | .40 S&W | 8/6/2015 |
|---------|------------------------------------------|--------|------|---------|----------|
| Beretta | 92FS Vertec Inox / Stainless Steel, Alloy | Pistol | 4.7" | 9mm | 7/16/2015 |
| Beretta | 92G Elite II / Blue Steel, Stainless Steel | Pistol | 4.7" | 9mm | 12/31/2014 |
| Beretta | 96G Elite II / Blue Steel, Stainless Steel | Pistol | 4.7" | .40 S&W | 12/31/2014 |
| Beretta | 92FS / Steel, Alloy | Pistol | 4.9" | 9mm | 12/31/2014 |
| Beretta | 92FS OD Green / Steel, Alloy | Pistol | 4.9" | 9mm | 12/18/2014 |
| Beretta | 96 / Steel, Alloy | Pistol | 4.9" | .40 S&W | 12/31/2014 |
| Beretta | M9 Commercial / Steel, Alloy | Pistol | 4.9" | 9mm | 6/17/2015 |
| Beretta | 92FS Black Inox / Stainless Steel | Pistol | 4.92" | 9mm | 5/22/2015 |
| Beretta | 92FS Brigadier / Blue Steel | Pistol | 4.92" | 9mm | 12/31/2014 |
| Beretta | 92FS Brigadier Inox / Stainless Steel | Pistol | 4.92" | 9mm | 12/31/2014 |
| Beretta | 92FS Inox / Stainless Steel | Pistol | 4.92" | 9mm | 12/31/2014 |
| Beretta | 92FS Inox Lasergrips / Stainless Steel | Pistol | 4.92" | 9mm | 12/18/2014 |
| Beretta | 96 Black Inox / Stainless Steel | Pistol | 4.92" | .40 S&W | 5/22/2015 |
| Beretta | 96 Brigadier / Blue Steel | Pistol | 4.92" | .40 S&W | 12/31/2014 |
| Beretta | 96 Brigadier Inox / Stainless Steel | Pistol | 4.92" | .40 S&W | 12/31/2014 |
| Beretta | 96 Inox / Stainless Steel | Pistol | 4.92" | .40 S&W | 12/31/2014 |
| Beretta | 92FS Type M9A1 / Steel, Alloy | Pistol | 5" | 9mm | 12/14/2014 |
| Beretta | 92G-SD / Stainless Steel, Steel, Alloy | Pistol | 5" | 9mm | 12/14/2014 |
| Beretta | 96G-SD / Stainless Steel, Steel, Alloy | Pistol | 5" | .40 S&W | 1/31/2015 |
| Beretta | 87 Target / Steel, Alloy | Pistol | 5.9" | .22 LR | 3/25/2015 |
| Browning | 1911-22 Compact (Wood Grip) 051803490 / Alloy | Pistol | 3.625" | .22 LR | 2/13/2015 |
| Browning | 1911-22 Compact Plastic Grips 051803490 / Alloy | Pistol | 3.625" | .22 LR | 10/11/2014 |
| Browning | Buck Mark Micro Standard URX SE MS / Steel; Alloy | Pistol | 4" | .22 LR | 9/30/2014 |
| Browning | 1911-22 A1 (Black) Plastic Grips 051802490 / Alloy | Pistol | 4.25" | .22 LR | 11/6/2014 |
| Browning | 1911-22 A1 (Wood Grip) 051802490 / Alloy | Pistol | 4.25" | .22 LR | 2/13/2015 |
| Browning | Hi-Power Blue Adj Sights 0510003493 / Steel | Pistol | 4.66" | 9mm | 7/26/2015 |
| Browning | Hi-Power Blue Fixed Sights 051003393 / Steel | Pistol | 4.66" | 9mm | 7/26/2015 |
| Browning | Hi-Power MKIII Fixed Sights 051001393 / Steel | Pistol | 4.66" | 9mm | 7/2/2015 |
| Browning | HP Standard Adj. Sights / Steel | Pistol | 4.66" | .40 S&W | 10/15/2014 |
| Browning | HP Standard Fixed Sights / Steel | Pistol | 4.66" | .40 S&W | 10/15/2014 |
| Browning | Buck Mark Camper SS URX F/O MS 051442490 / Stainless Steel Slide, Alloy Frame | Pistol | 5.5" | .22 LR | 3/13/2015 |
| Browning | Buck Mark Camper Stnls UFX, Adj. Sgt 051483490 / Stainless Steel; Alloy | Pistol | 5.5" | .22 LR | 1/23/2015 |

| Browning | Buck Mark Camper UFX, Adj. Sights 051482490 / Steel, Alloy | Pistol | 5.5" | .22 LR | 1/23/2015 |
|---|---|---|---|---|---|
| Browning | Buck Mark Contour 5.5 URX SE MS 051421490 / Steel; Alloy | Pistol | 5.5" | .22 LR | 5/10/2015 |
| Browning | Buck Mark FLD Plus Rswd UDX MS SE Adj. Sghts / Steel; Alloy | Pistol | 5.5" | .22 LR | 5/10/2015 |
| Browning | Buck Mark Lite Grey 5.5 FLT URX F/O SE MS / Steel, Alloy | Pistol | 5.5" | .22 LR | 7/7/2014 |
| Browning | Buck Mark Lt Grn 5.5 FLT URX F/O SE MS 051459490 / Steel Slide; Alloy Frame | Pistol | 5.5" | .22 LR | 6/25/2015 |
| Browning | Buck Mark MS NS Practical URX F/O 051446490 / Steel Slide; Alloy Frame | Pistol | 5.5" | .22 LR | 6/25/2015 |
| Browning | Buck Mark Plus Brown LAM UDX SE MS 051428490 / Steel, Alloy | Pistol | 5.5" | .22 LR | 5/10/2015 |
| Browning | Buck Mark Plus SS Black LAM UDX MS 051427490 / Stainless Steel, Alloy | Pistol | 5.5" | .22 LR | 3/31/2015 |
| Browning | Buck Mark Standard SS URX MS 051409490 / Stainless Steel; Alloy | Pistol | 5.5" | .22 LR | 3/31/2015 |
| Browning | Buck Mark Standard URX SE MS 051407490 / Steel; Alloy | Pistol | 5.5" | .22 LR | 5/10/2015 |
| Browning | Buck Mark Lt Grey 7.25 FLT URX F/O SE MS 051461490 / Steel Slide; Alloy Frame | Pistol | 7.25" | .22 LR | 6/25/2015 |
| Charter 2000 (Charter Arms) | 13820 Black (Undercover) / Stainless Steel, Alloy | Revolver | 2" | .38 Spl | 10/5/2014 |
| Charter 2000 (Charter Arms) | 13825 Tiger / Stainless Steel; Alloy | Revolver | 2" | .38 Spl | 4/12/2015 |
| Charter 2000 (Charter Arms) | 53820 Undercover Lite (Aluminum) Std / Aluminum, Stainless Steel | Revolver | 2" | .38 Spl | 7/1/2015 |
| Charter 2000 (Charter Arms) | 53823 Undercover Lite (Red/SS) Std / Aluminum, Stainless Steel | Revolver | 2" | .38 Spl | 7/1/2015 |
| Charter 2000 (Charter Arms) | 53824 Undercover Lite (Red/Blk) Std / Aluminum, Stainless Steel | Revolver | 2" | .38 Spl | 7/1/2015 |
| Charter 2000 (Charter Arms) | 53830 The Pink Lady / Aluminum, Stainless Steel | Revolver | 2" | .38 Spl | 6/17/2015 |
| Charter 2000 (Charter Arms) | 53833 Cougar (Pink/SS) Std / Aluminum, Stainless Steel | Revolver | 2" | .38 Spl | 7/1/2015 |
| Charter 2000 (Charter Arms) | 53838 Undercover Lite (Blk/Silver) Std / Aluminum, Stainless Steel | Revolver | 2" | .38 Spl | 7/1/2015 |
| Charter 2000 (Charter Arms) | 53839 Chic Lady (Pink/Hi Polish SS) Std / Aluminum, Stainless Steel | Revolver | 2" | .38 Spl | 2/6/2015 |
| Charter 2000 (Charter Arms) | 53840 Lavender Lady (Laven/SS) Std / Aluminum, Stainless Steel | Revolver | 2" | .38 Spl | 7/1/2015 |
| Charter 2000 (Charter Arms) | 53844 Shamrock (Green/Blk) Std / Aluminum, Stainless Steel | Revolver | 2" | .38 Spl | 7/1/2015 |
| Charter 2000 (Charter Arms) | 53849 Chic Lady (Lavender) / Aluminum, Stainless Steel | Revolver | 2" | .38 Spl. | 8/20/2015 |
| Charter 2000 (Charter Arms) | 53860 Santa Fe Sky (Turqu/StnStl) Std / Aluminum, Stainless Steel | Revolver | 2" | .38 Spl | 7/1/2015 |
| Charter 2000 (Charter Arms) | 53864 Santa Fe Sky (Turq/Blk) Std / Aluminum, Stainless Steel | Revolver | 2" | .38 Spl | 7/1/2015 |
| Charter 2000 (Charter Arms) | 53870 Undercover Lite (Blk/SS) Std. / Aluminum, Stainless Steel | Revolver | 2" | .38 Spl | 7/1/2015 |
| Charter 2000 (Charter Arms) | 53871 UC Lite / Aluminum; Stainless Steel | Revolver | 2" | .38 Spl | 4/12/2015 |

| Charter 2000 (Charter Arms) | 53873 Panther (Blk/Bronze) Std / Aluminum, Stainless Steel | Revolver | 2" | .38 Spl | 7/1/2015 |
|---|---|---|---|---|---|
| Charter 2000 (Charter Arms) | 53883 Undercover Lite (Bronze/Blk) Std / Aluminum, Stainless Steel | Revolver | 2" | .38 Spl | 7/1/2015 |
| Charter 2000 (Charter Arms) | 53890 Goldfinger (Blk/Gold tone) Std / Aluminum, Stainless Steel | Revolver | 2" | .38 Spl | 7/1/2015 |
| Charter 2000 (Charter Arms) | 73220 / Stainless Steel | Revolver | 2" | .32 Mag | 10/5/2014 |
| Charter 2000 (Charter Arms) | 73820 / Stainless Steel, Alloy | Revolver | 2" | .38 Spl | 10/5/2014 |
| Charter 2000 (Charter Arms) | 14420 Bulldog (Blue) / Stainless, Alloy | Revolver | 2.5" | .44 Spl | 4/18/2015 |
| Charter 2000 (Charter Arms) | 24420 Tiger (Black & Green Stripe) / Stainless, Alloy | Revolver | 2.5" | .44 Spl | 4/18/2015 |
| Charter 2000 (Charter Arms) | 74420 Bulldog (Stnls Stl) / Stainless, Alloy | Revolver | 2.5" | .44 Spl | 4/18/2015 |
| Charter 2000 (Charter Arms) | 74420 Bulldog Pug (Stnls Stl) / 416 Stainless, Alloy | Revolver | 2.5" | .44 Spl | 10/5/2014 |
| Cobra Enterprises | C22LR (Black) / Alloy, Steel | Derringer | 2.4" | .22 LR | 7/17/2015 |
| Cobra Enterprises | C22LR (Chrome) / Alloy | Derringer | 2.4" | .22 LR | 7/17/2015 |
| Cobra Enterprises | C22LR (Majestic Pink) / Alloy, Steel | Derringer | 2.4" | .22 LR | 3/22/2015 |
| Cobra Enterprises | C22LR (Royal Blue) / Alloy, Steel | Derringer | 2.4" | .22 LR | 3/22/2015 |
| Cobra Enterprises | C22LR (Ruby Red) / Alloy, Steel | Derringer | 2.4" | .22 LR | 3/22/2015 |
| Cobra Enterprises | C22M (Blue) / Alloy, Steel | Derringer | 2.4" | .22 Magnum | 5/20/2015 |
| Cobra Enterprises | C22M (Chrome) / Alloy | Derringer | 2.4" | .22 Magnum | 7/17/2015 |
| Cobra Enterprises | C22MPK (Majestic Pink) / Alloy, Steel | Derringer | 2.4" | .22 Magnum | 3/22/2015 |
| Cobra Enterprises | C22MRB (Royal Blue) / Alloy, Steel | Derringer | 2.4" | .22 Magnum | 3/22/2015 |
| Cobra Enterprises | C22MRD (Ruby Red) / Alloy, Steel | Derringer | 2.4" | .22 Magnum | 3/22/2015 |
| Cobra Enterprises | C22MS / Alloy, Steel | Derringer | 2.4" | .22 Magnum | 2/4/2015 |
| Cobra Enterprises | C22S / Alloy, Steel | Derringer | 2.4" | .22 LR | 2/4/2015 |
| Cobra Enterprises | C32 (Chrome) / Alloy, Steel | Derringer | 2.4" | .32 | 9/17/2014 |
| Cobra Enterprises | C32 (Majestic Pink) / Alloy, Steel | Derringer | 2.4" | .32 | 3/22/2015 |
| Cobra Enterprises | C32 (Royal Blue) / Alloy, Steel | Derringer | 2.4" | .32 | 3/22/2015 |
| Cobra Enterprises | C32 (Ruby Red) / Alloy, Steel | Derringer | 2.4" | .32 | 3/22/2015 |
| Cobra Enterprises | C32B / Alloy, Steel | Derringer | 2.4" | .32 ACP | 2/4/2015 |
| Cobra Enterprises | C32S / Alloy, Steel | Derringer | 2.4" | .32 ACP | 2/4/2015 |
| Cobra Enterprises | CB38 (Black) / Steel, Alloy | Derringer | 2.75" | .38 Spl | 9/17/2014 |

| | | | | | |
|---|---|---|---|---|---|
| Cobra Enterprises | CB38 (Chrome) / Steel, Alloy | Derringer | 2.75" | .38 Spl | 5/20/2015 |
| Cobra Enterprises | CB38 (Majestic Pink) / Steel, Alloy | Derringer | 2.75" | .38 Spl | 3/22/2015 |
| Cobra Enterprises | CB38 (Royal Blue) / Steel, Alloy | Derringer | 2.75" | .38 Spl | 3/22/2015 |
| Cobra Enterprises | CB38 (Ruby Red) / Steel, Alloy | Derringer | 2.75" | .38 Spl | 3/22/2015 |
| Cobra Enterprises | CB38 (Satin) / Steel, Alloy | Derringer | 2.75" | .38 Spl | 9/17/2014 |
| Cobra Enterprises | Patriot 45 (Black) / Stainless Steel | Pistol | 3" | .45 ACP | 12/18/2014 |
| Cobra Enterprises | Patriot 45 (Stainless) / Stainless Steel | Pistol | 3" | .45 ACP | 10/28/2014 |
| Cobra Enterprises | S38BB Shadow (Black) / Aluminum | Revolver | 1.85" | .38 Spl | 6/10/2015 |
| Cobra Enterprises | S38CGB Shadow (Gold) / Aluminum | Revolver | 1.85" | .38 Spl | 6/10/2015 |
| Cobra Enterprises | S38PB Shadow (Pink) / Aluminum | Revolver | 1.85" | .38 Spl | 6/10/2015 |
| Cobra Enterprises | S38RBB Shadow (Royal Blue) / Aluminum | Revolver | 1.85" | .38 Spl | 6/10/2015 |
| Cobra Enterprises | S38RDB Shadow (Red) / Aluminum | Revolver | 1.85" | .38 Spl | 6/10/2015 |
| Cobra Enterprises | S38SB Shadow (Titanium Anodized) / Aluminum | Revolver | 1.85" | .38 Spl | 6/10/2015 |
| Colt | O7000D Defender Llwgt Ser 90 / Alloy, Stainless Steel | Pistol | 3" | .45 ACP | 3/11/2015 |
| Colt | O7000D NRA / Alloy; Stainless Steel | Pistol | 3" | .45 ACP | 7/4/2015 |
| Colt | O4012NRA / Stainless Steel | Pistol | 4.25" | .45 ACP | 10/5/2014 |
| Colt | O4012XSE Combat Commander / Stainless Steel (brushed) | Pistol | 4.25" | .45 ACP | 10/30/2014 |
| Colt | O4091U / Stainless Steel | Pistol | 4.25" | .45 ACP | 11/14/2014 |
| Colt | O4691 / Carbon Steel | Pistol | 4.25" | .45 ACP | 11/14/2014 |
| Colt | O1070 NRA / Stainless Steel | Pistol | 5" | .45 ACP | 7/4/2015 |
| Colt | O1070XSE / Stainless Steel | Pistol | 5" | .45 ACP | 5/9/2015 |
| Colt | O1091 M1991A1 Ser 80 (Ame Eagle Old Glory Tribute) / Stainless Steel | Pistol | 5" | .45 ACP | 5/4/2015 |
| Colt | O1091 M1991A1 Ser 80 / Stainless Steel (matte) | Pistol | 5" | .45 ACP | 3/11/2015 |
| Colt | O1091Z (West Point 2013) / Stainless Steel | Pistol | 5" | .45 ACP | 7/4/2014 |
| Colt | O1980XSE / Carbon Steel (blue) | Pistol | 5" | .45 ACP | 2/9/2015 |
| Colt | O1991 M1991A1 Ser 80 (Matte Blue) / Steel (matte blue) | Pistol | 5" | .45 ACP | 3/11/2015 |
| Colt | O1991AR (2nd Amend Founding Fathers Museum) / Blue Steel | Pistol | 5" | .45 ACP | 2/4/2015 |
| Colt | O1991AR (2nd Amend Founding Fathers) / Blue Steel | Pistol | 5" | .45 ACP | 2/4/2015 |
| Colt | O1991AR (American Eagle) America Remembers / Blue Steel | Pistol | 5" | .45 ACP | 8/20/2014 |
| Colt | O1991AR (Armed Forces Golden Tribute) / Blue Steel | Pistol | 5" | .45 ACP | 3/4/2015 |

A000007
7/1/2014

SER0084

| Colt | O1991AR (Centennial Anniversary) America Remembers / Blue Steel | Pistol | 5" | .45 ACP | 6/14/2015 |
|------|------|------|------|------|------|
| Colt | O1991AR (Devil Dog) America Remembers / Blue Steel | Pistol | 5" | .45 ACP | 8/20/2014 |
| Colt | O1991AR (Elvis Presley) America Remembers / Blue Steel | Pistol | 5" | .45 ACP | 10/31/2014 |
| Colt | O1991AR (George S. Patton Tribute) / Blue Steel | Pistol | 5" | .45 ACP | 3/4/2015 |
| Colt | O1991AR (John Wayne Tribute) / Blue Steel | Pistol | 5" | .45 ACP | 5/2/2015 |
| Colt | O1991AR (Rampant Colt Tribute) / Blue Steel | Pistol | 5" | .45 ACP | 5/9/2015 |
| Colt | O1991AR (Saluting America's Armed Forces) / Blue Steel | Pistol | 5" | .45 ACP | 3/4/2015 |
| Colt | O1991AR (Texas Tribute) / Blue Steel | Pistol | 5" | .45 ACP | 5/2/2015 |
| Colt | O1991AR (VFWDefenders of Freedom)America Remembers / Blue Steel | Pistol | 5" | .45 ACP | 8/20/2014 |
| Colt | O1991AR (Vietnam War Tribute) / Blue Steel | Pistol | 5" | .45 ACP | 2/4/2015 |
| Colt | O1991AR (We the People) / Blue Steel | Pistol | 5" | .45 ACP | 7/4/2014 |
| Colt | O1991AR Custom M1991A1 (America Remembers) / Blue Steel | Pistol | 5" | .45 ACP | 11/8/2014 |
| Colt | O1991Z (West Point 2013) / Steel | Pistol | 5" | .45 ACP | 7/4/2014 |
| Colt | O1991Z Custom M1991 A1 (America Remembers) / Steel | Pistol | 5" | .45 ACP | 9/8/2014 |
| Colt | I3060CS Python (silver) / Stainless Steel | Revolver | 6" | .357 Magnum | 7/24/2015 |
| CZ USA (Ceska Zbrojovka Fox) | CZ 2075 RAMI / Steel, Alloy | Pistol | 3" | 9mm | 5/12/2015 |
| CZ USA (Ceska Zbrojovka Fox) | CZ 2075 RAMI / Steel, Alloy | Pistol | 3.0" | .40 S&W | 7/13/2014 |
| CZ USA (Ceska Zbrojovka Fox) | CZ 75 D (Black) 01194 / Alloy | Pistol | 3.763" | 9mm | 12/31/2014 |
| CZ USA (Ceska Zbrojovka Fox) | CZ 75 Compact (Black) 01190 / Steel | Pistol | 3.765" | 9mm | 12/31/2014 |
| CZ USA (Ceska Zbrojovka Fox) | 83 (Glossy Blue) 01301 / Steel | Pistol | 3.81" | .380 | 6/10/2015 |
| CZ USA (Ceska Zbrojovka Fox) | CZ 75 P-01 01199 / Steel, Alloy | Pistol | 3.88" | 9mm | 2/26/2015 |
| CZ USA (Ceska Zbrojovka Fox) | 75 Compact / Steel | Pistol | 3.9" | .40 S&W | 10/31/2014 |
| CZ USA (Ceska Zbrojovka Fox) | 40 B (Black) 01700 / Steel, Alloy | Pistol | 4.37" | .40 S&W | 5/1/2015 |
| CZ USA (Ceska Zbrojovka Fox) | CZ 75B (Black) 01120 / Steel | Pistol | 4.58" | .40 S&W | 12/31/2014 |
| CZ USA (Ceska Zbrojovka Fox) | CZ 75 B (Black) 01102 / Steel | Pistol | 4.593" | 9mm | 12/31/2014 |
| CZ USA (Ceska Zbrojovka Fox) | CZ 75 B SA (Black) 01150 / Steel | Pistol | 4.593" | 9mm | 12/31/2014 |
| CZ USA (Ceska Zbrojovka Fox) | CZ 97 B (Black) 01401 / Steel | Pistol | 4.658" | .45 ACP | 12/31/2014 |
| CZ USA (Ceska Zbrojovka Fox) | 75 BD (Black) 01130 / Steel | Pistol | 4.687" | 9mm | 3/5/2015 |

| | | | | | |
|---|---|---|---|---|---|
| CZ USA (Ceska Zbrojovka Fox) | 75 SA (Black) 01151 / Steel | Pistol | 4.692" | .40 S&W | 5/13/2015 |
| CZ USA (Ceska Zbrojovka Fox) | CZ 75 SP-01 01152 / Steel, Poly | Pistol | 4.7" | 9mm | 1/31/2015 |
| CZ USA (Ceska Zbrojovka Fox) | CZ 75 Tactical 01100 / Steel | Pistol | 4.72" | 9mm | 5/9/2015 |
| CZ USA (Ceska Zbrojovka Fox) | CZ 75 TS / Steel, Alloy, Poly Trigger | Pistol | 5.215" | .40 S&W | 1/31/2015 |
| CZ USA (Ceska Zbrojovka Fox) | CZ 75 TS / Steel, Alloy, Poly Trigger | Pistol | 5.215" | 9mm | 1/31/2015 |
| Dan Wesson | Commander Classic Bobtail / Stainless Steel | Pistol | 4.3" | .45 ACP | 1/31/2015 |
| Dan Wesson | PM7 (Stainless) / Stainless Steel | Pistol | 5" | .45 ACP | 1/31/2015 |
| Ed Brown Products | KC-SS-CAL2 (Gray) / Stainless Steel | Pistol | 4.25" | .45 ACP | 11/21/2014 |
| Ed Brown Products | ET-BB-CAL2 (Black) / Carbon Steel | Pistol | 5" | .45 ACP | 11/21/2014 |
| Ed Brown Products | SF-BB-CAL2 (Black) / Carbon Steel | Pistol | 5" | .45 ACP | 11/21/2014 |
| Entreprise Arms | Elite P500 / 4140 Steel | Pistol | 5" | .45 Auto | 1/23/2015 |
| Entreprise Arms | Medalist P500 / 4140 Steel | Pistol | 5" | .45 Auto | 1/23/2015 |
| Entreprise Arms | Tactical P500 / 4140 Steel | Pistol | 5" | .45 Auto | 1/23/2015 |
| European American Armory | Windicator/EARB38 / Steel, Alloy | Revolver | 2" | .38 Spl | 7/10/2015 |
| Excel Arms (Accu-Tek) | Excel Arms MP-22 / Stainless Steel, Polymer | Pistol | 8.5" | .22 WMR | 4/27/2015 |
| Fabrique Nationale | FNP-40 / Steel, Polymer | Pistol | 4" | .40 S&W | 12/8/2014 |
| Fabrique Nationale | FNP-40 Stainless / Steel, Polymer | Pistol | 4" | .40 S&W | 3/13/2015 |
| Fabrique Nationale | FNP-9 (Stainless Slide/Black Frame) / Steel, Polymer | Pistol | 4" | 9mm | 3/13/2015 |
| Fabrique Nationale | FNP-9 (Stnls. Matte Black) / Steel, Polymer | Pistol | 4" | 9mm | 11/12/2014 |
| Fabrique Nationale | FN HP-SA / Steel | Pistol | 4.5" | .40 S&W | 3/13/2015 |
| Fabrique Nationale | FN HP-SA 40 (Polished Blue) / Steel | Pistol | 4.5" | .40 S&W | 11/19/2014 |
| Fabrique Nationale | FN HP-SFS 40 (Polished Blue) / Steel | Pistol | 4.6" | .40 S&W | 11/19/2014 |
| Fabrique Nationale | HP-SFS 40 (Matte Black) / Steel | Pistol | 4.6" | .40 S&W | 11/12/2014 |
| Fabrique Nationale | FN HP-SA / Steel | Pistol | 4.66" | 9mm | 3/13/2015 |
| Fabrique Nationale | FN 5.7 I.O.M. (Matte Black) / Steel, Polymer | Pistol | 4.75" | 5.7x28mm | 3/23/2015 |
| Fabrique Nationale | FN 5.7 U.S.G. (Matte Black) / Steel, Polymer | Pistol | 4.75" | 5.7x28mm | 4/12/2015 |
| Fabrique Nationale | FN Five-seveN (Flat Dark Earth) / Steel, Polymer | Pistol | 4.75" | 5.7x28mm | 8/29/2015 |
| Fabrique Nationale | FN Five-seveN / Steel, Polymer | Pistol | 4.75" | 5.7x28mm | 7/4/2015 |
| Firestorm (Gabilondo) | Firestorm 380 / 4140 Steel, Alloy | Pistol | 3.5" | .380 ACP | 2/22/2015 |
| FMK Firearms | 9C1 Gen II (Black) / Alloy, Polymer | Pistol | 3.87" | 9mm | 6/16/2015 |

A000009
7/1/2014

SER0086

| FMK Firearms | 9C1 Gen II (Front Sight) / Alloy; Polymer | Pistol | 3.87" | 9mm | 11/6/2014 |
|---|---|---|---|---|---|
| FMK Firearms | 9C1 Gen II (Pink) / Alloy; Polymer | Pistol | 3.87" | 9mm | 10/3/2014 |
| FMK Firearms | 9C1 Gen II (Tan) / Alloy; Polymer | Pistol | 3.87" | 9mm | 10/3/2014 |
| FMK Firearms | 9C1 (Black) / Polymer Frame; Steel Slide | Pistol | 4" | 9mm | 10/14/2014 |
| German Sport Guns (GSG) | GSG-922CA / Zamak-5 zinc alloy; machined aluminum | Pistol | 3.5" | .22 LR HV | 7/4/2014 |
| German Sport Guns (GSG) | GSG1911 CA (Black) / Aluminum Slide & Frame; Steel | Pistol | 5" | .22 LR | 4/26/2015 |
| Glock | 26 / Steel, Polymer | Pistol | 3.46" | 9mm | 12/31/2014 |
| Glock | 26 OD / Steel, Polymer | Pistol | 3.46" | 9mm | 12/22/2014 |
| Glock | 27 / Steel, Polymer | Pistol | 3.46" | .40 S&W | 12/31/2014 |
| Glock | 27 OD / Steel, Polymer | Pistol | 3.46" | .40 S&W | 11/1/2014 |
| Glock | 33 / Steel, Polymer | Pistol | 3.46" | .357 SIG | 12/31/2014 |
| Glock | 33 OD / Steel, Polymer | Pistol | 3.46" | .357 SIG | 11/16/2014 |
| Glock | 39 / Steel, Polymer | Pistol | 3.46" | .45 GAP | 7/13/2015 |
| Glock | 39 OD / Steel, Polymer | Pistol | 3.46" | .45 GAP | 2/27/2015 |
| Glock | 29 / Steel, Polymer | Pistol | 3.78" | 10mm | 4/4/2015 |
| Glock | 29 OD / Steel, Polymer | Pistol | 3.78" | 10mm | 11/1/2014 |
| Glock | 29SF (Black) / Steel, Polymer | Pistol | 3.78" | 10mm | 12/30/2014 |
| Glock | 30 / Steel, Polymer | Pistol | 3.78" | .45 ACP | 12/31/2014 |
| Glock | 30 OD / Steel, Polymer | Pistol | 3.78" | .45 ACP | 11/1/2014 |
| Glock | 30SF / Steel, Polymer | Pistol | 3.78" | .45 ACP | 4/21/2015 |
| Glock | 36 / Steel, Polymer | Pistol | 3.78" | .45 ACP | 12/31/2014 |
| Glock | 36 OD / Steel, Polymer | Pistol | 3.78" | .45 ACP | 11/1/2014 |
| Glock | 19 / Steel, Polymer | Pistol | 4.02" | 9mm | 12/31/2014 |
| Glock | 19 OD / Steel, Polymer | Pistol | 4.02" | 9mm | 11/16/2014 |
| Glock | 19C / Steel, Polymer | Pistol | 4.02" | 9mm | 6/4/2015 |
| Glock | 23 / Steel, Polymer | Pistol | 4.02" | .40 S&W | 12/31/2014 |
| Glock | 23 OD / Steel, Polymer | Pistol | 4.02" | .40 S&W | 4/25/2015 |
| Glock | 23C / Steel, Polymer | Pistol | 4.02" | .40 S&W | 3/6/2015 |
| Glock | 32 / Steel, Polymer | Pistol | 4.02" | .357 SIG | 12/31/2014 |
| Glock | 32 OD / Steel, Polymer | Pistol | 4.02" | .357 SIG | 11/1/2014 |
| Glock | 32C / Steel, Polymer | Pistol | 4.02" | .357 SIG | 4/17/2015 |
| Glock | 38 / Steel, Polymer | Pistol | 4.02" | .45 GAP | 7/13/2015 |
| Glock | 38 OD / Steel, Polymer | Pistol | 4.02" | .45 GAP | 1/17/2015 |
| Glock | 17 / Steel, Polymer | Pistol | 4.49" | 9mm | 12/31/2014 |
| Glock | 17 OD / Steel, Polymer | Pistol | 4.49" | 9mm | 11/1/2014 |
| Glock | 17C / Steel, Polymer | Pistol | 4.49" | 9mm | 1/9/2015 |
| Glock | 17RTF2 (Black) / Steel, Polymer | Pistol | 4.49" | 9mm | 7/2/2015 |
| Glock | 22 - FBI 100 Yr. Commemorative (Blk) / Steel, Polymer | Pistol | 4.49" | .40 S&W | 1/29/2015 |
| Glock | 22 / Steel, Polymer | Pistol | 4.49" | .40 S&W | 12/31/2014 |
| Glock | 22 C / Steel, Polymer | Pistol | 4.49" | .40 S&W | 2/13/2015 |
| Glock | 22 OD / Steel, Polymer | Pistol | 4.49" | .40 S&W | 11/16/2014 |
| Glock | 22RTF2 (Black) / Steel, Polymer | Pistol | 4.49" | .40 S&W | 12/30/2014 |
| Glock | 31 / Steel, Polymer | Pistol | 4.49" | .357 SIG | 12/31/2014 |

A000010
7/1/2014

SER0087

| Glock | 31 OD / Steel, Polymer | Pistol | 4.49" | .357 SIG | 4/25/2015 |
|---|---|---|---|---|---|
| Glock | 31C / Steel, Polymer | Pistol | 4.49" | .357 SIG | 4/17/2015 |
| Glock | G-37 / Steel, Polymer | Pistol | 4.49" | .45 GAP | 1/27/2015 |
| Glock | G-37 OD / Steel, Polymer | Pistol | 4.49" | .45 GAP | 11/1/2014 |
| Glock | 20 / Steel, Polymer | Pistol | 4.60" | 10mm | 12/31/2014 |
| Glock | 20 OD / Steel, Polymer | Pistol | 4.60" | 10mm | 12/22/2014 |
| Glock | 20C / Steel, Polymer | Pistol | 4.60" | 10mm | 1/9/2015 |
| Glock | 20SF (Black) / Steel, Polymer | Pistol | 4.60" | 10mm | 12/30/2014 |
| Glock | 21 / Steel, Polymer | Pistol | 4.60" | .45 ACP | 12/31/2014 |
| Glock | 21 OD / Steel, Polymer | Pistol | 4.60" | .45 ACP | 12/22/2014 |
| Glock | 21C / Steel, Polymer | Pistol | 4.60" | .45 ACP | 2/1/2015 |
| Glock | 21SF-STD / Steel, Polymer | Pistol | 4.61" | .45 ACP | 6/14/2015 |
| Glock | 34 / Steel, Polymer | Pistol | 5.32" | 9mm | 2/1/2015 |
| Glock | 34 OD / Steel, Polymer | Pistol | 5.32" | 9mm | 2/14/2015 |
| Glock | 35 / Steel, Polymer | Pistol | 5.32" | .40 S&W | 12/31/2014 |
| Glock | 35 OD / Steel, Polymer | Pistol | 5.32" | .40 S&W | 11/16/2014 |
| Guncrafter Industries, LLC | No. 1 / Steel | Pistol | 5" | .50 GI | 12/29/2014 |
| Guncrafter Industries, LLC | No. 2 / Steel | Pistol | 5" | .50 GI | 12/29/2014 |
| Heckler & Koch | P2000SK-V2 / Steel, Polymer | Pistol | 3.28" | .40 S&W | 6/9/2015 |
| Heckler & Koch | P2000SK-V2 / Steel, Polymer | Pistol | 3.28" | 9mm | 6/9/2015 |
| Heckler & Koch | P2000 SK-V3 / Steel, Polymer | Pistol | 3.3" | .40 S&W | 10/24/2014 |
| Heckler & Koch | P2000 SK-V3 / Steel, Polymer | Pistol | 3.3" | 9mm | 3/6/2015 |
| Heckler & Koch | Comp USP40 V1 / Steel, Polymer | Pistol | 3.58" | .40 S&W | 12/31/2014 |
| Heckler & Koch | Comp USP9 V1 / Steel, Polymer | Pistol | 3.58" | 9mm | 12/31/2014 |
| Heckler & Koch | USP Comp 40 Stnls V1 / Stainless Steel, Polymer | Pistol | 3.58" | .40 S&W | 4/20/2015 |
| Heckler & Koch | USP Comp 9 Stnls V1 / Stainless Steel, Polymer | Pistol | 3.58" | 9mm | 4/20/2015 |
| Heckler & Koch | USP40C-LEM / Steel, Polymer | Pistol | 3.58" | .40 S&W | 2/20/2015 |
| Heckler & Koch | P2000-V3 / Steel, Polymer | Pistol | 3.65" | 9mm | 5/10/2015 |
| Heckler & Koch | P2000-V2 / Steel, Polymer | Pistol | 3.66" | .40 S&W | 6/9/2015 |
| Heckler & Koch | P2000-V2 / Steel, Polymer | Pistol | 3.66" | 9mm | 2/2/2015 |
| Heckler & Koch | P2000-V3 / Steel, Polymer | Pistol | 3.77" | .40 S&W | 5/10/2015 |
| Heckler & Koch | Comp USP45 V1 / Steel, Polymer | Pistol | 3.8" | .45 ACP | 12/31/2014 |
| Heckler & Koch | USP Comp 45 Stnls V1 / Stainless Steel, Polymer | Pistol | 3.80" | .45 ACP | 4/20/2015 |
| Heckler & Koch | USP V7 / Steel, Polymer | Pistol | 4.25" | 9mm | 3/6/2015 |
| Heckler & Koch | USP40, V1 / Steel, Polymer | Pistol | 4.25" | .40 S&W | 12/31/2014 |
| Heckler & Koch | USP9, V1 / Steel, Polymer | Pistol | 4.25" | 9mm | 12/31/2014 |
| Heckler & Koch | USP45, V1 / Steel, Polymer | Pistol | 4.41" | .45 ACP | 12/31/2014 |
| Heckler & Koch | USP 40 Exp.V9 / Steel, Polymer | Pistol | 5.20" | .40 S&W | 12/31/2014 |
| Heckler & Koch | USP 45 Exp.V1 / Steel, Polymer | Pistol | 5.20" | .45 ACP | 12/31/2014 |
| Heckler & Koch | USP 45 Elite / Steel, Polymer | Pistol | 6.2" | .45 ACP | 5/10/2015 |
| Hi Point | C9 / Polymer, Zinc Alloy, Chrome Moly | Pistol | 3.5" | 9mm | 10/11/2014 |
| Hi Point | CF380 / Alloy, Zinc, 4130 Barrel | Pistol | 3.5" | .380 ACP | 10/11/2014 |
| ISSC | M22 (Blk) - LSI / Alloy, Polymer | Pistol | 4" | .22 LR | 3/26/2015 |

A000011
7/1/2014

SER0088

| ISSC | M22 (Blk/Desert Sand) - LSI / Alloy; Polymer | Pistol | 4" | .22 LR | 3/26/2015 |
|---|---|---|---|---|---|
| ISSC | M22 (Blk/OD Green) - LSI / Alloy; Polymer | Pistol | 4" | .22 LR | 3/26/2015 |
| ISSC | M22 (Blk/Pink) - LSI / Alloy; Polymer | Pistol | 4" | .22 LR | 3/26/2015 |
| Kahr Arms | P380 (KP38233/KP38233N) / Polymer Frame; Stainless Steel Slide | Pistol | 2.5" | .380 ACP | 2/18/2015 |
| Kahr Arms | M4043A / Stainless Steel | Pistol | 3" | .40 S&W | 8/14/2015 |
| Kahr Arms | M4043NA / Stainless Steel | Pistol | 3" | .40 S&W | 8/14/2015 |
| Kahr Arms | M4048A / Stainless Steel | Pistol | 3" | .40 S&W | 9/5/2015 |
| Kahr Arms | M4048NA / Stainless Steel | Pistol | 3" | .40 S&W | 9/5/2015 |
| Kahr Arms | M9093A / Stainless Steel | Pistol | 3" | 9mm | 4/17/2015 |
| Kahr Arms | M9093NA / Stainless Steel | Pistol | 3" | 9mm | 4/17/2015 |
| Kahr Arms | M9098A / Stainless Steel | Pistol | 3" | 9mm | 6/16/2015 |
| Kahr Arms | M9098NA / Stainless Steel | Pistol | 3" | 9mm | 6/16/2015 |
| Kahr Arms | PM4043 / Stainless Steel, Polymer | Pistol | 3" | .40 S&W | 1/14/2015 |
| Kahr Arms | PM4043N / Stainless Steel, Polymer | Pistol | 3" | .40 S&W | 1/5/2015 |
| Kahr Arms | PM4044 / Stainless Steel, Polymer | Pistol | 3" | .40 S&W | 9/6/2015 |
| Kahr Arms | PM9093A / Stainless Steel, Polymer | Pistol | 3" | 9mm | 6/23/2015 |
| Kahr Arms | PM9093NA / Stainless Steel, Polymer | Pistol | 3" | 9mm | 6/23/2015 |
| Kahr Arms | PM9094A / Stainless Steel, Polymer | Pistol | 3" | 9mm | 8/5/2015 |
| Kahr Arms | PM9094NA / Stainless Steel, Polymer | Pistol | 3" | 9mm | 8/5/2015 |
| Kahr Arms | CW9093 / Stainless Steel, Polymer | Pistol | 3.5" | 9mm | 1/14/2015 |
| Kahr Arms | K4043A / Stainless Steel | Pistol | 3.5" | .40 S&W | 2/26/2015 |
| Kahr Arms | K4043NA / Stainless Steel | Pistol | 3.5" | .40 S&W | 2/26/2015 |
| Kahr Arms | K4048A / Stainless Steel | Pistol | 3.5" | .40 S&W | 4/4/2015 |
| Kahr Arms | K4048NA / Stainless Steel | Pistol | 3.5" | .40 S&W | 4/4/2015 |
| Kahr Arms | K9093A / Stainless Steel | Pistol | 3.5" | 9mm | 2/26/2015 |
| Kahr Arms | K9093NA / Stainless Steel | Pistol | 3.5" | 9mm | 2/26/2015 |
| Kahr Arms | K9098A / Stainless Steel | Pistol | 3.5" | 9mm | 4/4/2015 |
| Kahr Arms | K9098NA / Stainless Steel | Pistol | 3.5" | 9mm | 4/4/2015 |
| Kahr Arms | KP4543 / Stainless Steel, Polymer | Pistol | 3.5" | .45 ACP | 2/6/2015 |
| Kahr Arms | KP4543N / Stainless Steel, Polymer | Pistol | 3.5" | .45 ACP | 2/6/2015 |
| Kahr Arms | KP4544 / Stainless Steel, Polymer | Pistol | 3.5" | .45 ACP | 9/6/2015 |
| Kahr Arms | KP9093A / Stainless Steel, Polymer | Pistol | 3.5" | 9mm | 3/15/2015 |
| Kahr Arms | KP9093NA / Stainless Steel, Polymer | Pistol | 3.5" | 9mm | 3/15/2015 |
| Kahr Arms | KP9094A / Stainless Steel, Polymer | Pistol | 3.5" | 9mm | 10/14/2014 |
| Kahr Arms | KP9094NA / Stainless Steel, Polymer | Pistol | 3.5" | 9mm | 10/14/2014 |
| Kahr Arms | KP4043 / Stainless Steel, Polymer | Pistol | 3.54" | .40 S&W | 6/30/2015 |
| Kahr Arms | KP4043N / Stainless Steel, Polymer | Pistol | 3.54" | .40 S&W | 6/30/2015 |
| Kahr Arms | KP4044 / Stainless Steel, Polymer | Pistol | 3.54" | .40 S&W | 7/29/2015 |
| Kahr Arms | KP4044N / Stainless Steel, Polymer | Pistol | 3.54" | .40 S&W | 7/29/2015 |
| Kimber | Eclipse Ultra II / Stainless Steel | Pistol | 3" | .45 ACP | 3/21/2015 |
| Kimber | Stnls Ultra Carry II / Stainless Steel, Alum. Alloy | Pistol | 3" | .45 ACP | 12/31/2014 |

| Kimber | Stnls Ultra Carry II Freedom Defender / Stainless Steel, Alum. Alloy | Pistol | 3" | .45 ACP | 2/12/2015 |
| Kimber | Ult Carry II / Blue Steel, Alum. Alloy | Pistol | 3" | .45 ACP | 12/31/2014 |
| Kimber | Ultra CDP II / Stainless Steel, Alum. Alloy | Pistol | 3" | .45 ACP | 1/18/2015 |
| Kimber | Ultra Covert II / Steel, Aluminum Alloy | Pistol | 3" | .45 ACP | 6/10/2015 |
| Kimber | Ultra Raptor II / Blue Steel, Alum. Alloy | Pistol | 3" | .45 ACP | 12/29/2014 |
| Kimber | Comp. Stnls II / Stainless Steel | Pistol | 4" | .45 ACP | 12/31/2014 |
| Kimber | Compact CDP II / Stainless Steel, Alum. Alloy | Pistol | 4" | .45 ACP | 1/18/2015 |
| Kimber | Eclipse Pro II / Stainless Steel | Pistol | 4" | .45 ACP | 3/21/2015 |
| Kimber | Eclipse Pro Target II / Stainless Steel | Pistol | 4" | .45 ACP | 6/11/2015 |
| Kimber | Pro Carry HD II / Stainless Steel | Pistol | 4" | .45 ACP | 12/31/2014 |
| Kimber | Pro Carry HDII Super / Stainless Steel | Pistol | 4" | .38 Super | 4/8/2015 |
| Kimber | Pro Carry II / Blue Steel, Aluminum | Pistol | 4" | .45 ACP | 12/31/2014 |
| Kimber | Pro CDP II / Stainless Steel, Alum. Alloy | Pistol | 4" | .45 ACP | 1/18/2015 |
| Kimber | Pro Tactical II / Blue Steel, Aluminum | Pistol | 4" | .45 ACP | 7/17/2014 |
| Kimber | Stnls Pro Carry II / Stainless Steel, Alum. Alloy | Pistol | 4" | .45 ACP | 12/31/2014 |
| Kimber | Custom CDP II / Stainless Steel, Alloy | Pistol | 5" | .45 ACP | 1/29/2015 |
| Kimber | Custom II (NRA Freedom Warrior) / Steel | Pistol | 5" | .45 ACP | 4/9/2015 |
| Kimber | Custom II / Blue Steel | Pistol | 5" | .45 ACP | 1/18/2015 |
| Kimber | Custom Target II / Blue Steel | Pistol | 5" | .45 ACP | 12/31/2014 |
| Kimber | Custom TLE II / Blue Steel | Pistol | 5" | .45 ACP | 11/13/2014 |
| Kimber | Custom TLE/RL II (3200139) / Blue Steel | Pistol | 5" | .45 ACP | 12/19/2014 |
| Kimber | Eclipse Custom II / Stainless Steel | Pistol | 5" | .45 ACP | 3/21/2015 |
| Kimber | Eclipse Custom II / Stainless Steel | Pistol | 5" | 10mm | 10/31/2014 |
| Kimber | Eclipse Target II / Stainless Steel | Pistol | 5" | .45 ACP | 3/21/2015 |
| Kimber | Gold Combat II / Stainless | Pistol | 5" | .45 ACP | 2/19/2015 |
| Kimber | Gold Combat Stnls II / Stainless Steel | Pistol | 5" | .45 ACP | 2/22/2015 |
| Kimber | Gold Match II / Blue Steel | Pistol | 5" | .45 ACP | 1/18/2015 |
| Kimber | Raptor II / Blue Steel | Pistol | 5" | .45 ACP | 12/29/2014 |
| Kimber | Rimfire Super / Lightweight Alloy | Pistol | 5" | .22 LR | 11/8/2014 |
| Kimber | Rimfire Target II Black / Lightweight Alloy | Pistol | 5" | .22 LR | 9/8/2014 |
| Kimber | Rimfire Target Silver / Lightweight Alloy | Pistol | 5" | .22 LR | 8/27/2014 |
| Kimber | Royal II / Blue Steel | Pistol | 5" | .45 ACP | 12/31/2014 |
| Kimber | Stainless Gold Match II / Stainless Steel | Pistol | 5" | .45 ACP | 1/18/2015 |
| Kimber | Stainless II / Stainless Steel | Pistol | 5" | .45 ACP | 1/18/2015 |
| Kimber | Stainless Raptor II / Stainless Steel | Pistol | 5" | .45 ACP | 6/10/2015 |

A000013
7/1/2014

SER0090

| | | | | | |
|---|---|---|---|---|---|
| Kimber | Stainless Target 10mm II / Stainless Steel | Pistol | 5" | 10mm | 10/14/2014 |
| Kimber | Stainless Target 9mm II / Stainless Steel | Pistol | 5" | 9mm | 10/14/2014 |
| Kimber | Stainless TLE II / Stainless Steel | Pistol | 5" | .45 ACP | 12/29/2014 |
| Kimber | Stainless TLE/RL II (3200140) / Stainless Steel | Pistol | 5" | .45 ACP | 12/19/2014 |
| Kimber | Stnls Target II / Stainless Steel | Pistol | 5" | .45 ACP | 12/31/2014 |
| Kimber | Super Match II / Stainless Steel | Pistol | 5" | .45 ACP | 3/7/2015 |
| Kimber | Tactical Custom II (3200137) / Blue Steel | Pistol | 5" | .45 ACP | 12/19/2014 |
| Kimber | Team Match II / Stainless Steel | Pistol | 5" | .45 ACP | 12/29/2014 |
| Kimber | Warrior II / Blue Steel | Pistol | 5" | .45 ACP | 12/29/2014 |
| Les Baer | Concept I (1.5" Group) / Steel | Pistol | 5" | .45 ACP | 10/30/2014 |
| Les Baer | Concept I / Steel | Pistol | 5" | .45 ACP | 10/30/2014 |
| Les Baer | Concept II (1.5" Group) / Steel | Pistol | 5" | .45 ACP | 10/30/2014 |
| Les Baer | Concept II / Steel | Pistol | 5" | .45 ACP | 10/30/2014 |
| Les Baer | Custom Carry (1.5" Group) / Steel | Pistol | 5" | .45 ACP | 10/25/2014 |
| Les Baer | Custom Carry (Blue) / Steel | Pistol | 5" | .45 ACP | 10/25/2014 |
| Les Baer | DCM National Match Hardball 5" / Carbon Steel | Pistol | 5" | .45 ACP | 9/12/2015 |
| Les Baer | PPC Distinguished (1.5" Group) / Steel | Pistol | 5" | .45 ACP | 10/30/2014 |
| Les Baer | PPC Distinguished / Steel | Pistol | 5" | .45 ACP | 10/30/2014 |
| Les Baer | Premier II (1.5" Group) / Steel | Pistol | 5" | .45 ACP | 10/30/2014 |
| Les Baer | Premier II / Steel | Pistol | 5" | .45 ACP | 10/30/2014 |
| Les Baer | S.R.P. (1.5" Group) / Steel | Pistol | 5" | .45 ACP | 10/30/2014 |
| Les Baer | S.R.P. / Steel | Pistol | 5" | .45 ACP | 10/30/2014 |
| Les Baer | Super Tac (1.5" Group) / Steel | Pistol | 5" | .45 ACP | 10/30/2014 |
| Les Baer | Super Tac / Steel | Pistol | 5" | .45 ACP | 10/30/2014 |
| Les Baer | Thunder Ranch (1.5" Group) / Steel | Pistol | 5" | .45 ACP | 11/14/2014 |
| Les Baer | Thunder Ranch / Steel | Pistol | 5" | .45 ACP | 11/14/2014 |
| Les Baer | Ultimate Master Combat (1.5" Group) / Steel | Pistol | 5" | .45 ACP | 10/30/2014 |
| Les Baer | Ultimate Master Combat / Steel | Pistol | 5" | .45 ACP | 10/30/2014 |
| Magnum Research | DE44CA (Black) / Steel | Pistol | 6" | .44 Magnum | 12/19/2014 |
| Magnum Research | DE44CA BC / Steel | Pistol | 6" | .44 Magnum | 6/11/2015 |
| Nighthawk Custom | Predator II (Black/Blue) / Steel | Pistol | 4" | .45 ACP | 12/29/2014 |
| Nighthawk Custom | Predator II (Black/Sniper Gray) / Steel | Pistol | 4" | .45 ACP | 12/29/2014 |
| Nighthawk Custom | Predator II (Blued) / Steel | Pistol | 4" | .45 ACP | 5/30/2015 |
| Nighthawk Custom | T3 / Steel | Pistol | 4.25" | .45 ACP | 4/21/2015 |
| Nighthawk Custom | Talon II (Blued) / Steel | Pistol | 4.25" | .45 ACP | 10/21/2014 |
| Nighthawk Custom | Talon III (Black/Blue) / Steel | Pistol | 4.25" | .45 ACP | 12/29/2014 |

A000014
7/1/2014

SER0091

| Nighthawk Custom | Talon III (Black/Sniper Gray) / Steel | Pistol | 4.25" | .45 ACP | 12/29/2014 |
|---|---|---|---|---|---|
| Nighthawk Custom | Talon III (Blued) / Steel | Pistol | 4.25" | .45 ACP | 5/30/2015 |
| Nighthawk Custom | Predator III (Black/Sniper Gray) / Steel | Pistol | 4.33" | .45 Auto | 11/1/2014 |
| Nighthawk Custom | Predator III (Black/Titanium Blue) / Steel | Pistol | 4.33" | .45 Auto | 11/1/2014 |
| Nighthawk Custom | Predator III-T / Steel | Pistol | 4.33" | .45 Auto | 10/21/2014 |
| Nighthawk Custom | GRP / Steel | Pistol | 5" | .45 ACP | 10/21/2014 |
| Nighthawk Custom | GRP RECON / Steel | Pistol | 5" | .45 ACP | 11/29/2014 |
| Nighthawk Custom | Predator (Blue) / Steel | Pistol | 5" | .45 ACP | 10/21/2014 |
| Nighthawk Custom | Predator (Sniper Gray) / Steel | Pistol | 5" | .45 ACP | 10/21/2014 |
| Nighthawk Custom | Predator / Steel | Pistol | 5" | .45 ACP | 10/4/2014 |
| Nighthawk Custom | Talon (Black) / Steel | Pistol | 5" | .45 ACP | 10/4/2014 |
| Nighthawk Custom | Talon (Blue) / Steel | Pistol | 5" | .45 ACP | 10/21/2014 |
| Nighthawk Custom | Talon (Chrome Plating) / Steel | Pistol | 5" | .45 ACP | 11/13/2014 |
| Nighthawk Custom | Talon (Sniper Gray) / Steel | Pistol | 5" | .45 ACP | 10/21/2014 |
| Nighthawk Custom | Talon II (Black/Sniper Gray) / Steel | Pistol | 5" | .45 ACP | 11/1/2014 |
| Nighthawk Custom | Talon II (Black/Titanium Blue) / Steel | Pistol | 5" | .45 ACP | 11/1/2014 |
| North American Arms | NAA-22LR / Stainless Steel | Revolver | 1.125" | .22 LR | 1/24/2015 |
| North American Arms | NAA-22MS / Stainless Steel | Revolver | 1.125" | .22 Magnum | 1/24/2015 |
| Para USA (Para Ordnance) | CWX645B / Stainless Steel | Pistol | 3" | .45 ACP | 12/14/2014 |
| Para USA (Para Ordnance) | CWX645BL / Stainless Steel | Pistol | 3" | .45 ACP | 12/14/2014 |
| Para USA (Para Ordnance) | CWX645BN / Stainless Steel | Pistol | 3" | .45 ACP | 12/14/2014 |
| Para USA (Para Ordnance) | CWX645S / Stainless Steel | Pistol | 3" | .45 ACP | 11/8/2014 |
| Para USA (Para Ordnance) | CWX645SL / Stainless Steel | Pistol | 3" | .45 ACP | 11/8/2014 |
| Para USA (Para Ordnance) | CWX645SN / Stainless Steel | Pistol | 3" | .45 ACP | 11/8/2014 |
| Para USA (Para Ordnance) | CWX79R / Steel, Alloy | Pistol | 3" | 9mm | 1/31/2015 |
| Para USA (Para Ordnance) | CWX79RL / Steel, Alloy | Pistol | 3" | 9mm | 1/31/2015 |
| Para USA (Para Ordnance) | CWX79RN / Steel, Alloy | Pistol | 3" | 9mm | 1/31/2015 |
| Para USA (Para Ordnance) | NHX1045N / Steel, Alloy | Pistol | 3" | .45 ACP | 6/6/2015 |

| Para USA (Para Ordnance) | NHX1045NL / Steel, Alloy | Pistol | 3" | .45 ACP | 6/6/2015 |
| Para USA (Para Ordnance) | PSHX645S / Stainless Steel | Pistol | 3" | .45 ACP | 12/29/2014 |
| Para USA (Para Ordnance) | PSHX645SL / Stainless Steel | Pistol | 3" | .45 ACP | 12/29/2014 |
| Para USA (Para Ordnance) | PSHX845SN / Stainless Steel | Pistol | 3" | .45 ACP | 12/29/2014 |
| Para USA (Para Ordnance) | WHX1045R / Steel and Alloy | Pistol | 3" | .45 ACP | 4/15/2015 |
| Para USA (Para Ordnance) | WHX1045RL / Steel and Alloy | Pistol | 3" | .45 ACP | 4/15/2015 |
| Para USA (Para Ordnance) | WHX1045RN / Steel and Alloy | Pistol | 3" | .45 ACP | 4/15/2015 |
| Para USA (Para Ordnance) | WHX1045S / Stainless Steel | Pistol | 3" | .45 ACP | 11/30/2014 |
| Para USA (Para Ordnance) | WHX1045SL / Stainless Steel | Pistol | 3" | .45 ACP | 11/30/2014 |
| Para USA (Para Ordnance) | WHX1045SN / Stainless Steel | Pistol | 3" | .45 ACP | 11/30/2014 |
| Para USA (Para Ordnance) | WHX129RL / Steel, Alloy | Pistol | 3" | 9mm | 9/20/2014 |
| Para USA (Para Ordnance) | WHX129RN / Steel, Alloy | Pistol | 3" | 9mm | 9/20/2014 |
| Para USA (Para Ordnance) | WHX129RR / Steel, Alloy | Pistol | 3" | 9mm | 9/20/2014 |
| Para USA (Para Ordnance) | CTX1245NL / Stainless Steel | Pistol | 3.5" | .45 ACP | 3/23/2015 |
| Para USA (Para Ordnance) | CTX1245NN / Stainless Steel | Pistol | 3.5" | .45 ACP | 3/23/2015 |
| Para USA (Para Ordnance) | CTX1245NR / Stainless Steel | Pistol | 3.5" | .45 ACP | 3/23/2015 |
| Para USA (Para Ordnance) | CWX745S / Stainless Steel | Pistol | 3.5" | .45 ACP | 5/25/2015 |
| Para USA (Para Ordnance) | CWX745SL / Stainless Steel | Pistol | 3.5" | .45 ACP | 5/25/2015 |
| Para USA (Para Ordnance) | CWX745SN / Stainless Steel | Pistol | 3.5" | .45 ACP | 5/25/2015 |
| Para USA (Para Ordnance) | CX745S / Stainless Steel | Pistol | 3.5" | .45 ACP | 5/30/2015 |
| Para USA (Para Ordnance) | CX745SL / Stainless Steel | Pistol | 3.5" | .45 ACP | 5/30/2015 |
| Para USA (Para Ordnance) | CX745SN / Stainless Steel | Pistol | 3.5" | .45 ACP | 5/30/2015 |
| Para USA (Para Ordnance) | PCWX745S / Stainless Steel | Pistol | 3.5" | .45 ACP | 3/23/2015 |
| Para USA (Para Ordnance) | PCWX745SL / Stainless Steel | Pistol | 3.5" | .45 ACP | 3/23/2015 |
| Para USA (Para Ordnance) | PCWX745SN / Stainless Steel | Pistol | 3.5" | .45 ACP | 3/23/2015 |
| Para USA (Para Ordnance) | 1911 Ducks Unlimited 96673 / Stainless Steel | Pistol | 4.25" | .45 ACP | 3/28/2015 |
| Para USA (Para Ordnance) | 1911 Elite Commander 96667 / Stainless Steel | Pistol | 4.25" | .45 ACP | 5/2/2015 |
| Para USA (Para Ordnance) | CCWX745S / Stainless Steel | Pistol | 4.25" | .45 ACP | 4/15/2015 |

A000016
7/1/2014

SER0093

| | | | | | |
|---|---|---|---|---|---|
| Para USA (Para Ordnance) | CCWX745SL / Stainless Steel | Pistol | 4.25" | .45 ACP | 4/15/2015 |
| Para USA (Para Ordnance) | CCWX745SN / Stainless Steel | Pistol | 4.25" | .45 ACP | 4/15/2015 |
| Para USA (Para Ordnance) | CTX1345SL / Stainless Steel | Pistol | 4.25" | .45 ACP | 12/14/2014 |
| Para USA (Para Ordnance) | CTX1345SN / Stainless Steel | Pistol | 4.25" | .45 ACP | 12/14/2014 |
| Para USA (Para Ordnance) | CTX1345SR / Stainless Steel | Pistol | 4.25" | .45 ACP | 12/14/2014 |
| Para USA (Para Ordnance) | DCX1445EL / Steel | Pistol | 4.25" | .45 ACP | 7/27/2014 |
| Para USA (Para Ordnance) | DCX1445EN / Steel | Pistol | 4.25" | .45 ACP | 7/27/2014 |
| Para USA (Para Ordnance) | DCX1445ER / Steel | Pistol | 4.25" | .45 ACP | 7/27/2014 |
| Para USA (Para Ordnance) | DCX745E / Steel | Pistol | 4.25" | .45 ACP | 7/27/2014 |
| Para USA (Para Ordnance) | DCX745EL / Steel | Pistol | 4.25" | .45 ACP | 7/27/2014 |
| Para USA (Para Ordnance) | DCX745EN / Steel | Pistol | 4.25" | .45 ACP | 7/27/2014 |
| Para USA (Para Ordnance) | PCX745E / Steel | Pistol | 4.25" | .45 ACP | 4/26/2015 |
| Para USA (Para Ordnance) | PCX745EL / Steel | Pistol | 4.25" | .45 ACP | 4/26/2015 |
| Para USA (Para Ordnance) | PCX745EN / Steel | Pistol | 4.25" | .45 ACP | 4/26/2015 |
| Para USA (Para Ordnance) | PCX745R / Steel, Alloy | Pistol | 4.25" | .45 ACP | 4/26/2015 |
| Para USA (Para Ordnance) | PCX745RL / Steel, Alloy | Pistol | 4.25" | .45 ACP | 4/26/2015 |
| Para USA (Para Ordnance) | PCX745RN / Steel, Alloy | Pistol | 4.25" | .45 ACP | 4/26/2015 |
| Para USA (Para Ordnance) | PCX745S / Stainless Steel | Pistol | 4.25" | .45 ACP | 3/23/2015 |
| Para USA (Para Ordnance) | PCX745SL / Stainless Steel | Pistol | 4.25" | .45 ACP | 3/23/2015 |
| Para USA (Para Ordnance) | PCX745SN / Stainless Steel | Pistol | 4.25" | .45 ACP | 3/23/2015 |
| Para USA (Para Ordnance) | 1911 Elite 96663 / Steel | Pistol | 5" | .45 ACP | 3/20/2015 |
| Para USA (Para Ordnance) | DX1445EL / Steel | Pistol | 5" | .45 ACP | 12/29/2014 |
| Para USA (Para Ordnance) | DX1445EN / Steel | Pistol | 5" | .45 ACP | 12/29/2014 |
| Para USA (Para Ordnance) | DX1445ER / Steel | Pistol | 5" | .45 ACP | 12/29/2014 |
| Para USA (Para Ordnance) | DX1445SL / Stainless Steel | Pistol | 5" | .45 ACP | 7/27/2014 |
| Para USA (Para Ordnance) | DX1445SN / Stainless Steel | Pistol | 5" | .45 ACP | 7/27/2014 |
| Para USA (Para Ordnance) | DX1445SR / Stainless Steel | Pistol | 5" | .45 ACP | 7/27/2014 |
| Para USA (Para Ordnance) | DX745S / Stainless Steel | Pistol | 5" | .45 ACP | 3/23/2015 |

A000017
7/1/2014

SER0094

| Para USA (Para Ordnance) | DX745SL / Stainless Steel | Pistol | 5" | .45 ACP | 3/23/2015 |
|---|---|---|---|---|---|
| Para USA (Para Ordnance) | DX745SN / Stainless Steel | Pistol | 5" | .45 ACP | 3/23/2015 |
| Para USA (Para Ordnance) | PX1445SGRL / Stainless Steel | Pistol | 5" | .45 ACP | 2/28/2015 |
| Para USA (Para Ordnance) | PX1445SGRN / Stainless Steel | Pistol | 5" | .45 ACP | 2/28/2015 |
| Para USA (Para Ordnance) | PX1445SGRR / Stainless Steel | Pistol | 5" | .45 ACP | 2/28/2015 |
| Para USA (Para Ordnance) | PX1445SL / Stainless Steel | Pistol | 5" | .45 ACP | 10/28/2014 |
| Para USA (Para Ordnance) | PX1445SN / Stainless Steel | Pistol | 5" | .45 ACP | 10/28/2014 |
| Para USA (Para Ordnance) | PX1445SR / Stainless Steel | Pistol | 5" | .45 ACP | 10/28/2014 |
| Para USA (Para Ordnance) | PX189SL / Stainless Steel | Pistol | 5" | 9mm | 10/28/2014 |
| Para USA (Para Ordnance) | PX189SN / Stainless Steel | Pistol | 5" | 9mm | 10/28/2014 |
| Para USA (Para Ordnance) | PX189SR / Stainless Steel | Pistol | 5" | 9mm | 10/28/2014 |
| Para USA (Para Ordnance) | PX745E / Steel | Pistol | 5" | .45 ACP | 4/14/2015 |
| Para USA (Para Ordnance) | PX745EB (Black) / Steel | Pistol | 5". | .45 ACP | 9/12/2014 |
| Para USA (Para Ordnance) | PX745EL / Steel | Pistol | 5" | .45 ACP | 4/14/2015 |
| Para USA (Para Ordnance) | PX745ELM / Steel | Pistol | 5" | .45 ACP | 12/29/2014 |
| Para USA (Para Ordnance) | PX745EM / Steel | Pistol | 5" | .45 ACP | 12/29/2014 |
| Para USA (Para Ordnance) | PX745EN / Steel | Pistol | 5" | .45 ACP | 4/14/2015 |
| Para USA (Para Ordnance) | PX745ENM / Steel | Pistol | 5" | .45 ACP | 12/23/2014 |
| Para USA (Para Ordnance) | PX938P / Stainless Steel | Pistol | 5" | .38 Super | 2/28/2015 |
| Para USA (Para Ordnance) | PX938PL / Stainless Steel | Pistol | 5" | .38 Super | 2/28/2015 |
| Para USA (Para Ordnance) | PX938PN / Stainless Steel | Pistol | 5" | .38 Super | 2/28/2015 |
| Para USA (Para Ordnance) | PX938S / Stainless steel | Pistol | 5" | .38 Super | 2/6/2015 |
| Para USA (Para Ordnance) | PX938SL / Stainless Steel | Pistol | 5" | .38 Super | 2/6/2015 |
| Para USA (Para Ordnance) | PX938SN / Stainless Steel | Pistol | 5" | .38 Super | 2/6/2015 |
| Para USA (Para Ordnance) | RX1445ECBL / Steel | Pistol | 5" | .45 ACP | 2/28/2015 |
| Para USA (Para Ordnance) | RX1445ECBN / Steel | Pistol | 5" | .45 ACP | 2/28/2015 |
| Para USA (Para Ordnance) | RX1445ECBR / Steel | Pistol | 5" | .45 ACP | 2/28/2015 |
| Para USA (Para Ordnance) | RX1445EL / Steel | Pistol | 5" | .45 ACP | 7/27/2014 |

A000018
7/1/2014

SER0095

| Para USA (Para Ordnance) | RX1445EN / Steel | Pistol | 5" | .45 ACP | 7/27/2014 |
| Para USA (Para Ordnance) | RX1445ER / Steel | Pistol | 5" | .45 ACP | 7/27/2014 |
| Para USA (Para Ordnance) | RX1445SL / Stainless Steel | Pistol | 5" | .45 ACP | 12/29/2014 |
| Para USA (Para Ordnance) | RX1445SN / Stainless Steel | Pistol | 5" | .45 ACP | 12/29/2014 |
| Para USA (Para Ordnance) | RX1445SR / Stainless Steel | Pistol | 5" | .45 ACP | 12/29/2014 |
| Para USA (Para Ordnance) | SX1445SL / Stainless Steel and Steel | Pistol | 5" | .45 ACP | 8/12/2014 |
| Para USA (Para Ordnance) | SX1445SN / Stainless Steel and Steel | Pistol | 5" | .45 ACP | 8/12/2014 |
| Para USA (Para Ordnance) | SX1445SR / Stainless Steel and Steel | Pistol | 5" | .45 ACP | 8/12/2014 |
| Para USA (Para Ordnance) | SX1640SL / Stainless Steel | Pistol | 5" | .40 S&W | 8/11/2014 |
| Para USA (Para Ordnance) | SX1640SN / Stainless Steel | Pistol | 5" | .40 S&W | 8/11/2014 |
| Para USA (Para Ordnance) | SX1640SR / Stainless Steel | Pistol | 5" | .40 S&W | 8/11/2014 |
| Para USA (Para Ordnance) | TX1445SL / Stainless Steel | Pistol | 5" | .45 ACP | 9/20/2014 |
| Para USA (Para Ordnance) | TX1445SN / Stainless Steel | Pistol | 5" | .45 ACP | 9/20/2014 |
| Para USA (Para Ordnance) | TX1445SR / Stainless Steel | Pistol | 5" | .45 ACP | 9/20/2014 |
| Para USA (Para Ordnance) | TX745S / Stainless Steel and Steel | Pistol | 5" | .45 ACP | 8/17/2014 |
| Para USA (Para Ordnance) | TX745SL / Stainless Steel and Steel | Pistol | 5" | .45 ACP | 8/17/2014 |
| Para USA (Para Ordnance) | TX745SN / Stainless Steel and Steel | Pistol | 5" | .45 ACP | 8/17/2014 |
| Phoenix Arms | HP22A (Blue) / Alloy | Pistol | 3" | .22 LR | 4/24/2015 |
| Phoenix Arms | HP22A (Nickel) / Alloy | Pistol | 3" | .22 LR | 1/31/2015 |
| Phoenix Arms | HP25A (Blue) / Steel, Zinc | Pistol | 3" | .25 ACP | 1/31/2015 |
| Phoenix Arms | HP25A (Nickel) / Steel, Zinc | Pistol | 3" | .25 ACP | 1/31/2015 |
| Phoenix Arms | HP22A (Blue) / Alloy | Pistol | 5" | .22 LR | 4/24/2015 |
| Phoenix Arms | HP22A (Nickel) / Alloy | Pistol | 5" | .22 LR | 1/31/2015 |
| Seecamp | LWS 32 CA Edition / Stainless Steel | Pistol | 2.13" | .32 ACP | 10/11/2015 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | P238 238-380-HD-CA / Stainless Steel | Pistol | 2.82" | .380 Auto | 5/7/2015 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | P238 (Two-Tone) 238-380-TSS-CA / Stainless Steel; Alloy | Pistol | 2.835" | .380 ACP | 7/21/2015 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | P239 (Blued) / Stainless Steel, Alloy | Pistol | 3.6" | .357 SIG | 12/31/2014 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | P239 (Blued) / Stainless Steel, Alloy | Pistol | 3.6" | .40 S&W | 1/29/2015 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | P239 (Blued) / Stainless Steel, Alloy | Pistol | 3.6" | 9mm | 12/31/2014 |

A000019
7/1/2014

SER0096

| | | | | | |
|---|---|---|---|---|---|
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | P239 DAK / Stainless Steel, Alloy | Pistol | 3.6" | .357 SIG | 12/19/2014 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | P239 DAK / Stainless Steel, Alloy | Pistol | 3.6" | .40 S&W | 12/19/2014 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | P239 SAS (2 Tone) 239-40-SAS / Stainless Steel, Polymer | Pistol | 3.6" | .40 S&W | 12/19/2014 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | P232 (Stainless) / Stainless Steel | Pistol | 3.7" | .380 ACP | 12/31/2014 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | P232 (Stainless) Hogue Grips / Stainless Steel | Pistol | 3.7" | .380 ACP | 6/23/2015 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | SP2022 (Blued) / Stainless Steel, Polymer | Pistol | 3.8" | .357 SIG | 7/27/2015 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | SP2022 (Blued) / Stainless Steel, Polymer | Pistol | 3.8" | .40 S&W | 7/27/2015 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | SP2022 (Blued) / Stainless Steel, Polymer | Pistol | 3.8" | 9mm | 7/27/2015 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | P220R Carry (Blued) / Stainless Steel, Alloy | Pistol | 3.9" | .45 ACP | 6/23/2015 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | P220R Carry (Equinox) / Stainless Steel, Alloy | Pistol | 3.9" | .45 ACP | 6/13/2015 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | P220R Carry (Two-Tone) / Stainless Steel, Alloy | Pistol | 3.9" | .45 ACP | 6/23/2015 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | P220R Carry SAO (Blued) / Stainless Steel, Alloy | Pistol | 3.9" | .45 ACP | 6/23/2015 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | P229 (Black) 229R-9-BSS-CA / Steel, Alloy | Pistol | 3.9" | 9mm | 5/7/2015 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | P229R Enhanced Elite (Black) 229R-40-ESE / Stainless Steel, Alloy | Pistol | 3.9" | .40 S&W | 4/17/2015 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | P229R Enhanced Elite (Black) 229R-9-ESE / Stainless Steel, Alloy | Pistol | 3.9" | 9mm | 4/17/2015 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | P250 Compact (Two-Tone) / Stainless Steel, Polymer | Pistol | 3.9" | 9mm | 12/30/2014 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | P6 (P.W. Arms) / Steel, Alloy | Pistol | 3.9" | 9mm | 2/20/2015 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | Mosquito (Blued) / Steel, Polymer | Pistol | 4" | .22 LR | 8/18/2015 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | Mosquito (Reversed Two-Tone) / Steel, Polymer | Pistol | 4" | .22 LR | 6/13/2015 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | Mosquito (Two Tone) MOS-22-T / Steel, Polymer | Pistol | 4" | .22 LR | 12/19/2014 |

http://certguns.doj.ca.gov/safeguns_resp.asp

A000020
7/1/2014

| | | | | | |
|---|---|---|---|---|---|
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | P220 (Stainless) / Stainless Steel | Pistol | 4.4" | .45 ACP | 10/16/2014 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | P220R (Blued) / Stainless Steel, Alloy | Pistol | 4.4" | .45 ACP | 3/19/2015 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | P220R (Blued) / Steel, Alloy | Pistol | 4.4" | .45 ACP | 5/24/2015 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | P220R (Equinox) / Steel, Alloy | Pistol | 4.4" | .45 ACP | 10/9/2014 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | P220R Combat (Dark Earth) / Stainless Steel, Alloy | Pistol | 4.4" | .45 ACP | 6/13/2015 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | P220R DAK (Blued) / Stainless Steel, Alloy | Pistol | 4.4" | .45 ACP | 1/5/2015 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | P226R Equinox 226R-40-EQ / Stainless Steel, Alloy | Pistol | 4.4" | .40 S&W | 12/19/2014 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | P226 Scorpion 226R-9-SCPN-CA / Steel | Pistol | 4.40" | 9mm | 4/9/2015 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | P226 Dark Elite 226R-9-DSE-CA / Steel | Pistol | 4.40" | 9mm | 6/19/2015 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | P226 Extreme 226R-9-XTM-BLKGRY-CA / Steel | Pistol | 4.40" | 9mm | 4/9/2015 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | P226 MK-25 Navy Version ( Black) / Stainless Steel, Alloy | Pistol | 4.40" | 9mm | 9/26/2015 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | P226R (Black) 226R-9-BSS-CA / Stainless Steel, Alloy | Pistol | 4.40" | 9mm | 9/26/2015 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | P226R 226R-40-BSS-CA / Steel, Alloy | Pistol | 4.41" | .40 S&W | 4/9/2015 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | 1911 (Blued) / Stainless Steel | Pistol | 5" | .45 ACP | 6/23/2015 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | 1911 (Stainless) / Stainless Steel | Pistol | 5" | .45 ACP | 4/21/2015 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | 1911 Railed (Blued) / Stainless Steel | Pistol | 5" | .45 ACP | 11/29/2014 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | 1911 Railed (Stainless) / Stainless Steel | Pistol | 5" | .45 ACP | 6/23/2015 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | 1911 Target (Blued) / Stainless Steel | Pistol | 5" | .45 ACP | 6/13/2015 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | 1911 Target (Stainless) / Stainless Steel | Pistol | 5" | .45 ACP | 6/13/2015 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | 1911 Target Railed (Blued) / Stainless Steel | Pistol | 5" | .45 ACP | 11/29/2014 |

| | | | | | |
|---|---|---|---|---|---|
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | 1911 TTT (Two-tone/Wood Grip) / Stainless Steel | Pistol | 5" | .45 ACP | 10/2/2014 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | 1911 XO (Blued) / Stainless Steel | Pistol | 5" | .45 ACP | 11/29/2014 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | 1911 XO (Stainless) / Stainless Steel | Pistol | 5" | .45 ACP | 11/29/2014 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | 1911-22 (Blued) 1911-22-B-CA / Alloy | Pistol | 5" | .22 LR | 9/26/2015 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | P226 X5 Comp. (Stainless) / Stainless Steel | Pistol | 5" | .40 S&W | 4/7/2015 |
| Sig Sauer, Inc. (Sauer, J.P. & Sons, Sig | P226 X5 Comp. (Stainless) / Stainless Steel | Pistol | 5" | 9mm | 1/5/2015 |
| Smith & Wesson | M&P9 Shield (Blk) SKU 187021 / Stainless Steel; Polymer | Pistol | 3" | 9mm | 7/2/2015 |
| Smith & Wesson | M&P40 Shield SKU 187020 / Stainless Steel; Polymer | Pistol | 3.12" | .40 S&W | 9/10/2014 |
| Smith & Wesson | 4513TSW SKU 104551 / Stainless Steel, Alloy | Pistol | 3.75" | .45 ACP | 7/2/2014 |
| Smith & Wesson | SD40 VE SKU 123403 / Stainless Steel; Polymer | Pistol | 4" | .40 S&W | 3/6/2015 |
| Smith & Wesson | SW40GVE (2-Tone/Olive Frame) SKU 120037 / Polymer, Stainless Steel | Pistol | 4" | .40 S&W | 8/3/2014 |
| Smith & Wesson | SW990 SKU 120213 / Polymer, Stainless Steel | Pistol | 4" | .40 S&W | 9/11/2014 |
| Smith & Wesson | SW99QA / Polymer, Steel, Stainless Steel | Pistol | 4" | .40 S&W | 9/11/2014 |
| Smith & Wesson | SW9GVE SKU 120038 / Polymer, Stainless Steel | Pistol | 4" | 9mm | 8/3/2014 |
| Smith & Wesson | SD9 VE (Two-Tone) SKU 123903 / Stainless Steel; Polymer | Pistol | 4.00" | 9mm | 10/24/2014 |
| Smith & Wesson | M&P 9 (Mag Safety) SKU 109201 / Stainless Steel, Polymer | Pistol | 4.25" | 9mm | 8/16/2014 |
| Smith & Wesson | SW1911 SC SKU 108283 / Alloy, Steel, Stainless Steel | Pistol | 4.25" | .45 ACP | 8/10/2014 |
| Smith & Wesson | SW1911 SC SKU 108288 / Stainless Steel, Alloy | Pistol | 4.25" | .45 ACP | 7/11/2014 |
| Smith & Wesson | PC1911 (Blued) SKU 170243 / Stainless Steel | Pistol | 5" | .45 ACP | 9/15/2014 |
| Smith & Wesson | PC1911 Stainless (Matte/Polished Stnls) SKU170261 / Stainless Steel | Pistol | 5" | .45 ACP | 8/17/2014 |
| Smith & Wesson | SW1911 Adj. Sights (Blue/Blk) SKU 108299 / Steel, Stainless Steel | Pistol | 5" | .45 ACP | 9/20/2014 |
| Smith & Wesson | SW1911 SC SKU 108289 / Stainless Steel, Alloy | Pistol | 5" | .45 ACP | 7/11/2014 |
| Smith & Wesson | 22A SKU 107410 / Alloy, Stainless Steel | Pistol | 5.5" | .22 LR | 12/31/2014 |
| Smith & Wesson | 22A-1 SKU 107410 / Alloy, Stainless Steel | Pistol | 5.5" | .22 LR | 8/14/2014 |
| Smith & Wesson | 22A-1 (Bull Barrel) SKU 107431 / Alloy, Stainless Steel | Pistol | 5.5" | .22 LR | 6/13/2015 |

A000022
7/1/2014

SER0099

| | | | | | |
|---|---|---|---|---|---|
| Smith & Wesson | 22A-1 (Bull Barrel, Hi-Viz, Black) SKU 107426 / Alloy, Stainless Steel | Pistol | 5.5" | .22 LR | 8/27/2014 |
| Smith & Wesson | 22A-1 (Std Barrel Wood Grip) SKU 107432 / Alloy, Stainless Steel | Pistol | 5.5" | .22 LR | 8/27/2014 |
| Smith & Wesson | 22A-1 Bull Barrel Hi-Viz (2-Tone) SKU 149643 / Alloy, Stainless Steel | Pistol | 5.5" | .22 LR | 9/8/2014 |
| Smith & Wesson | 22A-1 Gray Frame SKU 107412 / Alloy, Stainless Steel | Pistol | 5.5" | .22LR | 1/18/2015 |
| Smith & Wesson | 22A-1 Real Tree APG SKU 107442 / Alloy, Stainless Steel | Pistol | 5.5" | .22 LR | 10/28/2014 |
| Smith & Wesson | 22S-1 (Std Barrel) SKU 107300 / Stainless Steel | Pistol | 5.5" | .22 LR | 8/28/2014 |
| Smith & Wesson | 22A SKU 107430 / Alloy, Stainless Steel | Pistol | 7" | .22 LR | 12/31/2014 |
| Smith & Wesson | 22A-1 (Std Barrel) SKU 107430 / Alloy, Stainless Steel | Pistol | 7" | .22 LR | 8/28/2014 |
| Smith & Wesson | 22A-1 Fluted Polished Barrel SKU 107438 / Stainless Steel, Alloy | Pistol | 7" | .22 LR | 7/11/2014 |
| Smith & Wesson | 22S-1 SKU 107320 / Stainless Steel | Pistol | 7" | .22 LR | 8/14/2014 |
| Smith & Wesson | 340PD SKU 163061 / Alloy, Titanium, Stainless Steel | Revolver | 1.87" | .357 Magnum | 8/14/2014 |
| Smith & Wesson | 340SC SKU 163060 / Alloy, Titanium, Stainless Steel | Revolver | 1.87" | .357 Magnum | 8/2/2014 |
| Smith & Wesson | 351 PD SKU 160228 / Alloy, Stainless Steel | Revolver | 1.87" | .22 Magnum | 8/17/2014 |
| Smith & Wesson | 360PD (S&W Logo Grip) SKU 163064 / Alloy; Titanium; Stainless Steel | Revolver | 1.87" | .357 Magnum | 2/24/2015 |
| Smith & Wesson | 360SC SKU 163065 / Alloy, Titanium, Stainless Steel | Revolver | 1.87" | .357 Magnum | 8/14/2014 |
| Smith & Wesson | 36-10 (Nickel) SKU 150012 / Steel | Revolver | 1.87" | .38 Spl | 8/17/2014 |
| Smith & Wesson | 36-10 Classic (Blue) SKU 150184 / Steel | Revolver | 1.87" | .38 Spl | 8/29/2014 |
| Smith & Wesson | 36-10 Classic (Color Case) SKU 150185 / Steel | Revolver | 1.87" | .38 Spl | 8/29/2014 |
| Smith & Wesson | 36-10 Classic (Nickel) SKU 150197 / Steel | Revolver | 1.87" | .38 Spl | 8/29/2014 |
| Smith & Wesson | 36-10 Texas Hold'em SKU 161492 / Steel | Revolver | 1.87" | .38 Spl | 8/11/2014 |
| Smith & Wesson | 438 (Matte Black) SKU 163438 / Alloy, Stainless Steel | Revolver | 1.87" | .38 Spl | 7/17/2014 |
| Smith & Wesson | 637-2 SKU 163050 / Alloy, Stainless Steel | Revolver | 1.87" | .38 Spl. | 7/23/2014 |
| Smith & Wesson | 637-2 (S&W Logo Grip) SKU 163050 / Alloy; Stainless Steel | Revolver | 1.87" | .38 Spl. | 2/24/2015 |
| Smith & Wesson | 638-3 (S&W Logo Grip) SKU 163070 / Alloy; Stainless Steel | Revolver | 1.87" | .38 Spl. | 2/24/2015 |
| Smith & Wesson | 638-3 Laser Grip (Matte Silver) SKU 163071 / Alloy; Stainless Steel | Revolver | 1.87" | .38 Spl | 6/28/2015 |
| Smith & Wesson | 642-1 (Matte Silver) SKU 178042 / Alloy, Stainless Steel | Revolver | 1.87" | .38 Spl | 11/7/2014 |
| Smith & Wesson | 642-2 (S&W Logo Grip) SKU 163810 / Alloy; Stainless Steel | Revolver | 1.87" | .38 Spl. | 2/24/2015 |
| Smith & Wesson | M&P 340 (Crimson Trace Grips) SKU 163073 / Alloy, Stainless Steel | Revolver | 1.87" | .357 Mag | 4/17/2015 |

A000023
7/1/2014

SER0100

| Smith & Wesson | M&P 340 (Matte Black) SKU 103072 / Alloy; Stainless Steel | Revolver | 1.87" | .357 Magnum | 10/3/2014 |
| Smith & Wesson | M&P 340 (S&W Logo Grip) SKU 163072 / Alloy; Stainless Steel | Revolver | 1.87" | .357 Magnum | 2/24/2015 |
| Smith & Wesson | 351C (Black) SKU103351 / Aluminum Alloy | Revolver | 1.875" | .22 WMR | 10/24/2014 |
| Smith & Wesson | 43C (Matte Black) SKU 103043A / Steel | Revolver | 1.875" | .22 LR | 6/12/2015 |
| Smith & Wesson | 442-1 (Matte Black) SKU 178041 / Alloy; Stainless Steel | Revolver | 1.875" | .38 Spl | 5/18/2015 |
| Smith & Wesson | 442-2 (Internal Lock) SKU 162810A / Aluminum Alloy; Steel | Revolver | 1.875" | .38 S&W Special | 6/12/2015 |
| Smith & Wesson | 637-2 Laser Grip SKU 163052A / Alum Alloy; Steel | Revolver | 1.875" | .38 S&W Special | 6/12/2015 |
| Smith & Wesson | 642-1 SKU 103810A / Steel; Aluminum alloy | Revolver | 1.875" | .38 S&W Special +P | 6/12/2015 |
| Smith & Wesson | 642-1 Laser Grips SKU 163811A / Alloy; Steel | Revolver | 1.875" | .38 S&W Special +P | 6/12/2015 |
| Smith & Wesson | 642-2LS SKU 163808A / Steel | Revolver | 1.875" | .38 S&W Special | 6/12/2015 |
| Smith & Wesson | Bodyguard 38 (Matte Black) SKU103038 / Stainless Steel; Alloy | Revolver | 1.9" | .38 Spl | 8/17/2014 |
| Smith & Wesson | 500 Hunter SKU 170231A / Steel | Revolver | 10.5" | .500 S&W Magnum | 6/12/2015 |
| Smith & Wesson | 460 Hunter SKU 170280 / Stainless Steel | Revolver | 12" | .460 S&W Magnum | 10/13/2014 |
| Smith & Wesson | 647-1 SKU 170229A / Steel | Revolver | 12" | .17 HMR | 6/12/2015 |
| Smith & Wesson | 327 SKU 170245 / Alloy, Titanium & Stainless Steel | Revolver | 2" | .357 Magnum | 9/30/2014 |
| Smith & Wesson | 60-14 (S&W Logo Grip) SKU 162420 / Stainless Steel | Revolver | 2.12" | .357 Magnum | 2/24/2015 |
| Smith & Wesson | 640-3 SKU 163690 / Stainless Steel | Revolver | 2.12" | .357 Magnum | 2/1/2015 |
| Smith & Wesson | 649-5 (S&W Logo Grip) SKU 163210 / Stainless Steel | Revolver | 2.12" | .357 Magnum | 2/24/2015 |
| Smith & Wesson | 60-14 Lady Smith SKU 162414A / Steel | Revolver | 2.125" | .357 Magnum | 6/12/2015 |
| Smith & Wesson | 637-2 Power Port (Matte Black) SKU 170327 / Alloy, Stainless Steel | Revolver | 2.125" | .38 Spl | 10/22/2014 |
| Smith & Wesson | 649-1 SKU 103690A / Steel | Revolver | 2.125" | .357 Magnum | 6/12/2015 |
| Smith & Wesson | 327NG SKU 163422 / Alloy, stainless steel | Revolver | 2.5" | .357 Magnum | 9/23/2014 |
| Smith & Wesson | 357NG (Matte Black) SKU 163428 / Stainless Steel; Alloy | Revolver | 2.5" | .41 Mag | 8/5/2014 |
| Smith & Wesson | 386NG (Matte Black) SKU 163424 / Stainless Steel, Alloy | Revolver | 2.5" | .357 Magnum | 10/28/2014 |
| Smith & Wesson | 396NG SKU 163423 / Alloy, stainless steel | Revolver | 2.5" | .44 Spl | 9/3/2014 |
| Smith & Wesson | 637-2 (Matte Silver) SKU 162522 / Alloy, Stainless Steel | Revolver | 2.5" | .38 Spl | 6/26/2014 |
| Smith & Wesson | 627-5 (Matte Silver) SKU 170133 / Stainless Steel | Revolver | 2.625" | .357 Magnum | 8/17/2014 |
| Smith & Wesson | 629-6 (Matte) SKU 170135A / Steel | Revolver | 2.625" | .44 Magnum | 6/12/2015 |
| Smith & Wesson | 325PD SKU 163415 / Alloy, Titanium and Stainless Steel | Revolver | 2.75" | .45 ACP | 8/10/2014 |

A000024
7/1/2014

SER0101

| Smith & Wesson | 460 ES SKU 163463 / Stainless Steel | Revolver | 2.75" | .460 S&W Magnum | 10/13/2014 |
| Smith & Wesson | 500 ES SKU 163503 / Stainless Steel | Revolver | 2.75" | .500 S&W Magnum | 10/13/2014 |
| Smith & Wesson | 317-3 (S&W Logo Grip) SKU 160221A / Aluminum Alloy | Revolver | 3" | .22 LR | 6/12/2015 |
| Smith & Wesson | 36-10 Classic (Blue) SKU 150194 / Steel | Revolver | 3" | .38 Spl | 8/29/2014 |
| Smith & Wesson | 36-10 Classic (Color Case) SKU 150193 / Steel | Revolver | 3" | .38 Spl | 10/15/2014 |
| Smith & Wesson | 36-10 Classic (Nickel) SKU 150198 / Steel | Revolver | 3" | .38 Spl | 10/16/2014 |
| Smith & Wesson | 60-14 SKU 162430 / Stainless Steel | Revolver | 3" | .357 Magnum | 2/1/2015 |
| Smith & Wesson | 60-15 SKU 162430 / Stainless Steel | Revolver | 3" | .357 Magnum | 7/17/2014 |
| Smith & Wesson | 60-15 (S&W Logo Grip) SKU 162430 / Stainless Steel | Revolver | 3" | .357 Magnum | 2/24/2015 |
| Smith & Wesson | 60-15 Pro Series SKU 178013 / Stainless Steel | Revolver | 3" | .357 Magnum | 9/3/2014 |
| Smith & Wesson | 629-6 Trail Boss Fluted Cyl. Mag-na-port SKU163411 / Stainless Steel | Revolver | 3" | .44 Magnum | 9/4/2014 |
| Smith & Wesson | 629-6 Trail Boss Unfluted Cyl SKU 163409 / Stainless Steel | Revolver | 3" | .44 Magnum | 10/1/2014 |
| Smith & Wesson | 63-5 Hi-Viz (Satin Stnls) SKU 162634 / Stainless Steel | Revolver | 3" | .22 LR | 2/14/2015 |
| Smith & Wesson | 67-5 F Comp (Matte Black) SKU 170324 / Stainless Steel | Revolver | 3" | .38 Spl | 10/22/2014 |
| Smith & Wesson | M&P 360 (Matte Black) SKU 163077 / Alloy; Stainless Steel | Revolver | 3" | .357 Magnum | 6/28/2014 |
| Smith & Wesson | 360SC SKU 163067 / Alloy, Titanium, Stainless Steel | Revolver | 3.12" | .357 Magnum | 8/14/2014 |
| Smith & Wesson | 610-3 SKU 150277 / Stainless Steel | Revolver | 3.87" | 10mm | 9/3/2014 |
| Smith & Wesson | 22-4 Classic (Color Case) SKU 150187 / Steel | Revolver | 4 | .45 ACP | 8/29/2014 |
| Smith & Wesson | 627-5 SKU 163357 / Stainless Steel | Revolver | 4 1/8" | .357 Magnum | 9/3/2014 |
| Smith & Wesson | 627-5 Pro Series SKU 178014 / Stainless Steel | Revolver | 4 1/8" | .357 Magnum | 9/3/2014 |
| Smith & Wesson | 10-14 (Wood Grip) SKU 150786 / Steel | Revolver | 4" | .38 Spl. | 9/26/2014 |
| Smith & Wesson | 15-10 (Blued) SKU 150716 / Steel | Revolver | 4" | .38 Special | 10/3/2014 |
| Smith & Wesson | 21-4 Classic (Color Case) SKU 150182 / Steel | Revolver | 4" | .44 Spl | 8/29/2014 |
| Smith & Wesson | 21-4 Classic (Nickel) SKU 150183 / Steel | Revolver | 4" | .44 Spl | 8/29/2014 |
| Smith & Wesson | 22-4 Classic (Blue) SKU 150195 / Steel | Revolver | 4" | .45 ACP | 8/29/2014 |
| Smith & Wesson | 22-4 Classic (Nickel) SKU 150186 / Steel | Revolver | 4" | .45 ACP | 8/29/2014 |
| Smith & Wesson | 27-9 (Blue) SKU 150339 / Steel | Revolver | 4" | .357 Magnum | 9/3/2014 |
| Smith & Wesson | 27-9 (Nickel) SKU 150340 / Steel | Revolver | 4" | .357 Magnum | 10/28/2014 |
| Smith & Wesson | 29-10 (Blue) SKU 150254 / Steel | Revolver | 4" | .44 Magnum | 9/23/2014 |
| Smith & Wesson | 29-10 (Nickel) SKU 150255 / Steel | Revolver | 4" | .44 Magnum | 9/23/2014 |

| Smith & Wesson | 325 Thunder Ranch (Mte Blk) SKU 170316A / Steel; alloy | Revolver | 4" | .45 ACP | 6/12/2015 |
| Smith & Wesson | 327PD SKU 163419 / Alloy, titanium, stainless steel | Revolver | 4" | .357 Magnum | 9/3/2014 |
| Smith & Wesson | 329PD SKU 163414 / Alloy, Titanium, Stainless Steel | Revolver | 4" | .44 Magnum | 7/8/2014 |
| Smith & Wesson | 357 PD SKU 160230 / Alloy, Titanium, Stainless Steel | Revolver | 4" | .41 Magnum | 9/20/2014 |
| Smith & Wesson | 48-7 (Black) SKU 150717A / Steel | Revolver | 4" | .22 Win. Magnum | 6/12/2015 |
| Smith & Wesson | 500 SKU 163504 / Stainless Steel | Revolver | 4" | .500 S&W Magnum | 9/15/2014 |
| Smith & Wesson | 57-5 SKU 161300 / Steel | Revolver | 4" | .41 Magnum | 7/11/2014 |
| Smith & Wesson | 58-1 (Nickel) SKU 150501 / Steel | Revolver | 4" | .41 Magnum | 8/17/2014 |
| Smith & Wesson | 586-7 SKU 163568 / Steel | Revolver | 4" | .357 Magnum | 8/17/2014 |
| Smith & Wesson | 586-8 (Blue) SKU 150909 / Steel | Revolver | 4" | .357 Mag | 5/16/2015 |
| Smith & Wesson | 617-6 SKU 160584A / Stainless Steel | Revolver | 4" | .22 LR | 6/12/2015 |
| Smith & Wesson | 625-8 SKU 160935 / Stainless Steel | Revolver | 4" | .45 ACP | 8/8/2014 |
| Smith & Wesson | 625-8 (Satin Stnls) SKU 170161 / Stainless Steel | Revolver | 4" | .45 ACP | 8/17/2014 |
| Smith & Wesson | 625-8 JM SKU 160936A / Steel | Revolver | 4" | .45 ACP | 6/12/2015 |
| Smith & Wesson | 629-6 Mountain Gun SKU 163653 / Stainless Steel | Revolver | 4" | .44 Magnum | 10/1/2014 |
| Smith & Wesson | 629-6 V Comp SKU 170137 / Stainless Steel | Revolver | 4" | .44 Magnum | 9/23/2014 |
| Smith & Wesson | 64-7 SKU 162506 / Stainless Steel | Revolver | 4" | .38 Spl | 7/2/2014 |
| Smith & Wesson | 64-8 SKU 162506 / Stainless Steel | Revolver | 4" | .38 Special | 8/17/2014 |
| Smith & Wesson | 65-7 SKU 162604 / Stainless Steel | Revolver | 4" | .357 Magnum | 7/2/2014 |
| Smith & Wesson | 65-8 SKU 162604 / Stainless Steel | Revolver | 4" | .357 Magnum | 8/17/2014 |
| Smith & Wesson | 67-5 SKU 162802A / Steel | Revolver | 4" | .38 Special | 6/12/2015 |
| Smith & Wesson | 67-6 SKU 162802 / Stainless Steel | Revolver | 4" | .38 Spl | 9/15/2014 |
| Smith & Wesson | 686-6 SSR SKU 178012A / Steel | Revolver | 4" | .357 Magnum | 6/12/2015 |
| Smith & Wesson | 686-7, 6 Shot SKU 170225 / Stainless Steel | Revolver | 4" | .38 Super | 7/9/2014 |
| Smith & Wesson | 327 MPR8 SKU 170292 / Alloy, Stainless Steel | Revolver | 5" | .357 Magnum | 10/13/2014 |
| Smith & Wesson | 327-1 TRR8 SKU 170269 / Alloy, Stainless Steel | Revolver | 5" | .357 Magnum | 10/13/2014 |
| Smith & Wesson | 627-5 SKU 170210A / Steel | Revolver | 5" | .357 Magnum | 6/12/2015 |
| Smith & Wesson | 627-5 V Comp Two-Tone SKU 170296A / Steel | Revolver | 5" | .357 Magnum | 6/12/2015 |
| Smith & Wesson | 686-6 Plus Pro Series (Stn Stnls) SKU 178038 / Stainless Steel | Revolver | 5" | .357 Magnum | 8/16/2015 |
| Smith & Wesson | 22-4 Classic (Blue) SKU 150199 / Steel | Revolver | 5.5" | .45 ACP | 8/29/2014 |
| Smith & Wesson | 22-4 Classic (Color Case) SKU 150188 / Steel | Revolver | 5.5" | .45 ACP | 10/15/2014 |
| Smith & Wesson | 22-4 Classic (Nickel) SKU 150189 / Steel | Revolver | 5.5" | .45 ACP | 10/15/2014 |

A000026
7/1/2014

SER0103

| | | | | | |
|---|---|---|---|---|---|
| Smith & Wesson | 17-9 Masterpiece SKU 150477 / Steel | Revolver | 6" | .22 LR | 10/1/2014 |
| Smith & Wesson | 48-7 (Black) SKU 150718A / Steel | Revolver | 6" | .22 Win. Magnum | 6/12/2015 |
| Smith & Wesson | 586-7 SKU 163567 / Steel | Revolver | 6" | .357 Magnum | 9/15/2014 |
| Smith & Wesson | 586-8 (Blue) SKU 150908 / Steel | Revolver | 6" | .357 Mag | 5/16/2015 |
| Smith & Wesson | 686-6 Engraved (RMEF) SKU 150671 / Stainless Steel | Revolver | 6" | .357 Mag | 9/26/2014 |
| Smith & Wesson | 24-6 SKU 150258 / Steel | Revolver | 6.5" | .44 Spl | 9/3/2014 |
| Smith & Wesson | 24-6 (Nickel) SKU 150259 / Steel | Revolver | 6.5" | .44 Spl | 10/28/2014 |
| Smith & Wesson | 25-15 (Blue) SKU 150256 / Steel | Revolver | 6.5" | .45 Colt | 10/22/2014 |
| Smith & Wesson | 27-9 (75th Anniversary) SKU 150974 / Steel | Revolver | 6.5" | .357 Magnum | 10/12/2014 |
| Smith & Wesson | 27-9 (Blue) SKU 150341 / Steel | Revolver | 6.5" | .357 Magnum | 9/3/2014 |
| Smith & Wesson | 27-9 (Nickel) SKU 150342 / Steel | Revolver | 6.5" | .357 Magnum | 10/28/2014 |
| Smith & Wesson | 29-10 (Blue) SKU 150145A / Steel | Revolver | 6.5" | .44 Magnum | 6/12/2015 |
| Smith & Wesson | 29-10 Classic (Blue, Engraved) SKU 150201 / Steel | Revolver | 6.5" | .44 Mag | 8/29/2014 |
| Smith & Wesson | 29-10 Classic (Nickel, Engraved) SKU 150202 / Steel | Revolver | 6.5" | .44 Mag | 8/29/2014 |
| Smith & Wesson | 500 (Satin Stainless) SKU 163565 / Stainless Steel | Revolver | 6.5" | .500 S&W Magnum | 7/17/2014 |
| Smith & Wesson | 629-6 Classic DX SKU 163644 / Stainless Steel | Revolver | 6.5" | .44 Magnum | 7/26/2014 |
| Smith & Wesson | 629-6 Magna Port SKU 163641 / Stainless Steel | Revolver | 6.5" | .44 Magnum | 10/13/2014 |
| Smith & Wesson | 500 Hunter (Matte Black) SKU 170299A / Steel | Revolver | 7.5" | .500 S&W Magnum | 6/12/2015 |
| Smith & Wesson | 629-6 Birdsong Finish SKU 170230 / Stainless Steel | Revolver | 7.5" | .44 Magnum | 10/24/2014 |
| Smith & Wesson | 629-6 Stealth Hunter (Matte Black) SKU 170323 / Stainless Steel | Revolver | 7.5" | .44 Magnum | 10/28/2014 |
| Smith & Wesson | 629-7 (Black) SKU 170318 / Stainless Steel | Revolver | 7.5" | .44 Magnum | 5/16/2015 |
| Smith & Wesson | 629-5 Compensated Hunter SKU 170181A / Steel | Revolver | 7.50" | .44 Magnum | 6/12/2015 |
| Smith & Wesson | 460 Whitetails Unlimited SKU 150053 / Stainless Steel | Revolver | 8.37" | .460 S&W Magnum | 10/13/2014 |
| Smith & Wesson | 460 XVR SKU 163460 / Stainless Steel | Revolver | 8.37" | .460 S&W Magnum | 10/21/2014 |
| Smith & Wesson | 500 SKU 163500 / Stainless Steel | Revolver | 8.37" | .500 S&W Magnum | 6/30/2014 |
| Smith & Wesson | 629-6 Classic DX SKU 163646 / Stainless Steel | Revolver | 8.37" | .44 Magnum | 7/26/2014 |
| Smith & Wesson | 647 SKU 160585 / Stainless Steel | Revolver | 8.37" | .17 HMR | 7/8/2014 |
| Springfield Armory | PX9801L (ambi safety) / Alloy, Stainless Steel | Pistol | 3" | .45 ACP | 12/20/2014 |
| Springfield Armory | PX9801L / Alloy, Stainless Steel | Pistol | 3" | .45 ACP | 12/20/2014 |
| Springfield Armory | PX9804L / Alloy, Stainless Steel | Pistol | 3" | .45 ACP | 1/17/2015 |

| Springfield Armory | XD9801 / Composite, Steel | Pistol | 3" | 9mm | 3/19/2015 |
| Springfield Armory | XD9810 / Composite, Steel | Pistol | 3" | 9mm | 7/29/2015 |
| Springfield Armory | XD9811 / Composite, Steel | Pistol | 3" | 9mm | 4/7/2015 |
| Springfield Armory | XD9831 / Polymer, Steel | Pistol | 3" | 9mm | 3/26/2015 |
| Springfield Armory | XD9802 / Polymer, Steel | Pistol | 3.01" | .40 S&W | 10/25/2014 |
| Springfield Armory | XD9812 / Polymer, Steel | Pistol | 3.01" | .40 S&W | 3/10/2015 |
| Springfield Armory | XD9832 / Polymer, Steel | Pistol | 3.01" | .40 S&W | 3/26/2015 |
| Springfield Armory | XD9842 / Polymer, Steel | Pistol | 3.01" | .40 S&W | 3/26/2015 |
| Springfield Armory | 1911 EMP Compact PI9209L / Alloy, Steel | Pistol | 3.1" | 9mm | 2/6/2015 |
| Springfield Armory | XD9821 / Polymer, Stainless Steel | Pistol | 3.1" | 9mm | 3/23/2015 |
| Springfield Armory | XD9822 / Polymer, Stainless Steel | Pistol | 3.1" | .40 S&W | 2/18/2015 |
| Springfield Armory | PX9161L (ambi safety) / Stainless Steel | Pistol | 3.5" | .45 ACP | 12/31/2014 |
| Springfield Armory | PX9161L / Stainless Steel | Pistol | 3.5" | .45 ACP | 12/31/2014 |
| Springfield Armory | PX9171L (ambi safety) / Stainless Steel | Pistol | 3.5" | .45 ACP | 3/27/2015 |
| Springfield Armory | PX9171L / Stainless Steel | Pistol | 3.5" | .45 ACP | 3/27/2015 |
| Springfield Armory | PX9301L (ambi safety) / Carbon Steel | Pistol | 3.5" | .45 ACP | 12/31/2014 |
| Springfield Armory | PX9301L / Carbon Steel | Pistol | 3.5" | .45 ACP | 12/31/2014 |
| Springfield Armory | PX9142L (ambi safety) / Stainless Steel | Pistol | 4" | .45 ACP | 3/27/2015 |
| Springfield Armory | PX9142L / Stainless Steel | Pistol | 4" | .45 ACP | 3/27/2015 |
| Springfield Armory | PX9511L (ambi safety) / Carbon Steel | Pistol | 4" | .45 ACP | 12/31/2014 |
| Springfield Armory | PX9511L / Carbon Steel | Pistol | 4" | .45 ACP | 12/31/2014 |
| Springfield Armory | XD9161 / Polymer, Steel | Pistol | 4" | .45 ACP | 11/20/2014 |
| Springfield Armory | XD9261 / Polymer, Steel | Pistol | 4" | .45 ACP | 3/26/2015 |
| Springfield Armory | XD9611 / Polymer, Steel | Pistol | 4" | .45 ACP | 3/17/2015 |
| Springfield Armory | XD9612 / Polymer, Steel | Pistol | 4" | .45 ACP | 1/23/2015 |
| Springfield Armory | XD9614 / Polymer, Steel | Pistol | 4" | .45 ACP | 3/26/2015 |
| Springfield Armory | XD9645 / Polymer, Steel | Pistol | 4" | .45 ACP | 3/17/2015 |
| Springfield Armory | XD9646 / Polymer, Steel | Pistol | 4" | .45 ACP | 11/28/2014 |

A000028
7/1/2014

SER0105

| | | | | | |
|---|---|---|---|---|---|
| Springfield Armory | XD9647 / Polymer, Steel | Pistol | 4" | .45 ACP | 1/23/2015 |
| Springfield Armory | XD9648 / Polymer, Steel | Pistol | 4" | .45 ACP | 3/26/2015 |
| Springfield Armory | XD9701 / Polymer, Steel | Pistol | 4" | 9mm | 5/9/2015 |
| Springfield Armory | XD9702 / Polymer, Steel | Pistol | 4" | .40 S&W | 9/6/2015 |
| Springfield Armory | XD9704 / Polymer, Steel | Pistol | 4" | 9mm | 8/28/2015 |
| Springfield Armory | XD9781 / Polymer, Steel | Pistol | 4" | 9mm | 3/17/2015 |
| Springfield Armory | XD9782 / Polymer, Carbon Steel | Pistol | 4" | .40 S&W | 3/17/2015 |
| Springfield Armory | PW9142L / Carbon Steel | Pistol | 4.0" | .45 | 10/4/2014 |
| Springfield Armory | PX9149L / Alloy, Carbon Steel | Pistol | 4.0" | .45 | 10/4/2014 |
| Springfield Armory | XD9221 / Polymer, Steel | Pistol | 4.08 | 9mm | 1/23/2015 |
| Springfield Armory | XD9101 / Steel, Polymer | Pistol | 4.08" | 9mm | 10/21/2014 |
| Springfield Armory | XD9102 / Polymer, Steel | Pistol | 4.08" | .40 S&W | 12/20/2014 |
| Springfield Armory | XD9103 / Polymer, Steel | Pistol | 4.08" | .357 SIG | 12/20/2014 |
| Springfield Armory | XD9104 / Steel, Polymer | Pistol | 4.08" | 9mm | 3/21/2015 |
| Springfield Armory | XD9109 / Polymer, Steel | Pistol | 4.08" | .40 S&W | 3/21/2015 |
| Springfield Armory | XD9113 / Polymer, Steel | Pistol | 4.08" | .357 SIG | 3/26/2015 |
| Springfield Armory | XD9121 / Polymer, Steel | Pistol | 4.08" | 9mm | 1/23/2015 |
| Springfield Armory | XD9122 / Polymer, Steel | Pistol | 4.08" | .40 S&W | 1/23/2015 |
| Springfield Armory | XD9201 / Steel, Polymer | Pistol | 4.08" | 9mm | 3/26/2015 |
| Springfield Armory | XD9202 / Composite, Steel | Pistol | 4.08" | .40 S&W | 3/26/2015 |
| Springfield Armory | XD9222 / Polymer, Steel | Pistol | 4.08" | .40 S&W | 1/23/2015 |
| Springfield Armory | XD9231 / Polymer, Steel | Pistol | 4.08" | .40 S&W | 3/26/2015 |
| Springfield Armory | XD9301 / Steel, Polymer | Pistol | 4.08" | 9mm | 1/17/2015 |
| Springfield Armory | XD9302 / Polymer, Steel | Pistol | 4.08" | .40 S&W | 1/17/2015 |
| Springfield Armory | XD9311 / Steel, Polymer | Pistol | 4.08" | 9mm | 3/26/2015 |
| Springfield Armory | XD9312 / Polymer, Steel | Pistol | 4.08" | .40 S&W | 3/27/2015 |
| Springfield Armory | XD9501 / Steel, Polymer | Pistol | 4.08" | 9mm | 12/3/2014 |
| Springfield Armory | XD9502 / Polymer, Steel | Pistol | 4.08" | .40 S&W | 12/3/2014 |

A000029
7/1/2014

SER0106

| Springfield Armory | PB9108 / Carbon Steel | Pistol | 5" | .45 ACP | 2/8/2015 |
|---|---|---|---|---|---|
| Springfield Armory | PB9108L (Integrated Locking System)) / Carbon Steel | Pistol | 5" | .45 ACP | 2/8/2015 |
| Springfield Armory | PB9113L (ambi safety) / Steel | Pistol | 5" | .38 Super | 9/20/2015 |
| Springfield Armory | PB9113L / Steel | Pistol | 5" | .38 Super | 9/20/2015 |
| Springfield Armory | PB9114L / Steel | Pistol | 5" | .38 Super | 7/29/2015 |
| Springfield Armory | PB9151L / Stainless Steel | Pistol | 5" | .45 ACP | 3/19/2015 |
| Springfield Armory | PB9609L / Carbon Steel | Pistol | 5" | .45 ACP | 4/30/2015 |
| Springfield Armory | PC9102 / Carbon Steel | Pistol | 5" | .45 ACP | 12/3/2014 |
| Springfield Armory | PC9105LCA (ambi safety) / Steel | Pistol | 5" | .45 ACP | 9/20/2015 |
| Springfield Armory | PC9105LCA / Steel | Pistol | 5" | .45 ACP | 9/20/2015 |
| Springfield Armory | PC9106L / Steel | Pistol | 5" | .45 ACP. | 9/22/2015 |
| Springfield Armory | PC9107L (ambi safety) / Stainless Steel | Pistol | 5" | .45 ACP | 3/29/2015 |
| Springfield Armory | PC9107L / Stainless Steel | Pistol | 5" | .45 ACP | 3/29/2015 |
| Springfield Armory | PC9108L (ambi safety) / Carbon Steel | Pistol | 5" | .45 ACP | 3/29/2015 |
| Springfield Armory | PC9108L / Carbon Steel | Pistol | 5" | .45 ACP | 3/29/2015 |
| Springfield Armory | PC9111 (ambi safety) / Carbon Steel | Pistol | 5" | .45 ACP | 3/29/2015 |
| Springfield Armory | PC9111 / Carbon Steel | Pistol | 5" | .45 ACP | 3/29/2015 |
| Springfield Armory | PC9111LR / Carbon Steel | Pistol | 5" | .45 ACP | 7/21/2015 |
| Springfield Armory | PC9206 / Carbon Steel | Pistol | 5" | .45 ACP | 5/9/2015 |
| Springfield Armory | PI9132L (ambi safety) / Stainless Steel | Pistol | 5" | .45 ACP | 4/26/2015 |
| Springfield Armory | PI9132L / Stainless Steel | Pistol | 5" | .45 ACP | 4/26/2015 |
| Springfield Armory | PI9134L (ambi safety) / Stainless Steel | Pistol | 5" | 9mm | 4/26/2015 |
| Springfield Armory | PI9134L / Stainless Steel | Pistol | 5" | 9mm | 4/26/2015 |
| Springfield Armory | PI9140L (ambi safety) / Stainless Steel | Pistol | 5" | .45 ACP | 3/27/2015 |
| Springfield Armory | PI9140L / Stainless Steel | Pistol | 5" | .45 ACP | 3/27/2015 |
| Springfield Armory | PW9108L / Steel | Pistol | 5" | .45 ACP | 9/22/2015 |
| Springfield Armory | PW9151L / Stainless Steel | Pistol | 5" | .45 ACP | 4/30/2015 |
| Springfield Armory | PW9609L / Steel | Pistol | 5" | .45 ACP | 4/21/2015 |

A000030
7/1/2014

SER0107

| | | | | | |
|---|---|---|---|---|---|
| Springfield Armory | PX9103L (ambi safety) / Alloy, Carbon Steel | Pistol | 5" | .45 ACP | 2/8/2015 |
| Springfield Armory | PX9103L / Alloy, Carbon Steel | Pistol | 5" | .45 ACP | 2/8/2015 |
| Springfield Armory | PX9104L / Alloy, Stainless Steel | Pistol | 5" | .45 ACP | 5/9/2015 |
| Springfield Armory | PX9106L / Steel | Pistol | 5" | .45 ACP | 9/22/2015 |
| Springfield Armory | PX9109L (ambi safety) / Carbon Steel | Pistol | 5" | .45 ACP | 2/8/2015 |
| Springfield Armory | PX9109L / Carbon Steel | Pistol | 5" | .45 ACP | 2/8/2015 |
| Springfield Armory | PX9130L (ambi safety) / Stainless Steel | Pistol | 5" | 9mm | 12/31/2014 |
| Springfield Armory | PX9130L / Stainless Steel | Pistol | 5" | 9mm | 12/31/2014 |
| Springfield Armory | PX9151L (ambi safety) / Stainless Steel | Pistol | 5" | .45 ACP | 2/20/2015 |
| Springfield Armory | PX9151L / Stainless Steel | Pistol | 5" | .45 ACP | 2/20/2015 |
| Springfield Armory | PX9152L / Stainless Steel | Pistol | 5" | .45 ACP | 5/9/2015 |
| Springfield Armory | PX9154L / Stainless Steel | Pistol | 5" | .45 ACP | 10/25/2014 |
| Springfield Armory | PX9608L (ambi safety) / Carbon Steel | Pistol | 5" | .45 ACP | 4/26/2015 |
| Springfield Armory | PX9608L / Carbon Steel | Pistol | 5" | .45 ACP | 4/26/2015 |
| Springfield Armory | XD9132 / Polymer, Steel | Pistol | 5" | .40 S&W | 11/28/2014 |
| Springfield Armory | XD9162 / Polymer, Steel | Pistol | 5" | .45 ACP | 11/20/2014 |
| Springfield Armory | XD9232 / Polymer, Steel | Pistol | 5" | .40 S&W | 3/26/2015 |
| Springfield Armory | XD9262 / Polymer, Steel | Pistol | 5" | .45 ACP | 3/26/2015 |
| Springfield Armory | XD9402 Tactical / Polymer, Steel | Pistol | 5" | .40 S&W | 9/6/2015 |
| Springfield Armory | XD9405 / Polymer, Steel | Pistol | 5" | .40 S&W | 12/3/2014 |
| Springfield Armory | XD9412 / Polymer, Steel | Pistol | 5" | .40 S&W | 3/26/2015 |
| Springfield Armory | XD9621 / Polymer, Steel | Pistol | 5" | .45 ACP | 3/17/2015 |
| Springfield Armory | XD9622 / Polymer, Steel | Pistol | 5" | .45 ACP | 1/23/2015 |
| Springfield Armory | XD9624 / Polymer, Steel | Pistol | 5" | .45 ACP | 3/26/2015 |
| Springfield Armory | PX9105ML / Carbon Steel | Pistol | 5.0" | .45 ACP | 10/25/2014 |
| Springfield Armory | XD9131 / Polymer, Steel | Pistol | 5.01" | 9mm | 1/23/2015 |
| Springfield Armory | XD9401 / Polymer, Steel | Pistol | 5.01" | 9mm | 3/10/2015 |
| Springfield Armory | XD9404 / Polymer, Steel | Pistol | 5.01" | 9mm | 6/23/2015 |

A000031
7/1/2014

SER0108

| Springfield Armory | XD9411 / Polymer, Steel | Pistol | 5.01" | 9mm | 3/26/2015 |
|---|---|---|---|---|---|
| Springfield Armory | PX9628L (ambi safety) / Stainless Steel | Pistol | 6" | .45 ACP | 2/8/2015 |
| Springfield Armory | PX9628L / Stainless Steel | Pistol | 6" | .45 ACP | 2/8/2015 |
| Strayer Voigt | Infinity Trad. Target Pistol / Stainless Steel, Steel | Pistol | 5" | .45 ACP | 7/23/2015 |
| Strayer Voigt | Infinity Comp. Target / Stainless Steel, Polymer | Pistol | 5.190" | .45 ACP | 4/2/2015 |
| Sturm, Ruger & Co. | KP95PR / Stainless Steel, Polymer | Pistol | 3.9" | 9mm | 5/27/2015 |
| Sturm, Ruger & Co. | P95PR / Steel, Polymer | Pistol | 3.9" | 9mm | 5/27/2015 |
| Sturm, Ruger & Co. | KP345 / Stainless Steel; Polymer | Pistol | 4.2" | .45 Auto | 9/15/2014 |
| Sturm, Ruger & Co. | KP345PR / Stainless Steel and Polymer | Pistol | 4.2" | .45 Auto | 8/10/2014 |
| Sturm, Ruger & Co. | KMKIII512 / Stainless Steel | Pistol | 5.5" | .22 LR | 8/20/2014 |
| Sturm, Ruger & Co. | MKIII512 / Steel | Pistol | 5.5" | .22 LR | 8/10/2014 |
| Sturm, Ruger & Co. | LCR (Black) / Stainless Steel, Alum., Polymer | Revolver | 1.87" | .38 Spl. + P | 5/29/2015 |
| Sturm, Ruger & Co. | LCR (Matte Black) 05401 (no lock) / Alloy; Steel | Revolver | 1.87" | .38 Spl. + P | 6/13/2015 |
| Sturm, Ruger & Co. | LCR-22 (Black) 05410 / Stainless Steel; Alum Alloy; Polymer | Revolver | 1.87" | .22 LR | 4/11/2015 |
| Sturm, Ruger & Co. | LCR-22 (Matte Black) 05410 (no lock) / Alloy; Steel | Revolver | 1.87" | .22 LR | 6/13/2015 |
| Sturm, Ruger & Co. | LCR-22MAG (Matte Black) 05414 (internal lock) / Alloy; Steel | Revolver | 1.87" | .22 Magnum | 6/13/2015 |
| Sturm, Ruger & Co. | LCR-22MAG (Matte Black) 05414 (no lock) / Alloy; Steel | Revolver | 1.87" | .22 Magnum | 6/13/2015 |
| Sturm, Ruger & Co. | LCR-LG (Black) / Stainless Steel, Alum., Polymer | Revolver | 1.87" | .38 Spl. + P | 5/29/2015 |
| Sturm, Ruger & Co. | LCR-XS (Black) 05405 / Stainless Steel; Aluminum Polymer | Revolver | 1.87" | .38 Spl.+ P | 6/21/2015 |
| Sturm, Ruger & Co. | LCRX 5430 / Alloy; Steel | Revolver | 1.875" | .38 Special | 3/19/2015 |
| Sturm, Ruger & Co. | LCR-F / Alloy; Steel | Revolver | 1.877" | .38 Spl. + P | 7/24/2014 |
| Sturm, Ruger & Co. | LCR-FR / Alloy, Steel | Revolver | 1.877" | .38 Spl. + P | 7/24/2014 |
| Sturm, Ruger & Co. | KLCR-357 (Black) 05450 / Stainless Steel; Polymer | Revolver | 1.88" | .357 Magnum | 1/2/2015 |
| Sturm, Ruger & Co. | KLCR-357 (Black) Internal Lock 05450 / Stainless Steel; Polymer | Revolver | 1.88" | .357 Magnum | 7/28/2015 |
| Sturm, Ruger & Co. | KSP-321X / Stainless Steel | Revolver | 2.25" | .357 Magnum | 12/31/2014 |
| Sturm, Ruger & Co. | KSP-321XL / Stainless Steel | Revolver | 2.25" | .357 Magnum | 12/31/2014 |
| Sturm, Ruger & Co. | KSP-321XL-LG (Satin Stainless) / Stainless Steel | Revolver | 2.25" | .357 Magnum | 12/3/2014 |
| Sturm, Ruger & Co. | KSP-821X / Stainless Steel | Revolver | 2.25" | .38 Spl | 9/10/2015 |

A000032
7/1/2014

SER0109

| Sturm, Ruger & Co. | KSRH-2 / Stainless Steel | Revolver | 2.5" | .44 Magnum | 11/30/2014 |
|---|---|---|---|---|---|
| Sturm, Ruger & Co. | KSRH-2454 / Stainless Steel | Revolver | 2.5" | .454 Casull | 8/11/2015 |
| Sturm, Ruger & Co. | KSRH-2480 / Stainless Steel | Revolver | 2.5" | .480 Ruger | 7/24/2015 |
| Sturm, Ruger & Co. | KGPF-331 / Stainless Steel | Revolver | 3" | .357 Magnum | 12/31/2014 |
| Sturm, Ruger & Co. | KSP-32731X (Satin Stainless) / Stainless Steel | Revolver | 3.06" | .327 Fed. Mag. | 12/16/2014 |
| Sturm, Ruger & Co. | KSP-331X / Stainless Steel | Revolver | 3.06" | .357 Magnum | 12/31/2014 |
| Sturm, Ruger & Co. | KGP-141 / Stainless Steel | Revolver | 4" | .357 Magnum | 12/31/2014 |
| Sturm, Ruger & Co. | KRH-45-4 (Satin Stainless) / Stainless Steel | Revolver | 4.166" | .45 Colt | 2/9/2015 |
| Sturm, Ruger & Co. | KRH-444 (Satin Stainless) / Stainless Steel | Revolver | 4.177" | .44 Magnum | 2/9/2015 |
| Sturm, Ruger & Co. | GP-141 (Blue) / Alloy Steel | Revolver | 4.19" | .357 Magnum | 2/9/2015 |
| Sturm, Ruger & Co. | KGP-4327-7 (Satin Stainless) / Stainless Steel | Revolver | 4.2" | .327 Fed Mag | 2/3/2015 |
| Sturm, Ruger & Co. | KSP-242-8 (Satin Grey) 05765 / Stainless Steel | Revolver | 4.20" | .22 LR | 9/22/2015 |
| Sturm, Ruger & Co. | KSP-341X (Satin Stnls) 05771 / Stainless Steel | Revolver | 4.20" | .357 Mag | 4/11/2015 |
| Sturm, Ruger & Co. | KNR-5-10 (Satin Stainless) 08100 / Stainless Steel | Revolver | 5.5" | .22 LR | 9/22/2015 |
| Sturm, Ruger & Co. | KRH-445 / Stainless Steel | Revolver | 5.5" | .44 Magnum | 5/21/2015 |
| Sturm, Ruger & Co. | KRH-455 / Stainless Steel | Revolver | 5.5" | .45 Long Colt | 12/31/2014 |
| Sturm, Ruger & Co. | GP-161 / Blue Steel | Revolver | 6" | .357 Magnum | 12/31/2014 |
| Sturm, Ruger & Co. | KGP-161 / Stainless Steel | Revolver | 6" | .357 Magnum | 12/31/2014 |
| Sturm, Ruger & Co. | KRH-44 / Stainless Steel | Revolver | 7.5" | .44 Magnum | 12/31/2014 |
| Sturm, Ruger & Co. | KRH-44R / Stainless Steel | Revolver | 7.5" | .44 Magnum | 12/31/2014 |
| Sturm, Ruger & Co. | KSRH-7 / Stainless Steel | Revolver | 7.5" | .44 Magnum | 12/31/2014 |
| Sturm, Ruger & Co. | KSRH-7454 / Stainless Steel | Revolver | 7.5" | .454 Casull | 12/31/2014 |
| Sturm, Ruger & Co. | KSRH-9 / Stainless Steel | Revolver | 9.5" | .44 Magnum | 12/31/2014 |
| Taurus | PT745 (Blue) / Blued Steel/Polymer | Pistol | 3.25" | .45 ACP | 7/18/2014 |
| Taurus | PT745 (Stainless) / Stainless Steel, Polymer | Pistol | 3.25" | .45 ACP | 7/18/2014 |
| Taurus | PT 940 (Blue) / Aluminum Alloy, Blued Steel | Pistol | 3.625" | .40 S&W | 7/18/2014 |
| Taurus | PT940 (Stainless) / Aluminum Alloy, Stainless Steel | Pistol | 3.625" | .40 S&W | 7/18/2014 |
| Taurus | PT38S (Blue) / Steel/Alloy | Pistol | 4.25" | .38 Super | 8/23/2014 |
| Taurus | PT92 (Blue) / Blue Steel | Pistol | 5" | 9mm | 7/11/2014 |

| Taurus | PT92 (w/Rubber Grips & Rail) / Blue Steel | Pistol | 5" | 9mm | 8/10/2014 |
|---|---|---|---|---|---|
| Taurus | PT92 Special / Stainless Steel, Steel | Pistol | 5" | 9mm | 7/22/2014 |
| Taurus | 2-850029  ULNRA / Stainless Steel | Revolver | 2" | .38 Spl. | 4/9/2015 |
| Taurus | 2-850029ULFS / Stainless Steel | Revolver | 2" | .38 Spl. | 7/22/2014 |
| Taurus | 605 (Blue) / Blue Steel | Revolver | 2" | .357 Magnum | 9/5/2014 |
| Taurus | 605 (Stainless) / Stainless Steel | Revolver | 2" | .357 Magnum | 9/5/2014 |
| Taurus | 605NRA (Blue) / Blue Steel | Revolver | 2" | .357 Magnum | 7/30/2014 |
| Taurus | 85T Non-Ported / Titanium | Revolver | 2" | .38 Spl | 8/11/2014 |
| Taurus | 941 (Black) 2-941021 / Steel | Revolver | 2.03" | .22 Mag | 1/3/2015 |
| Taurus | 941 (Stainless) 2-941029 / Steel | Revolver | 2.09" | .22 Mag | 2/28/2015 |
| Taurus | 44 TKR NRA / Stainless Steel | Revolver | 4" | .44 Magnum | 12/13/2014 |
| Taurus | 65 (Black) 2-650041 / Steel | Revolver | 4.07" | .357 Magnum | 12/8/2014 |
| Taurus | 65 (Stainless) 2-650049 / Stainless Steel | Revolver | 4.07" | .357 Magnum | 12/6/2014 |
| Taurus | 94 (Black) 2-940051 / Steel | Revolver | 5.09" | .22 LR | 12/8/2014 |
| Taurus | "Raging Bull" M444 (Stainless) / Stainless Steel | Revolver | 6.5" | .44 Magnum | 9/28/2014 |
| Valtro | 1998 A-1 / 4340 N. Cr. Moly | Pistol | 5" | .45 ACP | 4/19/2015 |
| Walther USA (Carl Walther) | P22 CA (Nickel) Walther Arms / Steel; Polymer | Pistol | 3.42" | .22 LR | 5/7/2015 |
| Walther USA (Carl Walther) | P22 CA (Black) Walther Arms / Steel; Polymer | Pistol | 3.42" | .22 LR | 2/6/2015 |
| Walther USA (Carl Walther) | P22 CA (Military) Walther Arms / Steel; Polymer | Pistol | 3.42" | .22 LR | 2/6/2015 |
| Walther USA (Carl Walther) | P1 (P.W. Arms) / Composite, Steel | Pistol | 4.94" | 9mm | 2/20/2015 |
| Walther USA (Carl Walther) | P22 CA Target (Black) Walther Arms / Steel; Polymer | Pistol | 5.04" | .22 LR | 5/7/2015 |
| Walther USA (Carl Walther) | P22 CA Target (Nickel) Walther Arms / Steel; Polymer | Pistol | 5.04" | .22 LR | 2/6/2015 |
| Wilson Combat | Sentinel Tactical (Black) (WS-T-ACA) / Steel | Pistol | 3.75" | .45 ACP | 12/29/2014 |
| Wilson Combat | CQB (Black/Green) (WCQBC-T-A-CA) / Carbon Steel | Pistol | 4" | .45 ACP | 2/26/2015 |
| Wilson Combat | Professional (Black) (WPM-A-ASCA) / Steel | Pistol | 4" | .45 ACP | 2/14/2015 |
| Wilson Combat | Professional Elite (Black)(WPE-A-ASCA) / Steel | Pistol | 4". | .45 ACP | 2/14/2015 |
| Wilson Combat | Stealth (Black) (WSDS-A-ACA) / Steel | Pistol | 4.1" | .45 ACP | 12/19/2014 |
| Wilson Combat | Classic Ambi (Black/Silver) (WC-A-TTSCA) / Steel | Pistol | 5" | .45 ACP | 12/29/2014 |
| Wilson Combat | CQB (Black/Green) (WCQB-T-A-CA) / Carbon Steel | Pistol | 5" | .45 ACP | 2/26/2015 |
| Wilson Combat | CQB, Ambi, AT Tac Lt Rl (Blk) (CQBLR-FSR-45) / Steel | Pistol | 5" | .45 ACP | 5/29/2015 |
| Wilson Combat | Super Grade (Blue/Stainless) (WSG -A-TT CA) / Steel | Pistol | 5" | .45 ACP | 12/19/2014 |

A000034
7/1/2014

SER0111

| Wilson Combat | Tactical Elite, Ambi (Black) (WTE-A-A-CA) / Carbon Steel | Pistol | 5" | .45 ACP | 2/13/2015 |
| Wilson Combat | Tactical Super Grade (Black/Gray) (WTSG-A-ACA) / Steel | Pistol | 5" | .45 ACP | 12/19/2014 |
| Wilson Combat | Combat Protector (Silver) (WPS-A-SS CA) / Stainless Steel | Pistol | 5" | .45 ACP | 11/16/2014 |

Search again

Return to the DOJ Bureau of Firearms web page

DECISIONS PENDING & OPPORTUNITIES FOR PUBLIC PARTICIPATION |  ACCESSIBILITY |
CHANGE TEXT SIZES |   PRIVACY POLICY |   CONDITIONS OF USE |   DISCLAIMER |   SUBSCRIBE |   © 2013 DOJ

A000035
7/1/2014

SER0112

1  KAMALA D. HARRIS
   Attorney General of California
2  STEPAN A. HAYTAYAN, State Bar No. 205457
   Supervising Deputy Attorney General
3  ANTHONY R. HAKL, State Bar No. 197335
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 322-9041
6    Fax: (916) 324-8835
     E-mail: Anthony.Hakl@doj.ca.gov
7  *Attorneys for Defendant Stephen Lindley*

8

9

10              IN THE UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12

13  **IVAN PEÑA, ROY VARGAS, DOÑA**          Case No. 2:09-CV-01185-KJM-CKD
    **CROSTON, BRETT THOMAS, SECOND**
14  **AMENDMENT FOUNDATION, INC. and**       **DECLARATION OF TODD LIZOTTE IN**
    **THE CALGUNS FOUNDATION, INC.,**        **SUPPORT OF DEFENDANT'S**
15                                           **SUPPLEMENTAL BRIEF**

16                          Plaintiffs,      Dept.:      Courtroom 3, 15th floor
                                             Judge:      The Honorable Kimberly J.
17              v.                                       Mueller
                                             Trial Date: None at this time
18  **STEPHEN LINDLEY,**                     Action Filed: May 1, 2009

19                          Defendant.

20

21

22

23

24

25

26

27

28
                                  1
    _____
                  Declaration of Todd Lizotte in Support of Defendant's Supplemental Brief
                              (2:09-CV-01185-KJM-CKD)

SER0113

## DECLARATION OF TODD LIZOTTE

I, Todd Lizotte, declare as follows:

1.     I have personal knowledge of the facts stated herein and would and could testify competently thereto if called as a witness in this matter.  I am the inventor of microstamping, which I created in 1994.  My engineering career within the laser micromachining industry has spanned over 25 years in the roles of development engineer, senior laser systems engineer and to my current executive position, which I have held for the last ten years serving as the US Director of Emerging Technology, for a division of Hitachi Ltd.  I have published over 60 articles, peer reviewed technical papers and presentations at domestic and international conferences on the application of lasers in material processing for laser initiated explosives, high volume automotive, microelectronics, medical, and commercial and consumer industries.  I hold over 25 patents and have other patents pending in the field of laser micromachining, laser based high volume manufacturing systems, microscopy, machine vision inspection, laser material interaction and lasers.

2.     As the inventor of microstamping, I have provided access to the technology and know how over the last 15 years, through articles in law enforcement journals, newspapers, testifying in front of state legislative committees as well as technical articles and through patenting the technology in 2000 to 2003.  To provide further opportunities for the industry to have access to the technology, I purposefully allowed microstamping patents I hold to be placed into the public domain as an open source technology to apply to their products worldwide, free of royalty. .

3.     Furthermore, over the years I have publicly demonstrated microstamping technology seven times, using firearms outfitted with firing pin and/or breech face elements.  The firearms at each test were handed over to local range officers to demonstrate microstamping technology and to show that cartridges could be collected and chosen randomly by the range officers, and placed under a stereo microscope for observation to extract the codes.  Here is the list of places where this technology was publicly demonstrated, using firearms outfitted with generation 1.0 technology, which is capable of compliance with the California microstamping law: 1st Demonstration 5/22/06 CHP range in Sacramento, CA; 2nd Demonstration 7/27/06 Boston Police



1  Department in Boston, MA; 3rd Demonstration 6/18/07 Capital City Police Department, Washington

2  DC; 4th Demonstration 8/14/07 Los Angeles Police Department, Los Angeles, CA; 5th Demonstration

3  3/3/08 Hartford Police Department, Hartford, CT; 6th Demonstration 5/19/08 New York State Police,

4  Albany, NY; 7th Demonstration 11/18/08 Trumbull Police Department, Trumbull, CT.

5      4.      Based on my experience, expertise, and my own testing results as the inventor of

6  microstamping, compliance with microstamping requirements is technologically possible.  Thus,

7  manufacturers could meet the microstamping requirement on currently unrostered weapons,

8  allowing such weapons to be rostered.

9      5.      Firearm microstamping is a well understood technology and trace solution where

10  intentional tooling marks are formed or micromachined onto firearms' interior surfaces that come

11  into contact with or impact the surfaces of cartridge casings.  The intentional marks can take the

12  form of alphanumeric codes or encoded geometric codes, such as a barcode.  These codes are

13  linked to the serial number of a firearm by means of an "optimized laser micromachining" process.

14  As the firearm is discharged, the marks transfer a code to the cartridge casing before it is ejected

15  out of the firearm.  When recovered at the scene of a crime, the microstamped cartridge can

16  identify a specific firearm as the source of the cartridge, without the need to recover that firearm.

17  The purpose is to provide an improved piece of trace evidence for forensic investigators, so that

18  they can track a firearm without having to recover it.  Microstamping therefore provides law

19  enforcement with an important tool in solving crimes and thus deters unlawful gun violence by

20  providing critical intelligence to allow law enforcement to apply resources efficiently and

21  strategically.

22      6.      The concept of microstamping is not new; all firearms currently microstamp

23  unintentionally.  Indeed, for over one hundred years, forensic firearm and tool mark examiners

24  have relied on the analysis of randomly formed unintentional striations, based on the tools used to

25  machine the firearm, transferred onto ammunition components from firearms used to commit

26  crimes, as a way of developing clues and evidence.  Intentional firearm microstamping is simply

27  an enhanced version of a well-understood mechanical process that has been optimized and applied

28  to firearms with identifiable micro-code structures.  It is far more reliable than unintentional tool

4814-8723-2284                                    -2-

1    mark transfers because the intentionally microstamped cartridge features can be quantitatively

2    analyzed, allowing for quick and direct analysis of the probability of uniqueness.

3         7.    To ensure that microstamps are transferred reliably, each firearm model where the

4    technology is applied is tested to determine its specific intentional microstamping geometries,

5    such as character height, width, separation, surface finish, depth, draft angle and their arrangement

6    within the firearm for optimum transferability and durability.  Specific font structures have been

7    created to allow for enhanced optical character recognition with microstamped cartridges.  The

8    optimization routine takes into consideration the explosive impact forces, extreme pressure,

9    intense heat, caustic gases, violent shear and mechanical stresses that all converge simultaneously

10   to affect the ability of microstamping features to replicate characters or encoded geometries into

11   the targeted cartridge surfaces.

12        8.    The optimization process uses a "cycle of fire analysis" technique.  This technique

13   maps the locations where the firearm surfaces actually come in contact with the cartridge.  As

14   shown below, such surfaces include the breech face, firing pin, ejector, magazine and extractor—

15   all locations where it is possible to imprint microscopic characters.

16

17

18

19

20

21

22

23

24

25

26

27

28



**MARKS LEFT ON EXPENDED CARTRIDGE CASINGS**
(cycle of fire marks & microstamping marks)



SER0116

1       9.    The primary surface utilized in microstamping is the firing pin tip.  During firing,

2    the pin tip is propelled by the hammer and embosses the primer which sets off the main charge of

3    the bullet.  It is widely understood that microscopic codes can be consistently and reliably

4    imprinted in one or more locations on this surface.  Printing two separate codes on the firing pin is

5    feasible and enhances the readability of the microstamping.

6       10.    By design, a cartridge has a primer in the center of its shell or cartridge casing,

7    which is designed using soft ductile brass.  The ductility allows a maximum of the kinetic energy

8    delivered by the firing pin striker to be transmitted as a yielding strain to the interior surface of the

9    primer beginning the chemical ignition.  Increased ductility manifests itself as a deep firing pin

10   impression and becomes a perfect location for effective intentional striated structure transfer over

11   the largest three dimensional area possible.  Below are pictures of microstamped firing pins.







SER0117

11. In a firearm equipped with microstamping, each firing pin striker carries an optimized microstructure encoded with serialized codes that identify that pin. Two separate codes are added to every pin. The center of the tip carries a code that can be read directly by examiners. The second code is found around the outside of the cylindrical area of the pin. It is manifested as a circular variable pitch gear code read by decoding. Imprinting two codes during firing provides a check against extraction accuracy and enhances readability and reliability.

12. Another internal surface upon which microscopic characters can be imprinted, among others, is the breech face of the firearm. The photograph below shows a firearm microstamp tool mark on a primer and the breech face of a brass cartridge after cycling through an optimized firearm.



13. Although the firing pin and breech face are viable and effective locations for microstamping, various other surfaces—including the firing pin port, ejector, extractor, and chamber wall can be used. The optimum surfaces are determined based on compliance and optimization as well as the quality of the firearms components.

14. Over the years, I have conducted numerous tests on firearms such as 0.40 Cal SIG P229, 0.40 Cal S&W 4006, 0.22 Cal Ruger Mark III and other makes and models of firearms including low cost, mid range and high cost 9 mm semiautomatics to show capability across

SER0118

1  various price and technology ranges.  Shown below is a sample of various firearm microstamping

2  impression examples, including samples from a .22LR Cal Ruger Mark III, code S12/R34 (500+

3  rounds); a Glock 9mm, code GLCK/8463 with the firing pin shown, (~1400 Rounds); an S&W

4  4006 0.40 Cal., code (SW10/1233) showing cartridge & breach face code (~5400 Rounds); 30-06

5  1917 SMG (>1000 Rounds); and a Colt Arms 1991 A1 Commander Model 0.45 Cal., code

6  (C129/A3HJ) showing cartridge (~1500 Rounds).

7

8

9

10

11

12

13

14



15   Older Model     Age of Firearms that can be outfitted     New Models

16   Handgun     Types of Firearms that can be outfitted     Heavy Machine

17

18   Handgun     All Calibers     Heavy Machine

19   .22, .25, .380, .45, 5.56 mm, 7.56 mm, 9 mm, .50 etc.
     "If it has a firing pin or breach face, it can be outfitted!"

20

21      15.      Appropriate testing based on tool mark transfer methodologies has demonstrated

22  that microstamping technology has a high level of transfer performance, survivability and

23  repeatability.  In May of 2007, for instance, I conducted a stress test in which I fired over 2,500

24  rounds from a Smith and Wesson .40 caliber semiautomatic handgun that had been outfitted with

25  microstamping technology.  The test employed fully optimized firing pins that were designed to

26  work with that specific model of firearm, and used five different brands of ammunition.  Using

27  optical microscopy and scanning electron microscopy techniques, all eight microstamped digits

28  from the firing pin were legible 97% of the time.  Additionally, breech face markings transferred

SER0119

1   to cartridge casings were legible 96% of the time. Between firing pin and breech face markings,

2   all eight microstamped digits were identifiable in all cases.

3        16.    As described earlier, On May 26, 2006 I conducted a demonstration of the technology

4   at the CHP range in Sacramento, CA and on August 14, 2007, I conducted additional demonstration

5   testing at the Los Angeles Police Academy. At each of these events, the firearms were handed to

6   the corresponding range officers for test firing of entire magazines, where the officer would then

7   randomly recover cartridges that would then be viewed and projected onto a screen for the public

8   to see; all the cartridges selected by the range officers yielded a legible microstamp alphanumeric

9   code. All of the test firearms had in excess of 1000 rounds test fired on them, which was 400+

10   rounds more than needed to pass the testing requirements for compliance with the California

11   microstamping law.

12        17.    The costs of implementation of microstamping are minimal, as only a common

13   process already employed by industry worldwide is required to form the internal features onto the

14   firearm. Based on my applied experience with micromachining, I estimate the approximate cost of

15   creating a microstamp within a firearm to range between $1.50 and $5.00 per surface processed in

16   high volume. Accordingly, I estimate that the cost of implementing microstamping elements on

17   two surfaces of a firearm would range between $3.00 and $10.00 per firearm.

18

19

20

21

22

23

24

25

26

27

28

SER0120

1    18.    For the foregoing reasons, as the inventor of microstamping, it is my opinion that it

2  is possible for firearm manufacturers to implement microstamping technology contemplated by

3  the California legislation.  Because the technology is available and feasible, the statute therefore

4  does not amount to a ban on new semiautomatic firearms.  Rather, the 20 years of development,

5  testing and public demonstrations show that microstamping can be implemented, and will provide

6  law enforcement a means of identifying firearms when they are not recovered at a crime scene,

7  providing a piece of forensic intelligence in the form of a recover microstamped cartridge

8  evidence to solve and/or deter crime and gun violence.

9    I declare under penalty of perjury under the laws of the United States that the foregoing is

10  true and correct.

11    Executed July 7, 2014, at 2 : 25 pm             .

12

13                                                    9/7/14

14    TODD LIZOTTE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  KAMALA D. HARRIS
   Attorney General of California
2  TAMAR PACHTER, State Bar No. 146083
   Supervising Deputy Attorney General
3  ANTHONY R. HAKL, State Bar No. 197335
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone:  (916) 322-9041
6   Fax:  (916) 324-8835
    E-mail: Anthony.Hakl@doj.ca.gov
7  *Attorneys for Defendant Stephen Lindley*

8

9

10             SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                    EASTERN DISTRICT OF CALIFORNIA

12

13  **IVAN PEÑA, ROY VARGAS, DOÑA**          Case No. 2:09-CV-01185-KJM-CKD
    **CROSTON, BRETT THOMAS, SECOND**
14  **AMENDMENT FOUNDATION, INC. and**      **DECLARATION OF LESLIE**
    **THE CALGUNS FOUNDATION, INC.,**       **MCGOVERN IN SUPPORT OF**
15                                          **DEFENDANT STEPHEN LINDLEY'S**
                                            **OPPOSITION TO PLAINTIFFS'**
16                          Plaintiffs,     **MOTION FOR SUMMARY JUDGMENT**

17           v.                             Date:        December 16, 2013
                                            Time:        10:00 a.m.
18  **STEPHEN LINDLEY,**                    Dept.:       Courtroom 3, 15th floor
                                            Judge:       The Honorable Kimberly J.
19                          Defendant.                   Mueller
                                            Trial Date:  None at this time
20                                          **Action Filed: May 1, 2009**

21

22

23

24

25

26

27

28

                                   1

SER0122

DECLARATION OF LESLIE MCGOVERN

I, Leslie McGovern, declare as follows:

1.    I am an Associate Governmental Program Analyst employed by the California Department of Justice, Bureau of Firearms, in Sacramento, California.  I make this declaration in support of the Opposition to Plaintiffs' Motion for Summary Judgment by Defendant Stephen Lindley.  I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to them.

2.    I have been working in the Bureau of Firearms since 2001.  Since approximately September of 2008, one of my employment responsibilities has been the day-to-day maintenance of the Roster of Handguns Certified for Sale ("Roster").

3.    My employment duties include processing requests to add firearms to the Roster.  If the Department approves a firearm, it is my job to add the name of the firearm to the Roster.  I am also responsible for processing the renewal of names of firearms on the Roster, and for removing the names of firearms from the Roster.  I also maintain the files and paperwork related to these activities.

4.    In connection with these duties, I regularly communicate with firearms manufacturers.  It is a manufacturer's decision whether to submit a given handgun model for inclusion on the Roster.  I also regularly communicate with the laboratories that conduct the required testing of firearms being considered for listing on the Roster, and other Bureau of Firearms employees.

5.    Regarding the Springfield Armory XD-45 Tactical 5" Bi-Tone Stainless steel/black handgun referenced in plaintiffs' complaint, the Department's files show that the model of that handgun originally tested and listed was the XD9621 – Black.  After that initial listing, the manufacturer submitted two variations of the handgun (XD9622 – OD Green and XD9162 – Dark Earth) to be included on the Roster as "similars."  The Department approved those handguns and listed them on the Roster.  According to our records, the manufacturer has never submitted the XD9623 – Bi-Tone to the Department for inclusion on the Roster, either to be included as a "similar" or to be tested in its own right.

2

SER0123

6. My use of the word "similar" in this declaration is a reference to California Penal Code section 32030, which allows a firearm to be deemed to satisfy the Roster's testing requirements due to its similarity to an already tested model.

7. Plaintiffs' complaint also references a High Standard Buntline style revolver. According to the Department's records, no manufacturer has ever submitted a High Standard Buntline style revolver for inclusion on the Roster.

8. Plaintiffs' complaint also references a Para USA (Para Ordnance) P1345SR/Stainless Steel .45 ACP 4.25". According to the Department's records, the Para USA model P1345SR was originally listed on the Roster on January 1, 2001. It was removed on December 31, 2005. I was not in my current position in 2005 and have not been able to locate any documentation as to why the Para USA model P1345SR was not renewed. Although I cannot be one hundred percent certain, this lack of documentation suggests to me that the handgun fell off the Roster due to the manufacturer's failure to pay the required fee to renew the listing.

9. Plaintiffs' complaint also references a Glock 21 SF with an ambidextrous magazine release. According to our files, in November of 2006 Glock sent an e-mail to the Department requesting approval to add an ambidextrous magazine release to a number of Glock models already on the Roster. In January of 2007, the Department sent a letter to Glock advising that it did not have the authority to exempt the handguns from the testing requirements because the proposed physical changes to the working parts of the firearm did not appear to fit within the definition of what is an acceptable "similar." Therefore, any re-designed handgun would have to be laboratory tested. According to our records, the manufacturer has never submitted a Glock 21 SF with ambidextrous release for inclusion on the Roster.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct of my own personal knowledge, and that this declaration is executed in Sacramento, California, this ___2nd___ day of December ___, 2013.

LESLIE MCGOVERN

3

Declaration of Leslie McGovern in Support of Defendant Stephen Lindley's Opposition to Plaintiffs' Motion for Summary Judgment (2:09-CV-01185-KJM-CKD)

SER0124

## DECLARATION OF SERVICE BY OVERNIGHT COURIER

Case Name: **Ivan Pena, et al. v. Stephen Lindley, Chief of Dept of Justice Bureau of Firearms [APPEAL]**

No.: **15-15449**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is: 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550.

On September 21, 2015, I served the attached **SUPPLEMENTAL EXCERPTS OF RECORD** by placing a true copy thereof enclosed in a sealed envelope with the **GOLDEN STATE OVERNIGHT COURIER SERVICE**, addressed as follows:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 21, 2015, at Sacramento, California.

| Tracie L. Campbell | s/ Tracie L. Campbell |
|:---:|:---:|
| Declarant | Signature |

SA2015104401
pos.doc

<u>**SERVICE LIST**</u>

Pena, et al v. Lindley
Case No. 15-15449


Alan Gura
Gura & Possessky, PLLC
109 Oronoso Street, #305
Alexandria, VA 22314


Donald Kilmer, Jr.
The Law Office of Donald Kilmer
1645 Willow Street, Suite 150
San Jose, CA 95125


Carl D. Michel
Michel & Associates, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802


Lance A. Selfridge
Lewis Brisbois Bisgaard & Smith
633 West 5th Street, #4000
Los Angeles, CA 90071