Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or
# RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** For readability and security, print the filled-in form to PDF *(File > Print > PDF Printer/Creator)*. You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

9th Circuit Case Number(s): 15-15449

Case Name: Ivan Pena, et al.  v.  Stephen Lindley

List the name(s) of the party or parties you are representing: Law Center to Prevent Gun Violence

- [ ] Appellant
- [ ] Petitioner
- [x] Amicus Curiae
- [ ] Appellant/Cross-Appellee
- [ ] Appellee
- [ ] Respondent
- [ ] Intervenor
- [ ] Appellee/Cross-Appellant

If this case has been re-assigned to you from another attorney in your office *(i.e., the Federal Public Defenders Office, OIL, or a law firm)*, indicate who you are replacing. Provide the name of counsel only if the attorney is no longer on the case.

I am replacing *(name of counsel)*: Grace R. DiLaura

Name: David H. Fry

Firm/Office: Munger, Tolles & Olson LLP

Address: 560 Mission Street, 27th Floor

City: San Francisco   State: CA   Zip Code: 94105

Email: david.fry@mto.com   Re-enter Email: david.fry@mto.com

Phone Number *(including area code)*: (415) 512-4082

Signature *(use "s/" format)*: /s David H. Fry   Date: Nov. 4, 2015

9th Circuit Case Number(s) 15-15449

**NOTE:** For readability and security, print the filled-in form to PDF *(File > Print > PDF Printer/Creator)*.
You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

*********************************************************************************

## CERTIFICATE OF SERVICE
When All Case Participants are Registered for the CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system

on *(date)* Nov 4, 2015 .

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Signature *(use "s/" format)*  s/ David H. Fry

*********************************************************************************

## CERTIFICATE OF SERVICE
When <u>Not</u> All Case Participants are Registered for the CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system

on *(date)* .

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature *(use "s/" format)*